B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Montalbano Builders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2932089** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1801 South Meyers Road**<br>**Suite 500**<br>**Oakbrook Terrace, IL**          ZIP Code **60181** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Montalbano Builders, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Anthony P. Montalbano** | Case Number: **09-30477** | Date Filed: **8/19/09** |
|---|---|---|
| District: **Northern Dictrict of Illinois** | Relationship: **Shareholder** | Judge: **Susan Pierson Sonderby** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Montalbano Builders, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**March  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Montalbano**
Signature of Authorized Individual

**Anthony Montalbano**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  4, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Montalbano Builders, Inc.**

_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,746,328.66 | | |
| B - Personal Property | Yes | 4 | 37,063.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 9 | | 50,102,264.28 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 49,622.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 229 | | 17,336,923.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 253 | | | |
| Total Assets | | | 7,783,391.66 | | |
| Total Liabilities | | | | 67,488,810.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Montalbano Builders, Inc.**                             ,       Case No. _____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Montalbano Builders, Inc.**                                                   ,    Case No. _____
                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lynwood, Illinois - 75 Single Family Lots** | **Fee Simple** | - | **1,200,000.00** | **5,411,386.69** |
| **Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, Illinois - 119 Single & Multi Family Lots** | **Fee Simple** | - | **3,172,500.00** | **Unknown** |
| **Bartlett, Illinois (4.5 acres commercial land) County Farm and Stearns Road** | **Fee Simple** | - | **1,731,828.66** | **1,800,000.00** |
| **4+ Acres + Commercial Lot - Aurora Road, Naperville, IL & Hager Road, Oak Brook, Illinois** | **Fee Simple** | - | **290,000.00** | **1,052,000.00** |
| **Matteson, Illinois - 19 Single & Multi Family Lots; Plainfield, Illinois - 59 Single Family Lots; University Park, Illinois - 85 Single Family Lots** | **Fee Simple** | - | **1,352,000.00** | **6,134,122.75** |

| | Sub-Total > | **7,746,328.66** | (Total of this page) |
|---|---|---|---|
| | Total > | **7,746,328.66** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account ending 2674, Harris (Ernest Money Account)** | - | 3,163.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

                                                    Sub-Total >        **3,163.00**
                                                    (Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                      ,      Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**<br>(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Ford F150** | - | 10,500.00 |
| | | **2003 Mercedes Coupe (Titled jointly in name of Debtor and Anthony Montalbano)** | - | 4,150.00 |
| | | **2004 Mercedes Convertible (Titled jointly in name of Debtor and Anthony Montalbano)** | - | 8,750.00 |
| | | **2007 Cadillac Escalade (Titled jointly in the name of Debtor and Anthony Montalbano)** | - | 10,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers & Misc. Office Equipment** | - | **Unknown** |
| | | **Copiers** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    **33,900.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Construction Loan Escrows at Chicago Title and Trust** | - | **0.00** |
| | | **Title Indemnity Agreements With Chicago Title and Trust** | - | **0.00** |

|  | Sub-Total > | **0.00** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **37,063.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Montalbano Builders, Inc.**                            ,     Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American National Insulation**<br>**1401 W. Ardmore Ave**<br>**Itasca, IL 60143** | | - | **10/10/08**<br>**Mechanic's Lien**<br>**Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,** | | | | | |
| | | | Value $      **3,172,500.00** | | | | **105,770.00** | **105,770.00** |
| Account No.<br><br>**Bestler Corporation**<br>**246 Keyes Avenue**<br>**Hampshire, IL 60140** | | - | **Mechanic's Lien**<br>**Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, Illinois -** | | | | | |
| | | | Value $      **3,172,500.00** | | | | **84,867.00** | **84,867.00** |
| Account No.<br><br>**Klein Stoddard Buck Waller & Lewis**<br>**2045 Aberdeen Court, Suite A**<br>**Sycamore, IL 60178** | | | **Representing:**<br><br>**Bestler Corporation** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.<br><br>**Carpenter Contractors of America**<br>**R & D Thiel**<br>**2340 Newburg Road**<br>**Belvidere, IL 61008** | | - | **2/26/09**<br>**Mechanic's Lien**<br>**Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,** | | | | | |
| | | | Value $      **3,172,500.00** | | | | **164,158.00** | **164,158.00** |

  **8**   continuation sheets attached

| | Subtotal<br>(Total of this page) | **354,795.00** | **354,795.00** |
|---|---|---|---|

**B6D (Official Form 6D) (12/07) - Cont.**

In re     **Montalbano Builders, Inc.**                                    ,     Case No. _____

                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Gary W. Leydig, Esq.**<br>**Riordan Fulkerson Hupert & Coleman**<br>**30 N. LaSalle St., #2630**<br>**Chicago, IL 60602** | | | **Representing:**<br>**Carpenter Contractors of America**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**Ceren Plumbing Co.**<br>**920 Prairie Street #1**<br>**Aurora, IL 60506** | | | 11/22/08<br>Mechanic's Lien<br>Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,<br>Value $       3,172,500.00 | | | | 91,133.00 | 91,133.00 |
| Account No.<br><br>**Classic Landscape Ltd**<br>**3N471 Powis Road**<br>**West Chicago, IL 60185** | | | 10/3/08<br>Mechanic's Lien<br>Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,<br>Value $       3,172,500.00 | | | | 100,505.74 | 100,505.74 |
| Account No.<br><br>**Coleman Floor Company**<br>**1331 Davis Road**<br>**Elgin, IL 60123** | | | 3/9/09<br>Mechanic's Lien<br>Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,<br>Value $       3,172,500.00 | | | | 20,672.84 | 20,672.84 |
| Account No.<br><br>**Complete Fence**<br>**27W174 North Avenue**<br>**West Chicago, IL 60185-1718** | | | 6/13/08<br>Mechanic's Lien<br>Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,<br>Value $       3,172,500.00 | | | | 10,696.00 | 10,696.00 |

Sheet __1__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      |      223,007.58      |      223,007.58

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **Montalbano Builders, Inc.** _____ ,   Case No. _____

                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, Illinois - | | | | | |
| D & H Energy Management Co 11410 Kreutzer Rd Huntley, IL 60142 | | - | | | | | | |
| | | | Value $        3,172,500.00 | | | | 20,862.00 | 20,862.00 |
| Account No. | | | 9/19/08 Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| Dave's Excavating 7014 Alden Road Harvard, Il 60033 | | - | | | | | | |
| | | | Value $        3,172,500.00 | | | | 3,810.00 | 3,810.00 |
| Account No. | | | Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, Illinois - | | | | | |
| Ed Fogarty Concrete Construction, Inc. 10261 Mandel - Unit A Plainfield, IL 60585 | | - | | | | | | |
| | | | Value $        3,172,500.00 | | | | 31,220.00 | 31,220.00 |
| Account No. | | | Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, Illinois - | | | | | |
| Ewing-Doherty Mechanical, Inc. 304 N. York Road Bensenville, IL 60106 | | - | | | | | | |
| | | | Value $        3,172,500.00 | | | | 26,557.00 | 26,557.00 |
| Account No. | | | Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, Illinois - | | | | | |
| Fox Valley Exteriors, Inc. 1621 Weld Road Elgin, IL 60123 | | - | | | | | | |
| | | | Value $        3,172,500.00 | | | | 18,127.00 | 18,127.00 |

Sheet __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 100,576.00 | 100,576.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                              ,    Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxx/xxxxxxxxxx5001** | | | **2006** | | | | | |
| **Harris N.A. assignee for Amcore Bk c/o Partick F. Ross, Esq. Ungaretti & Harris LLP 3500 Three First National Plaza Chicago, IL 60602** | | | **Mortgages** <br><br> **Lynwood, Illinois - 75 Single Family Lots** | | | | | |
| | | | Value $          **1,200,000.00** | | | | 5,411,386.69 | 4,211,386.69 |
| Account No. | | | 4/17/09 **Mechanic's Lien** | | | | | |
| **Hilltop Cabinet Distributors, Inc 1855 Wallace Ave St Charles, IL 60174** | | - | **Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,** | | | | | |
| | | | Value $          **3,172,500.00** | | | | 19,848.00 | 19,848.00 |
| Account No. | | | 5/16/07 **Mechanic's Lien** | | | | | |
| **Illinois Brick Company c/o Elizabeth J. Brody, Esq. Shefsky & Froelich 111 East Wacker Drive, #2800 Chicago, IL 60601** | | - | **Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,** | | | | | |
| | | | Value $          **3,172,500.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | 9/5/06 **Mechanic's Lien** | | | | | |
| **Interstate Bank as Assignee of Kenmare & Associates, Inc. 1854 W. Division St. Chicago, IL 60622** | | - | **Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,** | | | | | |
| | | | Value $          **3,172,500.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | **2008** | | | | | |
| **James R. Hannon 812 Coventry Lane Oak Brook, IL 60523** | X | - | **Mortgage** <br><br> **4+ Acres + Commercial Lot - Aurora Road, Naperville, IL & Hager Road, Oak Brook, Illinois** | | | | | |
| | | | Value $          **290,000.00** | | | | 1,052,000.00 | 762,000.00 |

Sheet __3___ of __8___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 6,483,234.69 | 4,993,234.69 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 12/17/10 | | | | | |
| Lyon Financial Services, Inc. c/o Askounis & Darcy, P.C. 401 North Michigan Avenue, Suite 550 Chicago, IL 60611 | | | - | | Citation Lien<br><br>All Assets | | | | | |
| | | | | | Value $              **Unknown** | | | | **225,342.72** | **Unknown** |
| Account No. | | | | | Mortgage | | | | | |
| MB Financial Bank 6111 North River Road Rosemont, IL 60018 | | X | - | | Matteson, Illinois - 19 Single & Multi Family Lots; Plainfield, Illinois - 59 Single Family Lots; University Park, Illinois - 85 Single Family Lots | | | | | |
| | | | | | Value $          **1,352,000.00** | | | | **6,134,122.75** | **4,782,122.75** |
| Account No. | | | | | | | | | | |
| Courtney E. Barr, Esq. Locke Lord Bissell & Liddell LLP 111 South Wacker Drive Chicago, IL 60606 | | | | | Representing: MB Financial Bank | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | 2006 Mortgage | | | | | |
| RBC Bank, USA Raleigh, NC 27604 | | X | - | | Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| | | | | | Value $          **3,172,500.00** | | | | **34,422,916.06** | **31,250,416.06** |
| Account No. | | | | | | | | | | |
| Richard J. Jancasz, Esq. Meltzer Purtill & Stele LLC 300 South Wacker Drive, #3500 Chicago, IL 60606 | | | | | Representing: RBC Bank, USA | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

Sheet __4__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   **40,782,381.53**   **36,032,538.81**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** , Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 10/30/08 Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| **RKN Concrete Construction 12002 S. Spaulding School Dr Plainfield, IL 60585** | | - | | | | | | |
| | | | Value $          3,172,500.00 | | | | 66,853.00 | 66,853.00 |
| Account No. | | | | | | | | |
| **Van R. Jonker, Esq. 16585 S. Oak Park Tinley Park, IL 60477** | | | Representing: **RKN Concrete Construction** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | 8/28/08 Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| **S & H Electric Co., Inc. 3125 N Wilke Rd Suite F Arlington Heights, IL 60004** | | - | | | | | | |
| | | | Value $          3,172,500.00 | | | | 22,540.00 | 22,540.00 |
| Account No. | | | | | | | | |
| **Riebandt & DeWald, P.C. 1237 S. Arlington Heights Road Arlington Heights, IL 60005** | | | Representing: **S & H Electric Co., Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | 11/5/08 Mechanic's Lien Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| **SCE Unlimited 195 Exchange Blvd Glendale Heights, IL 60139** | | - | | | | | | |
| | | | Value $          3,172,500.00 | | | | 72,523.70 | 72,523.70 |

Sheet __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          161,916.70          161,916.70

B6D (Official Form 6D) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,      Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Seal Tight Exteriors, Inc.**<br>**3239 Loverock Avenue**<br>**Steger, IL 60475** | | - | **Mechanic's Lien**<br>**Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, Illinois -** | | | | | |
| | | | Value $           **3,172,500.00** | | | | **62,583.00** | **62,583.00** |
| Account No.<br><br>**Service Drywall and Decorating, Inc.**<br>**47 West Irving Park Road**<br>**Roselle, IL 60172** | | - | **4/16/09**<br>**Mechanic's Lien**<br>**Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,** | | | | | |
| | | | Value $           **3,172,500.00** | | | | **23,277.00** | **23,277.00** |
| Account No.<br><br>**Signature Bank**<br>**6400 N.Northwest Highway**<br>**Chicago, IL 60631** | X | - | **1/18/2008**<br><br>**Mortgage**<br><br>**Bartlett, Illinois (4.5 acres commercial land) County Farm and Stearns Road** | | | | | |
| | | | Value $           **1,731,828.66** | | | | **1,800,000.00** | **68,171.34** |
| Account No.<br><br>**Ryan O.Lawler, Esq.**<br>**Vedder Price, P.C.**<br>**222 North LaSalle Street, #2600**<br>**Chicago, IL 60601** | | | **Representing:**<br>**Signature Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.<br><br>**SimplexGrinnell LP**<br>**91 N Mitchell Ct**<br>**Addison, IL 60101** | | - | **3/17/09**<br>**Mechanic's Lien**<br>**Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson,** | | | | | |
| | | | Value $           **3,172,500.00** | | | | **12,744.00** | **12,744.00** |

Sheet __6__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            **1,898,604.00**        **166,775.34**

B6D (Official Form 6D) (12/07) - Cont.

In re  __Montalbano Builders, Inc._____,    Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 10/21/08 Mechanic's Lien | | | | | |
| Source Electric, Inc. 920-C Prairie Drive Sycamore, IL 60178 | | - | Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| | | | Value $         3,172,500.00 | | | | 51,977.00 | 51,977.00 |
| Account No. | | | | | | | | |
| Jason Martin Loebach, Esq. Chitkowski Law Offices 801 Warrenville Road, #620 Lisle, IL 60532 | | | Representing: Source Electric, Inc. | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | 2/29/08 Mechanic's Lien | | | | | |
| Stock Building Supply 1331 Davis Road Elgin, IL 60123 | | - | Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| | | | Value $         3,172,500.00 | | | | 11,535.78 | 11,535.78 |
| Account No. | | | | | | | | |
| Mark Van Donselaar, Esq. Churchill Quinn Richtman & Hamilton P.O. Box 284 Grayslake, IL 60030 | | | Representing: Stock Building Supply | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | 3/10/09 Mechanic's Lien | | | | | |
| Trench-It/Intren 18202 W. Union Road Union, IL 60180 | | - | Chestnut Grove Phase I, Cortland, DeKalb - 151 Single Family Lots; Nantucket Cove, Beecher, Illinois - 135 Single Family Lots; Huntington Ridge, Harvard, Illinois - 57 Single Family Lots; The Pointe at Gleneagle Trail, Matteson, | | | | | |
| | | | Value $         3,172,500.00 | | | | 34,236.00 | 34,236.00 |

Sheet __7__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    97,748.78    97,748.78

B6D (Official Form 6D) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                        ,   Case No. _____
                                                                       Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Jason Martin Loebach, Esq.**<br>**Chitkowski Law Offices**<br>**801 Warrenville Road, #620**<br>**Lisle, IL 60532** | | | | **Representing:**<br>**Trench-It/Intren**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br><br>Value $ | | | | | |

Sheet __8__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 50,102,264.28 | 42,130,592.90 |

B6E (Official Form 6E) (4/10)

.

In re    **Montalbano Builders, Inc.**                                                                                      ,     Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Montalbano Builders, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | 2009 | | | | | | | | |
| Bennett, Sharron 1060 N Farnsworth Ave, #1308 Aurora, IL 60506 | - | Wages | | | | | | X | Unknown 2,310.53 | Unknown Unknown |
| Account No. | | | | | | | | | | |
| State of Illinois Department of Labor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150 | | Representing: Bennett, Sharron | | | | | | | Notice Only | |
| Account No. | | Wages | | | | | | | | |
| Cuitino, Paul 7000 N Odell Ave Chicago, IL 60631 | - | | | | | | | X | Unknown Unknown | Unknown Unknown |
| Account No. | | 2009 | | | | | | | | |
| Fitz, Andrew S. 2023 W Iowa #1F Chicago, IL 60622 | - | Wages | | | | | | X | Unknown 2,976.99 | Unknown Unknown |
| Account No. | | | | | | | | | | |
| State of Illinois Department of tLabor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150 | | Representing: Fitz, Andrew S. | | | | | | | Notice Only | |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,287.52 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Montalbano Builders, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 2009 | | | | | |
| Giocomelli, John P. 865 Fieldside Lane Aurora, IL 60504 | - | | | Wages | | | X | | Unknown |
| | | | | | | | | 2,600.00 | Unknown |
| Account No. | | | | | | | | | |
| State of Illinois Department of Labor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150 | | | | Representing: Giocomelli, John P. | | | | Notice Only | |
| Account No. | | | | 2009 | | | | | |
| Jock, Jennifer 18844 S Chestnut Shorewood, IL 60404 | - | | | Wages | | | X | | Unknown |
| | | | | | | | | 1,408.00 | Unknown |
| Account No. | | | | | | | | | |
| State of Illinois Department of Labor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150 | | | | Representing: Jock, Jennifer | | | | Notice Only | |
| Account No. | | | | Wages | | | | | |
| Lombardo, Kelly 10714 S Keating Avenue, Unit 2 Oak Lawn, IL 60453 | - | | | | | | X | | Unknown |
| | | | | | | | | 1,300.00 | Unknown |

Sheet ___2___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,308.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | | |
| McGurn, Michael 3112 Village Green Dr. Aurora, IL 60504 | - | | Wages | | | X | | Unknown |
| | | | | | | | 10,615.38 | Unknown |
| Account No. | | | | | | | | |
| State of Illinois Department of Labor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150 | | | Representing: McGurn, Michael | | | | Notice Only | |
| Account No. | | | Wage Claim | | | | | |
| Montalbano Jr., Anthony 5603 Sherman Avenue Downers Grove, IL 60516 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Wage Claim | | | | | |
| Montalbano, Anthony 1916 Midwest Club Oak Brook, IL 60521 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Wages | | | | | |
| Murray, Julie A. 6709 Patton Drive Woodridge, IL 60517 | - | | | | | X | | Unknown |
| | | | | | | | 1,730.77 | Unknown |

Sheet _3___ of _6___ continuation sheets attached to                           Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)   | 12,346.15 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,   Case No. _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Paves, Gwen** 67 Ruffled Feathers Lemont, IL 60439 | - | | Wages | | | X | 441.00 | Unknown / Unknown |
| Account No. **Possidoni, John A.** 1928 55th Place Downers Grove, IL 60515 | - | | Wages | | | X | 2,307.70 | Unknown / Unknown |
| Account No. **Rizzo, Robert A.** 205 John Drive Bartlett, IL 60103 | - | | 2009 Wages | | | X | 5,768.21 | Unknown / Unknown |
| Account No. **State of Illinois Department of Labor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150** | | | Representing: **Rizzo, Robert A.** | | | | Notice Only | |
| Account No. **Spaienza, Thomas** 512 Rosebussh Lane Oswego, IL 60543 | - | | 2009 Wages | | | X | 2,232.33 | Unknown / Unknown |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 10,749.24 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Montalbano Builders, Inc.**                                                      ,     Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| State of Illinois Department of Labor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150 | | | | | Representing: Spaienza, Thomas | | | | **Notice Only** | |
| Account No. | | | | | **2009** | | | | | |
| Todd, Jared 8204 Kensington Lane Hanover Park, IL 60133 | - | | | | **Wages** | | | X | | **Unknown** |
| | | | | | | | | | **2,326.54** | **Unknown** |
| Account No. | | | | | | | | | | |
| State of Illinois Department of Labor Fair Labor Standards, Wage Claim Section 160 North LaSalle Street, Suite C-1300 Chicago, IL 60601-3150 | | | | | Representing: Todd, Jared | | | | **Notice Only** | |
| Account No. | | | | | **Wages** | | | | | |
| Van Zuidam, Brenda 26W066 Hazel Lane Wheaton, IL 60187 | - | | | | | | | X | | **Unknown** |
| | | | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | **2009** | | | | | |
| Vanderzanden, Jim 17609 S Alta Court Lockport, IL 60441 | - | | | | **Wages** | | | X | | **Unknown** |
| | | | | | | | | | **8,197.47** | **Unknown** |

Sheet  **5**   of  **6**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **10,524.01** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Wages | | | | | |
| Wenzel, Michael R. 707 E Clarendon Avenue Arlington Heights, IL 60004 | - | | | | | | X | | Unknown |
| | | | | | | | | 5,407.79 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet  6   of  6   continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 5,407.79        0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 49,622.71        0.00 |

B6F (Official Form 6F) (12/07)

In re    **Montalbano Builders, Inc.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **4-M Supply** **1305 S. River Street** **Batavia, IL 60510-9648** | - | | | | | | **Unknown** |
| Account No. | | | Utilities | | | | |
| **A T & T** **PO Box 9001309** **Louisville, KY 40290-1309** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **A&V Exteriors Inc.** **1000 Brown Street Suite 312** **Wauconda, IL 60084** | - | | | | | | **35,718.00** |
| Account No. | | | Representing: A&V Exteriors Inc. | | | | |
| **Timothy S. Buckley, Esq.** **200 S. Michigan Ave., #1100** **Chicago, IL 60604** | | | | | | | **Notice Only** |

__228__  continuation sheets attached

Subtotal
(Total of this page)                                                                          **35,718.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Abellera, Roland Z. 16417 Pine Creek Lane Plainfield, IL 60586 | | - | | | | | Unknown |
| Account No. | | | 2008 Trade Debt | | | | |
| Accountemps 12400 Collections Center Drive Chicago, IL 60693 | | - | | | | | 30,894.50 |
| Account No. | | | | | | | |
| Accountemps 21925 Field Parkway Suite 100 Barrington, IL 60010 | | | Representing: Accountemps | | | | Notice Only |
| Account No. | | | | | | | |
| Jonathan Neil & Associates, Inc. 18321 Ventura Blvd. Suite 1000 Tarzana, CA 91356 | | | Representing: Accountemps | | | | Notice Only |
| Account No. | | | Trade Debt | | | | |
| Accurate Repro, Inc. 2368 Corporate Lane Suite 100 Naperville, IL 60563 | | - | | | | | Unknown |

| Sheet no. __1__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 30,894.50 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| **Acosta, Edwardo & Angela** **3191 Ronan Drive** **Lake in the Hills, IL 60156** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Trade Debt | | | | |
| **Action Plumbing Co., Inc.** **1050 West Washington** **West Chicago, IL 60185** | - | | | | | | | | **170,120.00** |
| Account No. | | | | | | | | | |
| **William E. Jegen, Esq.** **536 Crescent Blvd., Suite 200** **Glen Ellyn, IL 60137** | | | | | Representing: **Action Plumbing Co., Inc.** | | | | **Notice Only** |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| **Adams, Jamice** **6512 Pasture Side Trail** **Matteson, IL 60443** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Contract Damages/Earnest Money | | | | |
| **Adams, John & Debbie** **1345 Liuanna Road** **Rockford, IL 61103** | - | | | | | | | | **800.00** |

Sheet no. __2__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **170,920.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Adams, Leslie 6502 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Adams, Robert C. 27141 W. Hemlock Road Channahon, IL 60410 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Adams, Vincent H. 16333 Lewood Drive Plainfield, IL 60586 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Adaranijo, Jubril 6516 Pasture Side Trail Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Adesina, Adedapo 6409 Bridle Path Drive Matteson, IL 60443 | | - | | | | | | Unknown |

Sheet no. __3__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Administration Resources Corp. 11490 Xeon Street NW Sutie 200 Coon Rapids, MN 55448 | - | | | | | | | 346.68 |
| Account No. | | | | 2009 Trade Debt | | | | |
| ADT Security Services, Inc. PO Box 371967 Pittsburgh, PA 15250 | - | | | | | | | 538.95 |
| Account No. | | | | | | | | |
| Equinox Financial Management Solutions 2720 South River Road, Suite 4 Des Plaines, IL 60018 | | | | Representing: ADT Security Services, Inc. | | | | Notice Only |
| Account No. | | | | | | | | |
| Law Offices of Serota, Avis & Associates P.O. Box 1008 Arlington Heights, IL 60006 | | | | Representing: ADT Security Services, Inc. | | | | Notice Only |
| Account No. | | | | | | | | |
| National Action Financial Services 165 Lawrence Bell Drive Suite 100 Buffalo, NY 14221-7900 | | | | Representing: ADT Security Services, Inc. | | | | Notice Only |

Sheet no. __4__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  885.63

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| SKO Brenner American P.O. Box 9320 Baldwin, NY 11510 | | | | Representing: ADT Security Services, Inc. | | | | Notice Only |
| Account No. | | | | | | | | |
| Tate & Kirlin Associates 2810 Southampton Road Philadelphia, PA 19154 | | | | Representing: ADT Security Services, Inc. | | | | Notice Only |
| Account No. | | | | | | | | |
| Valentine & Kebartas, Inc. P.O. Box 325 Lawrence, MA 01842 | | | | Representing: ADT Security Services, Inc. | | | | Notice Only |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Agarwal, Dinesh  K. 3226 Harvard Land Lake in the Hills, IL 60156 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Agee, Steven 285 Castine Way Beecher, IL 60401 | | - | | | | | | Unknown |

Sheet no. __5__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                    ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Aghahowa, Brenda 418 Brassie Lane University Park, IL 60466 | | - | | | | | | Unknown |
| Account No. | | | | 2008 Trade Debt | | | | |
| Air-Rite Heating and Cooling, Inc. 100 Overland Drive North Aurora, IL 60542 | | - | | | | | | 122,391.00 |
| Account No. | | | | | | | | |
| Thomas A. Appel, Esq. Appel & Kelly, Ltd. 8840 Calumet Avenue, #205 Munster, IN 46321 | | | | Representing: Air-Rite Heating and Cooling, Inc. | | | | Notice Only |
| Account No. | | | | 2008 Trade Debt | | | | |
| Al's Construction Inc 2842 Sterkel Rd North Aurora, IL 60542 | | - | | | | | | 21,578.50 |
| Account No. | | | | | | | | |
| Scott N. Schrieber, Esq. 55 West Monroe Street, Suite 1200 Chicago, IL 60603 | | | | Representing: Al's Construction Inc | | | | Notice Only |

Sheet no. __6__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                               (Total of this page)     143,969.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                         ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thomas E. Springer, Trustee**<br>**400 South County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | | | Representing:<br>Al's Construction Inc | | | | **Notice Only** |
| Account No.<br><br>**ALB Group, LLC**<br>**4355 Weaver Parkway Suite 170**<br>**Warrenville, IL 60555** | - | | Trade Debt | | | | **78,201.94** |
| Account No.<br><br>**ALCA Carpentry Contractors**<br>**161 Tower Drive Unit F**<br>**Burr Ridge, IL 60527** | - | | Trade Debt | | | | **89,633.00** |
| Account No.<br><br>**Alcom Aluminum Components, Inc.**<br>**31 W Industrial Rd**<br>**Addison, IL 60101** | - | | Trade Debt | | | | **6,307.00** |
| Account No.<br><br>**Aldis, Mary**<br>**370 E. North Ave.**<br>**Cortland, IL 60112** | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __7__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**174,141.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Alegado, Mark & Susie 8425 Merchant Court Lakewood, IL 60014** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Alvin Alexander 2272 Queensbridge Drive Lynwood, IL 60411** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Barrett Alexander 2337 Queensbridge Drive Lynwood, IL 60411** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Ali, Sajid 16330 Sand Creek Lane Plainfield, IL 60586** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Joseph S. Allen 8500 Buckingham Road Joliet, IL 60431** | - | | | | | | **Unknown** |

Sheet no. __8__ of __228__ sheets attached to Schedule of        Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allen, Karletta Y.**<br>**21301 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br>**Alliance Fire Protection, Inc.**<br>**998 Forest Edge Drive**<br>**Vernon Hills, IL 60061** | - | | **2008 & prior years**<br>**Trade Debt** | | | | **171,645.32** |
| Account No. <br><br>**Wildman Harrold & Allen**<br>**225 West Wacker Drive**<br>**Suite 2800**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Alliance Fire Protection, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Allied Waste Services**<br>**P.O. Box 9001154**<br>**Louisville, KY 40290-1154** | - | | **Trade Debt** | | | | **6,761.33** |
| Account No. <br><br>**The Chaet Kaplan Baim Firm**<br>**30 North LaSalle Street**<br>**Suite 1520**<br>**Chicago, IL 60602** | | | **Representing:**<br>**Allied Waste Services** | | | | **Notice Only** |

Sheet no. __9___ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**178,406.65**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                          ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Alpine Insulation** **P.O. Box 986** **Elburn, IL 60119** | | - | | | | | **Unknown** |
| Account No. | | | 2007 - 2008 Trade Debt | | | | |
| **Alright Concrete Company** **1500 Ramblewood Dr** **Streamwood, IL 60107** | | - | | | | | **63,539.00** |
| Account No. | | | Representing: Alright Concrete Company | | | | |
| **David W. McArdle, Esq.** **Zukowski Rogers Flood & McArdle** **50 Virginia Street** **Crystal Lake, IL 60014** | | | | | | | **Notice Only** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Hugo Alvarez** **2300 Bilstone Drive** **Lynwood, IL 60411** | | - | | | | | **Unknown** |
| Account No. | | | 2009 and prior years Trade Debt | | | | |
| **American National Services, Inc.** **MASCO Administrative Services, Inc.** **260 Jimmy Ann Drive** **Daytona Beach, FL 32114** | | - | | | | | **138,131.50** |

Sheet no. __10__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**201,670.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AmeriGas - Lockport** <br> **916 Ames Street** <br> **Lockport, IL 60441-2851** | - | | | **Trade Debt** | | | | **Unknown** |
| Account No. <br><br> **Amos, April M.** <br> **21139 Gray Hawk Drive** <br> **Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Amponsah, Helena** <br> **6417 Bridle Path Drive** <br> **Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Amy S. & Richard Conti** <br> **8605 Foxborough Way** <br> **Joliet, IL 60431** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Anderson, Anthony** <br> **6500 Blue Sky Lane** <br> **Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __11__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| George Annang 2224 Bilstone Drive Lynwood, IL 60411 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Another Plumbing Company, LLC 13753 McKanna Rd Minooka, IL 60447 | - | | | | | | | 14,003.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Aparri, Richie 24509 Sleepy Hollow Lane Plainfield, IL 60586 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Apex Custom Stairs Builders Inc 1605 Division St Mendota, Il 61342 | - | | | | | | | 2,620.00 |
| Account No. | | | | Trade Debt | | | | |
| Apex of Michigan LLC 370 Smoke Tree Business Park North Aurora, IL 60542 | - | | | | | | | 7,809.00 |

Sheet no. __12__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **24,432.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** ,  Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Aqua Illinois 24650 South Western Avenue University Park, IL 60466** | | - | | | | | | 620.00 |
| Account No. | | | | Trade Debt | | | | |
| **Area Steel Service Corp. 3094 North 8th Road Wenona, IL 61377** | | - | | | | | | 2,045.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Virgilio Arreguin, Jr. 8508 Foxborough Way Joliet, IL 60431** | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Askew, Keysha S. Flagg 461 Fairway Lane University Park, IL 60466** | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **AT & T P.O. Box 5019 Carol Stream, IL 60197-5019** | | - | | | | | | 24,002.00 |

Sheet no. __13__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,667.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NCO Financial System, Inc.** <br>**P.O. Box 17196** <br>**Baltimore, MD 21297** | | | Representing: <br>AT & T | | | | **Notice Only** |
| Account No. <br><br>**AT& T Internet Service** <br>**P.O. BOX 5016** <br>**Carol Stream, IL 60197-5016** | | - | Utilities | | | | **Unknown** |
| Account No. <br><br>**Atkins,Adel & Karen** <br>**6533 Blue Sky Lane** <br>**Matteson, IL 60443** | | - | Listed For Notice Purposes | | | | **Unknown** |
| Account No. <br><br>**Atwell - Hicks, Inc.** <br>**PO Box 2981** <br>**Ann Arbor, MI 48106** | | - | Trade Debt | | | | **Unknown** |
| Account No. <br><br>**Aurico Reports** <br>**116 W Eastman** <br>**Suite 101** <br>**Arlington Heights, IL 60004** | | - | Trade Debt | | | | **Unknown** |

Sheet no. __14__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Ausbury, Joan E. & Amy 3211 Ronan Drive Lake in the Hills, IL 60156 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Austin, Vincent 6509 Pasture Side Trail Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. **Multiple** | | | | 2010 & Prior Years Trade Debt | | | | |
| Avaya 14400 Hertz Quail Spring Parkway Oklahoma City, OK 73134 | | | | | | | | 9,562.54 |
| Account No. | | | | | | | | |
| ABC/Amega Inc. 1100 Main Street Buffalo, NY 14209-2356 | | | | Representing: Avaya | | | | Notice Only |
| Account No. | | | | Listed for Notice Purposes | | | | |
| Avenue 1000 Realty Ltd. 1999 W. 75th Street, #203 Woodridge, IL 60517-2603 | | - | | | | | | Unknown |

Sheet no. __15__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **9,562.54**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                        ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Avvaru, Rohini B. 24513 Bay Creek Lane Plainfield, IL 60586** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **B & G Services 1817 Anthony Lane McHenry, IL 60050** | - | | | 2008 Listed For Notice Purposes | X | X | X | **0.00** |
| Account No. **Jonathan A. Fox, Esq. Oldfield, Fox & Sarna, P.C. 2021 Midwest Road, #201 Oak Brook, IL 60523** | | | | Representing: B & G Services | | | | **Notice Only** |
| Account No. **Baig, Adnan 24521 Bay Creek Lane Plainfield, IL 60586** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Ballerini, Jeff 473 Hahn Drive Cortland, IL 60112** | - | | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __16__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Balogun, Sherriff** **6417 Gray Hawk Drive** **Matteson, IL 60443** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Bamgbose, Abiola** **1874 Monhegan Avenue** **Beecher, IL 60401** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Bandish, Edward** **25734 S. Basswood Road** **Channahon, IL 60410** | | | | | | | | **Unknown** |
| Account No. | | - | | Contract Damages/Earnest Money Deposit | | | | |
| **Banks, Deborah** **14612 S. Adbrooke** **Dolton, IL 60419** | | | | | | | | **5,000.00** |
| Account No. | | - | | Trade Debt | | | | |
| **Barricade Lites, Inc.** **P.O. Box 385** **Addison, IL 60101** | | | | | | | | **Unknown** |

Sheet no. __17__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Barrington Bank & Trust Co. <br> 201 South Hough Street <br> Barrington, IL 60010 | X | - | **2006** <br> **Deficiency claim based on foreclosed property located at Stone Mills Farms, Bourbonnais, Illinois - 103 Single Family Lots** | | | | **Unknown** |
| Account No. <br><br> Jay R. Goldberg, Esq. <br> Field and Goldberg, LLC <br> 10 South LaSalle St., Suite 2910 <br> Chicago, IL 60603 | | | **Representing:** <br> **Barrington Bank & Trust Co.** | | | | **Notice Only** |
| Account No. <br><br> Bartman, Peggy <br> 1861 Monhegan Avenue <br> Beecher, IL 60401 | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> Basco <br> 847 Central Ave <br> Wood Dale, IL 60191-1219 | | - | **Trade Debt** | | | | **7,333.00** |
| Account No. <br><br> Battle, Shawanda <br> 6709 Old Plank Boulevard <br> Matteson, IL 60443 | | - | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __18__ of __228__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)      **7,333.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Baum Property Services, Inc.<br>P.O. Box 2146<br>Aurora, IL 60507 | - | | Listed for Notice Purposes | | | | **Unknown** |
| Account No.<br><br>Baumann Studios<br>312 North May Street  Suite#2F<br>Chicago, IL 60607 | - | | Trade Debt | | | | **8,306.04** |
| Account No.<br><br>Brett Baumgart<br>3400 Ronan Drive<br>Lake in the Hills, IL 60156 | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>Colin Baumgartner<br>1810 Candlelight Circle<br>Montgomery, IL 60538 | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>Bean, Kim  E.<br>6405 Blue Sky Lane<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __19__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,306.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                  ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Listed For Notice Purposes | | | | |
| Beasley, Ausanta 1225 Birdie Drive University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Bennett, James E. 3350 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Benson, Jr., Nathaniel 6620 Pasture Side Trail Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Brent Berndl 1954 Candlelight Circle Montgomery, IL 60538 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Michael L. Bertolini 1906 Willoughby Lane Joliet, IL 60431 | - | | | | | | | Unknown |

Sheet no. __20__ of __228__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Montalbano Builders, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Bestler Corporation** **246 Keyes Avenue** **Hampshire, IL 60140** | - | | | | | | | 74,080.00 |
| Account No. | | | | Trade Debt | | | | |
| **BKT Construction Management Inc** **738-E Dundee Rd Suite 313** **Palatine, IL 60074** | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Black, Maurice G.** **21135 Gray Hawk Drive** **Matteson, IL 60443** | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Blahusiak, Loretta A.** **21128 Gray Hawk Drive** **Matteson, IL 60443** | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **Blind & Shutter Connection** **5021 Chase Ave.** **Downers Grove, IL** | - | | | | | | | Unknown |

Sheet no. __21__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,080.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Blodgett, Adrienne J. 6407 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Blommaert Bros. Masonry Inc 1705 Glenwood-Dyer Rd Chicago Heights, IL 60411 | - | | | | | | | 253,966.00 |
| Account No. | | | | Representing: Blommaert Bros. Masonry Inc | | | | |
| Jillian S.Cole, Esq. Aronberg Goldgehn Davis & Garmisa 330 North Wabash Ave., #1700 Chicago, IL 60611 | | | | | | | | Notice Only |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Board of Education 8504 Foxborough Way Joliet, IL 60431 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Timothy G. Boe 1902 Balmoral Street Joliet, IL 60431 | - | | | | | | | Unknown |

Sheet no. __22__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **253,966.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,        Case No. _____
                                                                                                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Boerema, Eric & Amy**<br>**26934 W Hemlock Road**<br>**Channahon, IL 60410** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Bogdan, Zofia**<br>**6515 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Boland-Prom, Kim**<br>**266 Castine Way**<br>**Beecher, IL 60401** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Bols, David**<br>**26934 W. Locust Road**<br>**Channahon, IL 60410** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Book Farms**<br>**22701 Bunker Hill Road**<br>**Harvard, Il 60033** | - | | | **Trade Debt** | | | | **Unknown** |

Sheet no. __23__ of __228__ sheets attached to Schedule of                                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                                                   (Total of this page)        **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Booker, Lennard**<br>**31204 Pasture Side Trail**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Boone County Treasuer**<br>**601 N. Main Street  Suite#203**<br>**Belvidere, IL 61008-2690** | - | | Listed For Notice Purposes | | | | **0.00** |
| Account No.<br><br>**Boone, Latonya**<br>**6502 Blue Sky Lane**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Bottiglier, Joshua**<br>**459 Hahn Drive**<br>**Cortland, IL 60112** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**John Bourdeau**<br>**c/o Joseph F. Spitzzerri, Esq.**<br>**Johnson & Bell Ltd.**<br>**33 West Monroe Street, #2700**<br>**Oak Park, IL 60303** | - | | 2004<br>Personal Injury | X | X | X | **Unknown** |

Sheet no. __24__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                        ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **William F. Murray, Jr.** **AIG Construction Risk Management** **300 South Riverside Plaza, 21st Fl.** **Chicago, IL 60606** | | | | **Representing:** **John Bourdeau** | | | | **Notice Only** |
| Account No. | | | | **Listed For Notice Purposes** | | | | |
| **Boutte, Roxane** **6416 Blue Sky Lane** **Matteson, IL 60443** | | - | | | | | | **Unknown** |
| Account No. | | | | **Listed For Notice Purposes** | | | | |
| **Boutte, Turhane T.** **6421 Gray Hawk Drive** **Matteson, IL 60443** | | - | | | | | | **Unknown** |
| Account No. | | | | **Listed For Notice Purposes** | | | | |
| **Bowie, Elizabeth E.** **476 Fairway Lane** **University Park, IL 60466** | | - | | | | | | **Unknown** |
| Account No. | | | | **Listed For Notice Purposes** | | | | |
| **Tanya & Stoney Bowser** **1921 Candlelight Circle** **Montgomery, IL 60538** | | - | | | | | | **Unknown** |

Sheet no. __25__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Jason and Cathy Boyer** **8512 Foxoborough Way** **Joliet, IL 60431** | | - | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Branch, Le Roy** **21215 White Cloud Drive** **Matteson, IL 60443** | | - | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Branch, Melanie** **6408 Gray Hawk Drive** **Matteson, IL 60443** | | - | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Janice Brandon** **2273 Queensbridge Drive** **Lynwood, IL 60411** | | - | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Brantley, Noel** **6410 Blue Sky Lane** **Matteson, IL 60443** | | - | | | | | **Unknown** |

Sheet no. __26__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bernice Brewer**<br>**2285 Eastwood Drive**<br>**Lynwood, IL 60411** | | - | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Brewer, Julie**<br>**321 Stonington Avenue**<br>**Beecher, IL 60401** | | - | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Brian Keith Advertising**<br>**1211 West 22nd Street**<br>**Suite 610**<br>**Oak Brook, IL 60523** | | | 2008<br>Trade Debt | | | | **23,881.00** |
| Account No.<br><br>**Terry P. Eland, Esq.**<br>**181 S. Blommingdale Road, #202**<br>**Bloomingdale, IL 60108** | | | Representing:<br>**Brian Keith Advertising** | | | | **Notice Only** |
| Account No.<br><br>**Brim, Shelly**<br>**16423 S. Hermitage**<br>**Markham, IL 60428** | | - | Contract Damages | | | | **Unknown** |

Sheet no. __27__ of __228__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)       **23,881.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** ,  Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Brink, Mary Jo 3260 Ronan Drive Lake in the Hills, IL 60156** | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. **Landon Brittain 1903 Balmoral Street Joliet, IL 60431** | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. **Broadwater, Brian 1006 Eagle Point Drive Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. **Brogan, Jason 917 Glen Oak Drive Sleepy Hollow, IL 60118** | | - | | Contract Damages/Earnest Money | | | | 5,000.00 |
| Account No. **Shawna Bronk c/o Gunter Clifford Lee, Esq. 58 North Chicago, Suite 303 Joliet, IL 60432** | | - | | 2007 Personal Injury | X | X | X | 45,000.00 |

Sheet no. __28__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **50,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Contract Damages/Earnest Money | | | | |
| Brooks, Jesse & Yvette 14424 Dorchester Dolton, IL 60419 | | - | | | | | | | 12,500.00 |
| Account No. | | | | | Trade Debt | | | | |
| Brothers Cleaning 165 Prairie Lake Rd Suite N East Dundee, IL 60118 | | - | | | | | | | 7,972.00 |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Brown, Gloria E. 21209 Bridle Path Drive Matteson, IL 60443 | | - | | | | | | | Unknown |
| Account No. | | | | | Contract Damages/Earnest Money | | | | |
| Brown, John & Larinda 14631 Dante Ave. Dolton, IL 60419 | | - | | | | | | | 9,625.00 |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Charles Brown, Jr. 1904 Willoughby Lane Joliet, IL 60431 | | - | | | | | | | Unknown |

Sheet no. __29__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **30,097.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Brown, Ricky 6421 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Sonja Brown 2213 Eastwood Drive Lynwood, IL 60411 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Brown, Tyler E 479 Hampstead Street Cortland, IL 60112 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Brownlee, Bernadette 458 Fairway Lane University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Buchanan, Alyce K. 6609 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __30__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Buchanan, Mary 445 Fairway Court University Park, IL 60466 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Buczek, Bogdan 16508 Lewood Drive Plainfield, IL 60586 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Bugh, Dainen 9089 Falcon Greens Drive Lakewood, IL 60014 | - | | | | | | Unknown |
| Account No. | | | 2007 - 08 Trade Debt | | | | |
| Builder Homesite, Inc. P.O. Box 847905 Dallas, TX 75284-7905 | - | | | | | | 63,308.06 |
| Account No. | | | Representing: Builder Homesite, Inc. | | | | |
| Capital Recovery Corporation P.O. Box 1008 Alpharetta, GA 30009-1008 | | | | | | | Notice Only |

| Sheet no. __31__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 63,308.06 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,     Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Teller Levit & Silvertrust, P.C.** **11 East Adams Street** **8th Floor** **Chicago, IL 60603** | | | Representing: **Builder Homesite, Inc.** | | | | **Notice Only** |
| Account No. | | | Trade Debt | | | | |
| **Builder Services Group, Inc.** | - | | | | | | **96,585.84** |
| Account No. | | | | | | | |
| **Kurt Bickes** **Bickes, Wilson & Moss** **Suite 600** **101 South Main Street** **Decatur, IL 62523** | | | Representing: **Builder Services Group, Inc.** | | | | **Notice Only** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Builder's Bloc Contracting Co.,Inc.** **c/o David Eisenberg, Esq.** **Lyman & Nielsen, LLC** **1301 W. 22nd Street, #914** **Oak Brook, IL 60523** | - | | | X | X | X | **0.00** |
| Account No. | | | Trade Debt | | | | |
| **Builders Lighting** **11400 Melrose Ave.** **Franklin Park, IL 60131** | - | | | | | | **19,140.00** |

Sheet no. __32__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,725.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                        ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Buligan, Romulo**<br>**26864 W Hemlock Road**<br>**Channahon, IL 60410** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Burgos, Justin**<br>**3201 Ronan Drive**<br>**Lake in the Hills, IL 60156** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Burton, Ardell**<br>**6506 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Burton, Shirley**<br>**6501 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Bush, Robert**<br>**6700 Pasture Side Trail**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __33__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____ ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Buttimer, Andrew** **16408 Pine Creek Lane** **Plainfield, IL 60586** | | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **C.M. Lavoie & Associates, Inc** **1050 West Route 26** **Plainfield, IL 60544** | | - | | | | | | **48,455.97** |
| Account No. | | | | Representing: **C.M. Lavoie & Associates, Inc** | | | | |
| **Thomas J. Sisul, Esq.** **5120 Main Street, #3** **Downers Grove, IL 60515** | | | | | | | | **Notice Only** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Cabrera, Jose J.** **24403 Spruce Creek Court** **Plainfield, IL 60586** | | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Caliper Capital Illinois,  LLC** **3855  Lewiston Street   Suite# 100** **Aurora, CO 80011** | | - | | | | | | **44,190.53** |

Sheet no. __**34**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **92,646.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____ ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**8650 Foxborough Way**<br>**Joliet, IL 60431** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**8652 Foxborough Way**<br>**Joliet, IL 60431** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**8654 Foxborough Way**<br>**Joliet, IL 60431** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**8656 Foxborough Way**<br>**Joliet, IL 60431** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**6311 Great Plains Avenue**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __**35**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**6313 Great Plains Avenue**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**6315 Great Plains Avenue**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**6317 Great Plains Avenue**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**8405 Merchant Court**<br>**Lakewood, IL 60014** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caliper Capital of Illinois LLC**<br>**8415 Merchant Court**<br>**Lakewood, IL 60014** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __**36**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Caliper Capital of Illinois LLC 24518 Sand Creek Court Plainfield, IL 60586 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Caliper Capital of Illinois LLC 24522 Sand Creek Court Plainfield, IL 60586 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Caliper Capital of Illinois LLC 24526 Sand Creek Court Plainfield, IL 60586 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Caliper Capital UWB LLC 3855  Lewiston Street Suite 100 Aurora, CO 80011 | - | | | | | | | 72,776.08 |
| Account No. | | | | Representing: Caliper Capital UWB LLC | | | | |
| Law Offices of Kovitz, Shifrin, Nesbit 750 West Lake Cook Road Suite 350 Buffalo Grove, IL 60089-2073 | | | | | | | | Notice Only |

Sheet no.  __37__  of  __228__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,776.08

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Callahan Excavating, Incorporated P.O. Box 322 Lemont, IL 60439 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Callazo, Tina 6605 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Cambridge Business Forms DO NOT USE***** 115 Hoffman Estates, IL 60195 | - | | | | | | | 4,101.86 |
| Account No. | | | | 2008 & prior years Trade Debt | | | | |
| Cambridge Printing Corporation 780 W Army Trail Road, Suite 200 Carol Stream, IL 60188 | - | | | | | | | 12,887.11 |
| Account No. | | | | Representing: Cambridge Printing Corporation | | | | |
| Cosmpolitan Service Corporation 1606 Colonial Parkway Palatine, IL 60067-4738 | | | | | | | | Notice Only |
| Sheet no. __38__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 16,988.97 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kathleen M. Griffen, Esq.**<br>**1 Trans Am Plaza Dr., #500**<br>**Oakbrook Terrace, IL 60181** | | | | | **Representing:**<br>**Cambridge Printing Corporation** | | | | **Notice Only** |
| Account No.<br><br>**Camilleri, Tommaso**<br>**1840 Stonington Avenue**<br>**Beecher, IL 60401** | | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Can Am Communications**<br>**208 Leisure Street**<br>**Yorkville, IL 60560** | | - | | | **Trade Debt** | | | | **17,992.00** |
| Account No.<br><br>**Candela, Paul**<br>**25741 S. Red Oak Road**<br>**Channahon, IL 60410** | | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Caracciolo, David**<br>**520 Hampstead Street**<br>**Cortland, IL 60112** | | - | | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __39__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,992.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Carefree Lawn Maintenance**<br>**17751 Gougar Road**<br>**Lockport, IL 60441** | - | | | | | | |
| | | | | | | | **3,675.00** |
| Account No. | | | Trade Debt | | | | |
| **Carefree Lawn Maintenance, Inc.**<br>**17751 Gougar Road**<br>**Lockport, IL 60441** | - | | | | | | |
| | | | | | | | **39,985.00** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Carlisle, Joseph & Amber**<br>**25717 S. Red Oak Road**<br>**Channahon, IL 60410** | - | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Carmina Huitron**<br>**P.O. Box 194**<br>**West Chicago, IL 60186** | - | | | | | | |
| | | | | | | | **7,690.00** |
| Account No. | | | Contract Damages/Earnest Money | | | | |
| **Kenyon & Richanda Carr**<br>**8941 S. Harper**<br>**Chicago, IL 60619** | - | | | | | | |
| | | | | | | | **8,700.00** |

Sheet no. __40__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **60,050.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Carra, Frank<br>1881 Monhegan Avenue<br>Beecher, IL 60401 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Carrol, Tajuana<br>6429 Hummingbird Lane<br>Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Carter, Timothy<br>6620 Old Plank Boulevard<br>Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Carver, Leon J.<br>21300 Pasture Side Trail<br>Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Castaneda, Sonia A.<br>21124 Gray Hawk Drive<br>Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __41__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Michael Caston 1920 Candlelight Circle Montgomery, IL 60538 | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Cave, Paul 27134 W. Hemlock Road Channahon, IL 60410 | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| CBeyond Communications 13474 Collections Center Drive Chicago, IL 60693 | | - | | | | | | |
| | | | | | | | | **687.17** |
| Account No. | | | | 2007-08 Trade Debt | | | | |
| CBS Outdoor P.O. Box 33074 Newark, NJ 07188-0074 | | - | | | | | | |
| | | | | | | | | **43,165.75** |
| Account No. | | | | Representing: CBS Outdoor | | | | |
| Cheifetz Iannitelli Marcolini P.C. 1850 North Central Avenue 19th Floor Phoenix, AZ 85004 | | | | | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __42__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **43,852.92** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: CBS Outdoor | | | | Notice Only |
| Jonathan M. Levine, Esq. 410 Park Avenue, 15th Floor New York, NY 10022 | | | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| CCR Tops, Inc 2482 Technology Drive Elgin, IL 60123 | | - | | | | | | 33,870.00 |
| Account No. | | | | Trade Debt | | | | |
| Cemcon, Ltd. 2280 White Oak Circle 100 Aurora, IL 60504-9675 | | - | | | | | | 1,429.19 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Cerda, Sandra 6512 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Ruby Chacko 3390 Ronan Drive Lake in the Hills, IL 60156 | | - | | | | | | Unknown |

Sheet no. __43__ of __228__ sheets attached to Schedule of                        Subtotal                35,299.19
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Channahon Park District<br>24856 W. Eames Street<br>Channahon, IL 60410** | - | | **Trade Debt** | | | | **Unknown** |
| Account No.<br><br>**Jeanne Goshgarian/Angel Glink<br>175 E. Hawthorne Pkwy., #145<br>Vernon Hills, IL 60061** | | | **Representing:<br>Channahon Park District** | | | | **Notice Only** |
| Account No.<br><br>**Chapman, Althea<br>2N625 Morton Road<br>West Chicago, IL 60185** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Chatman, Stanley<br>6609 Pasture Side Trail<br>Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Tyrone Chatter<br>2301 Bilstone Drive<br>Lynwood, IL 60411** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __44__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** ,    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Renee Chernoff 3420 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |
| Account No. | | | | 2009 & Prior Years Trade Debt | | | | |
| Chicago Backflow, Inc. 12607 South Laramie Avenue Alsip, IL 60803 | - | | | | | | | 700.00 |
| Account No. | | | | Representing: Chicago Backflow, Inc. | | | | Notice Only |
| Transworld Systems, Inc. P.O. Box 12103 Trenton, NJ 08650 | | | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Chicago Professional Sports Limited Part 1901 West Madison Street Chicago, IL 60612 | - | | | | | | | Unknown |
| Account No. | | | | Title Related Claims | | | | |
| Chicago Title Insurance Company 6601 Frances Street Omaha, NE 68106 | - | | | | | | | Unknown |

Sheet no. __45__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

700.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chicago Title Insurance Company** 171 North Clark Street Chicago, IL 60601-3294 | | | Representing: **Chicago Title Insurance Company** | | | | **Notice Only** |
| Account No. **Christian-Roge & Associates, Inc.** 211 West Wacker Drive Chicago, IL 60606 | | - | **Trade Debt** | | | | **22,409.00** |
| Account No. **Cintora, Roberto** 16414 Lewood Drive Plainfield, IL 60586 | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 5837** **Citi Cards** P.O. Box 6000 The Lakes, NV 89163-6000 | | - | **2010 & Prior Years Trade Debt** | | | | **386.89** |
| Account No. **PRO Consulting Services, Inc.** P.O. Box 66768 Houston, TX 77266-6768 | | | Representing: **Citi Cards** | | | | **Notice Only** |

Sheet no. __46__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **22,795.89**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Montalbano Builders, Inc.** ,                    Case No. _____

_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | W J | C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Trade Debt | | | | |
| City of Crest Hill 1610 Plainfield Road Crest Hill, IL 60403 | - | | | | | | | | Unknown |
| Account No. | | | | | Trade Debt | | | | |
| City of Harvard 201 W. Front Street Harvard, Il 60033 | - | | | | | | | | 1,980.00 |
| Account No. | | | | | Trade Debt | | | | |
| City of Joliet 150 W. Jefferson Joliet, IL 60432 | - | | | | | | | | Unknown |
| Account No. | | | | | Trade Debt | | | | |
| City of Lockport 921 S. State Street Lockport, IL 60441 | - | | | | | | | | Unknown |
| Account No. | | | | | Trade Debt | | | | |
| City Of Wilmington 1165 S. Water Street Wilmington, IL 60481 | - | | | | | | | | Unknown |

Sheet no. __47__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 1,980.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                        ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clark, Jeremy**<br>**487 Hampstead Street**<br>**Cortland, IL 60112** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Clark, Todd**<br>**24406 Spruce Creek Court**<br>**Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Clay, Kerry L.**<br>**6420 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Clements, Retta**<br>**6504 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Clemons, Clarence A.**<br>**467 Fairway Lane**<br>**University Park, IL 60466** | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __48__ of __228__ sheets attached to Schedule of                                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Clowers, Dwight W. 16325 Sand Creek Lane Plainfield, IL 60586** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.  **Coffee, Shawn R. 16404 Pine Creek Lane Plainfield, IL 60586** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.  **Coldwell Banker Honing-Bell Property Mgm 113 E. 9th Street Lockport, IL 60441** | - | | | Listed for Notice Purposes | | | | **Unknown** |
| Account No.  **Coleman, Crystal J. 6515 Blue Sky Lane Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.  **Paul Coleman 8613 Foxborough Way Joliet, IL 60431** | - | | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __**49**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                                      ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Coli, Michael G.**<br>**3240 Ronan Drive**<br>**Lake in the Hills, IL 60156** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Collins, Dorothy**<br>**6423 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Rashonda Collins**<br>**2312 Queensbridge Drive**<br>**Lynwood, IL 60411** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Colosi, Catherine**<br>**9035 Falcon Greens Drive**<br>**Lakewood, IL 60014** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Ronald Colwell**<br>**2336 Queensbridge Drive**<br>**Lynwood, IL 60411** | - | | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __50__ of __228__ sheets attached to Schedule of                              Subtotal          | **0.00** |
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Com-Mate Services** **960 Baytree Drive** **Bartlett, IL 60103** | | - | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Comcast Cable** **P.O. Box 3001** **Southeastern, PA 19398-3001** | | - | | | | | **276.41** |
| Account No. | | | Representing: Comcast Cable | | | | |
| **Eastern Account System of CT, Inc.** **P.O. Box 837** **Newtown, CT 06470** | | | | | | | **Notice Only** |
| Account No. | | | 2008 Trade Debt | | | | |
| **Complete Care Cleaning Corp.** **16508 Lewood Drive** **Plainfield, IL 60586** | | - | | | | | **51,221.00** |
| Account No. | | | Representing: Complete Care Cleaning Corp. | | | | |
| **Carl R. Buck, Esq.** **Rathburn, Cservenyak & Kozol, LLC** **24201 West Main Street** **Plainfield, IL 60544** | | | | | | | **Notice Only** |

Sheet no. __51__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **51,497.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Compudata Products Inc.** **P.O. BOX 292130** **Lewisville, TX 75029-2130** | - | | | | | | | 90.77 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Concord Valley HOA** **PO Box  2164** **Aurora, IL 60507-2164** | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Connor, Ollie** **1204 Birdie Drive** **University Park, IL 60466** | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| **Consolidated Garage Doors** **1870 Suncast Lane** **Batavia, IL 60510** | - | | | | | | | 16,477.00 |
| Account No. | | | | Trade Debt | | | | |
| **Constellation HomeBuilder Systems, Inc.** **PO Box 1070** **Charlotte, NC 28201-1070** | - | | | | | | | Unknown |

Sheet no. __**52**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,567.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Construction Specialty Systems P.O. Box 593 Wauconda, IL 60084 | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Consumer Source, Inc. P.O Box 402035 Atlanta, GA 30384-2039 | | - | | | | | | 4,158.00 |
| Account No. | | | | | | | | |
| Stein & Rotman 105 West Madison Street Suite 600 Chicago, IL 60602 | | | | Representing: Consumer Source, Inc. | | | | Notice Only |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Robert J. Conway, Jr. 8516 Foxborough Way Joliet, IL 60431 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Cook, Jason L. 6510 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | Unknown |

Sheet no. __53__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,158.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Cornelius, Tasha**<br>**1059 West 92nd Place**<br>**Chicago, IL 60620** | | - | | **Contract Damages** | | | | **Unknown** |
| Account No.<br><br>**Cornerstone Material Recovery, Inc.**<br>**4172 Bull Valley Road**<br>**McHenry, IL 60050** | | - | | **Trade Debt** | | | | **4,105.00** |
| Account No.<br><br>**Corsi, David O.**<br>**24517 Bay Creek Lane**<br>**Plainfield, IL 60586** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Cortese, Mike**<br>**481 Hahn Drive**<br>**Cortland, IL 60112** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Linda Couch**<br>**1956 Candlelight Circle**<br>**Montgomery, IL 60538** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __**54**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,105.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cowhey Gudmundson Leder, Inc.<br>300 Park Boulevard,  Suite# 205<br>Itasca, IL 60143 | | - | Trade Debt | | | | 2,913.00 |
| Account No.<br><br>Lebow, Malecki & Tasch LLC<br>903 Commerce Drive, Suite 180<br>Oak Brook, IL 60523 | | | Representing:<br>Cowhey Gudmundson Leder, Inc. | | | | Notice Only |
| Account No.<br><br>Crane, Matthew<br>6147 Stone Mill Drive<br>Bourbonnais, IL 60194 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Craver, Kevin<br>9061 Falcon Greens Drive<br>Lakewood, IL 60014 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Crawford, Veda<br>444 Fairway Court<br>University Park, IL 60466 | | - | Listed For Notice Purposes | | | | Unknown |

Sheet no.  __55__  of  __228__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,913.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2008 & prior years Trade Debt | | | | |
| Crescent Electric Supply Company c/o Stone Pogrund & Korey LLC 1 East Wacker Dr., #2610 Chicago, IL 60601 | - | | | | | | | 2,558.50 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Susana Cruz 8615 Foxborough Way Joliet, IL 60431 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Crystal Sewer & Water, Inc. 1733 Terry Drive Joliet, IL 60436 | - | | | | | | | 0.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Cyprain, Victoria A., 419 Brassie Lane University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Czapla, David & Lori 25758 S. Basswood Road Channahon, IL 60410 | - | | | | | | | Unknown |

Sheet no. __56__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,558.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **D & H Energy Management Co** **11410 Kreutzer Rd** **Huntley, IL 60142** | - | | | | | | | **20,862.00** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Daniel Danczyk** **2142 Foxcroft Drive** **Harvard, IL 60033** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Daniels, Kimberleigh** **6505 Gray Hawk Drive** **Matteson, IL 60443** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Dason Masonry, Inc.** **1000 North Rand Road** **Suite 121** **Wauconda, IL 60084** | - | | | | | | | **28,438.00** |
| Account No. | | | | Representing: **Dason Masonry, Inc.** | | | | |
| **AmerAssist** **P.O. Box 26926** **Columbus, OH 43226-0926** | | | | | | | | **Notice Only** |
| Sheet no. __57__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **49,300.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                          ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**John G. Neal**<br>**P.O. Box 1596**<br>**Powell, OH 43065-1596** | | | **Representing:**<br>**Dason Masonry, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Data Tech Communications Inc.**<br>**1495 Hembree Rd. Ste 1300**<br>**Roswell, GA 30076** | - | | **Trade Debt** | | | | **2,109.32** |
| Account No. <br><br>**Dave's Excavating**<br>**7014 Alden Road**<br>**Harvard, Il 60033** | - | | **Trade Debt** | | | | **3,810.00** |
| Account No. <br><br>**David Gomez Ltd. / R & S**<br>**Landscaping &**<br>**2132   219 Pl**<br>**Sauk Village, IL 60411** | - | | **Trade Debt** | | | | **42,916.00** |
| Account No. <br><br>**Davis, Alessi**<br>**6519 Blue Sky Lane**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __**58**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,835.32**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                              ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Listed For Notice Purposes | | | | |
| Davis, Jariron 452 Fairway Court University Park, IL 60466 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Davis, Jerome 6525 Pasture Side Trail Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Davis, Katherine 1891 Merrimack Lane Beecher, IL 60401 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Davis, Nathaniel 21304 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Davis, Quandale 21323 Pasture SideTrail Matteson, IL 60443 | | - | | | | | | Unknown |

Sheet no. __59__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Roberta Davis 2284 Queensbridge Drive Lynwood, IL 60411 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Davis, Travon 1891 Monhegan Avenue Beecher, IL 60401 | | | | | | | | Unknown |
| Account No. | | - | | Trade Debt | | | | |
| De'Cor Construction, Inc. 360 Dublin Road Bloomingdale, IL 60108 | | | | | | | | 35,018.00 |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| DeCuir, Karyn L. 6506 Blue Sky Lane Matteson, IL 60443 | | | | | | | | Unknown |
| Account No. | | - | | Trade Debt | | | | |
| Deer Creek Golf, LLC 25055 S Western Ave University Park, IL 60466 | | | | | | | | 0.00 |

Sheet no. __60__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,018.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                          ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                          Defano, James L. 16323 Lewood Drive Plainfield, IL 60586 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.                                                          Kara M. DeFelice 8603 Foxborough Way Joliet, IL 60431 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.                                                          DeKalb County Collector 110 E Sycamore Street Sycamore, IL 60178 | - | | | Listed For Notice Purposes | | | | 0.00 |
| Account No.                                                          DeKalb Park District (#428) 1765 S. Fourth Street DeKalb, IL 60115 | - | | | Trade Debt | | | | Unknown |
| Account No.                                                          DeKalb Paving, Inc 16847 Route 23 DeKalb, IL 60115 | - | | | 2008 Trade Debt | | | | 17,832.00 |

Sheet no. __61__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    17,832.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: DeKalb Paving, Inc | | | | Notice Only |
| **Franks Gerkin & McKenna, P.C.** **P.O. Box 5** **Marengo, IL 60152** | | | | | | | | |
| Account No. | | - | | Trade Debt | | | | |
| **Delite Marble, Inc,** **405 Stone Drive** **St. Charles, IL 60174-3301** | | | | | | | | **2,470.00** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Dell Aquila, John** **1893 Merrimack Lane** **Beecher, IL 60401** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Dennis, Michele** **6509 Blue Sky Lane** **Matteson, IL 60443** | | | | | | | | **Unknown** |
| Account No. | | - | | Trade Debt | | | | |
| **Designer Decks** **24 Emery Street** **Joliet, IL 60436** | | | | | | | | **2,145.00** |

Sheet no. __62__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,615.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Diachenko, Brian 280 Monhegan Avenue Beecher, IL 60401 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Diallo, Abdoul & Lori 1928 Monhegan Avenue Beecher, IL 60401 | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Diamond Sign And Design LTD. 1200 East Golf Rd. DesPlaines, IL 60016 | | - | | | | | | 475.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Dibie, Azuka V. 6509 Old Plank Boulevard Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Fred Dickson, Sr. 8522 Foxborough Way Joliet, IL 60431 | | - | | | | | | Unknown |

Sheet no. __63__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          475.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Dixon-Sudduth, Candie 6520 Bridle Path Drive Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Doby, Ronald 6616 Bridle Path Drive Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Kwasi Donely 2301 Eastwood Drive Lynwood, IL 60411 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Doubet, Lisa 9031 Falcon Greens Drive Lakewood, IL 60014 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Douglas, Angela 6525 Bridle Path Drive Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __64__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Douglas, Bruce & Madge** <br> **16430 Lewood Drive** <br> **Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. <br><br> **Downing, Aaron** <br> **513 Hampstead Street** <br> **Cortland, IL 60112** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. <br><br> **Drinker Biddle** <br> **191 Wacker Drive, Suite 3700** <br> **Chicago, IL 60601** | - | | Services | | | | Unknown |
| Account No. <br><br> **Drop Zone Portable Services, Inc.** <br> **P.O. Box 964** <br> **Frankfort, IL 60423** | - | | Trade Debt | | | | 9,212.00 |
| Account No. <br><br> **Dudley, Jeffrey L.** <br> **21120 Gray Hawk Drive** <br> **Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __65__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            9,212.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| DuPage County Collector PO BOX 4203 Carol Stream, IL 60189 | | - | | | | | | 26,519.22 |
| Account No. | | | | Trade Debt | | | | |
| Dykema Gossett PLLC 6904 Paysphere Circle Chicago, IL 60674 | | - | | | | | | 22,504.93 |
| Account No. | | | | Representing: Dykema Gossett PLLC | | | | |
| Dykema Gossett, LLP 4200 Commerce Court Lisle, IL 60532 | | | | | | | | Notice Only |
| Account No. | | | | 2008 Trade Debt | | | | |
| Eagle Concrete, Inc. 1305 S. River Street Batavia, IL 60510-9648 | | - | | | | | | 187,011.19 |
| Account No. | | | | Representing: Eagle Concrete, Inc. | | | | |
| Paul L. Gerviskes, Esq. 109 E. Wilson Street P.O. Box 393 Batavia, IL 60510 | | | | | | | | Notice Only |

Sheet no. __66__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

236,035.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2008** **Trade Debt** | | | | |
| **Ed Fogarty Concrete Construction, Inc.** **10261 Mandel - Unit A** **Plainfield, IL 60585** | - | | | | | | **163,748.00** |
| Account No. | | | Representing: **Ed Fogarty Concrete Construction, Inc.** | | | | |
| **Jillian S.Cole, Esq.** **Aronberg Goldgehn Davis & Garmisa** **330 North Wabash Ave., #1700** **Chicago, IL 60611** | | | | | | | **Notice Only** |
| Account No. | | | **Trade Debt** | | | | |
| **Edward Hines Lumber Co.** **1000 Corporate Grove Drive** **Buffalo Grove, IL 60089** | - | | | | | | **170.00** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Edwards** **6408 Hummingbird Lane** **Matteson, IL 60443** | - | | | | | | **Unknown** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Edwards, Victor** **471 Fairway Lane** **University Park, IL 60466** | - | | | | | | **Unknown** |

Sheet no. **67** of **228** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**163,918.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Bill Eger 8519 Foxborough Way Joliet, IL 60431 | - | | | | | | | | Unknown |
| Account No. | | | | | Trade Debt | | | | |
| Einstein Inc DBA Heights Shelving Co. 200 William St Bensenville, IL 60106 | - | | | | | | | | 1,564.00 |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Eisha, Karin 317 Stonington Avenue Beecher, IL 60401 | - | | | | | | | | Unknown |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Elia, Corrine M. 3210 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | | Unknown |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Elmore, Silene N. 6421 Blue Sky Lane Matteson, IL 60443 | - | | | | | | | | Unknown |

Sheet no. __68__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,564.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Peter & Justina Emefiele**<br>**8621 Foxborough Way**<br>**Joliet, IL 60431** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Enamorado, Mario**<br>**25726 S. Basswood Road**<br>**Channahon, IL 60410** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**ENCAP, Inc.**<br>**1709 Afton Road**<br>**Sycamore, IL 60178** | | - | | **Listed For Notice Purposes** | X | X | X | **0.00** |
| Account No.<br><br>**The Foster & Buick Law Group**<br>**2040 Aberdeen Court**<br>**Sycamore, IL 60178** | | | | **Representing:**<br>**ENCAP, Inc.** | | | | **Notice Only** |
| Account No.<br><br>**EPI Realty & Management, Inc.**<br>**14032 South Kostner Ave. Suite M**<br>**Midlothian, IL 60445-2603** | | - | | **Listed for Notice Purposes** | | | | **Unknown** |

Sheet no. __**69**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**  ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Eppler, Patrick and Maia 9101 Falcon Greens Drive Lakewood, IL 60014 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Erickson, Pamela 9095 Falcon Greens Drive Lakewood, IL 60014 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Robert T. and Brenetta R. Esenberg 8507 Foxborough Way Joliet, IL 60431 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Espinoza, Mariela 6117 Stone Mill Drive Bourbonnais, IL 60194 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Jason M. Esser 8507 Wellington Drive Joliet, IL 60431 | - | | | | | | Unknown |

Sheet no. __70__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                  ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Evans & Son Blacktop, Inc.**<br>**3N775 Powis Road**<br>**West Chicago, IL 60185** | - | | | **2008**<br>**Trade Debt** | | | | **12,129.00** |
| Account No.<br><br>**Evans, Ronald.**<br>**268 Castine Way**<br>**Beecher, IL 60401** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Evans, Steven K.**<br>**439 Brassie Lane**<br>**University Park, IL 60466** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Falcon Greens Townhome**<br>**1314 North Rand Road**<br>**Arlington Heights, IL 60004** | - | | | Listed For Notice Purposes | | | | **0.00** |
| Account No.<br><br>**Falkor Group**<br>**Dept 20-5041**<br>**P.O. Box 5988**<br>**Carol Stream, IL 60197-5988** | - | | | Trade Debt | | | | **1,890.00** |

Sheet no. __71__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,019.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Cosmpolitan Service Corporation 1606 Colonial Parkway Palatine, IL 60067-4738 | | | | Representing: Falkor Group | | | | Notice Only |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Farmer, Bernard 6527 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | 2009 & Prior Years Trade Debt | | | | |
| Farmers Property Insurance c/o DRC Services Group 920 Hampshire Road Suite S Westlake Village, CA 91361 | | | | | | | | 4,583.38 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Farrag, Mohamed 6505 Bridle Path Drive Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Ferency, Scott 9055 Falcon Greens Drive Lakewood, IL 60014 | | - | | | | | | Unknown |

Sheet no. __72__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,583.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Martin Fernandez** **529 Maple Avenue** **Poplar Grove, IL 61065** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Chris Fiegel** **2137 Bristol Court** **Harvard, IL 60033** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Julie Fifield** **1942 Candlelight Circle** **Montgomery, IL 60538** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **David & Geneva Fiore** **1814 Candlelight Circle** **Montgomery, IL 60538** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Fireside Hearth and Home** **4251 W 129th Street** **Alsip, IL 60803-0753** | - | | | | | | **20,538.00** |

Sheet no. __73__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **20,538.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **CCC of New York** <br> **P.O. Box 288** <br> **Tonawanda, NY 14150-0288** | | | | **Representing:** <br> **Fireside Hearth and Home** | | | | **Notice Only** |
| Account No. <br><br> **First American Bank, successor to** <br> **Town Community Bank** <br> **41412 North Highway 83** <br> **Antioch, IL 60002** | | - | | Listed For Notice Purposes | X | X | X | <br><br>**0.00** |
| Account No. <br><br> **Jason R.Sleezer, Esq.** <br> **Scott & Kraus, LLC** <br> **150 South Wacker Drive** <br> **Chicago, IL 60606** | | | | **Representing:** <br> **First American Bank, successor to** | | | | **Notice Only** |
| Account No. <br><br> **First Bank** <br> **2100 S. Elmhurst** <br> **Mount Prospect, IL 60056** | X | - | | **2006** <br> **Deficiency claim based on foreclosed property Poplar Grove, Boone County - 95 Single Family Lots** | | | | <br><br>**Unknown** |
| Account No. <br><br> **Fred R. Harbecke** <br> **29 South LaSalle Street** <br> **Suite 945** <br> **Chicago, IL 60603** | | | | **Representing:** <br> **First Bank** | | | | **Notice Only** |

Sheet no. __74__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James L. Wright, Esq.**<br>**Zanck Coen & Wright, P.C.**<br>**40 Brink Street**<br>**Crystal Lake, IL 60014** | | | Representing:<br>**First Bank** | | | | **Notice Only** |
| Account No. **xxx7298**<br><br>**First Insurance Funding**<br>**P.O. Box 66468**<br>**Chicago, IL 60666-0468** | | - | Trade Det | | | | **33,916.77** |
| Account No.<br><br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Boulevard**<br>**Cleveland, OH 44146** | | | Representing:<br>**First Insurance Funding** | | | | **Notice Only** |
| Account No.<br><br>**First Midwest Bank**<br>**770 West Dundee Road**<br>**Arlington Heights, IL 60004** | | - | **2005**<br>**Listed For Notice Purposes** | X | X | X | **0.00** |
| Account No.<br><br>**Colleen McManus, Esq.**<br>**Much Shelist Denenberg Ament &**<br>**Rubenstein, P.C.**<br>**191 North Wacker Dr., #1800**<br>**Chicago, IL 60606** | | | Representing:<br>**First Midwest Bank** | | | | **Notice Only** |

Sheet no. __**75**__ of __**228**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,916.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,         Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Thomas A. Brown, Esq. Swanson and Brown, Ltd. 12600 South Harlem, Suite 202 Palos Heights, IL 60463 | | | Representing: First Midwest Bank | | | | Notice Only |
| Account No. Fitgerald, Hattie 6523 Blue Sky Lane Matteson, IL 60443 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No. Flaws, Annamarie 6617 Bridle Path Drive Matteson, IL 60443 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No. Fleetcor - Citgo c/o Pentagroiup Financial, LLC 5959 Corporate Drive Suite 1400 Houston, TX 77036 | | - | 2010 & Prior Years Trade Debt | | | | 1,582.21 |
| Account No. Jaime Flores 1903 Willoughby Lane Joliet, IL 60431 | | - | Listed For Notice Purposes | | | | Unknown |

Sheet no. __76__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,582.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Flores, Jose 26917 W. Hemlock Road Channahon, IL 60410** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Miguel A. Flores 3003 Harborside Court Plainfield, IL 60544** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Floyd, Charles 442 Brassie Lane University Park, IL 60466** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Foley  Sr., Steven I. 6513 Pasture Side Trail Matteson, IL 60443** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Fonseca, Vidal & Maria 1904 Monhegan Avenue Beecher, IL 60401** | | | | | | | | **Unknown** |

Sheet no. __**77**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                        ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Force Elec-Tech, LLC**<br>**3055 E. Ancient Oak Drive**<br>**Oregon, IL 61061** | - | | Trade Debt | | | | 18,705.85 |
| Account No.<br><br>**Force Electric, Inc.**<br>**5031 Mulford Street**<br>**Skokie, IL 60077** | - | | Trade Debt | | | | 13,001.00 |
| Account No.<br><br>**Forces Inc.**<br>**31W350 Diehl Road**<br>**Naperville, IL 60563-9630** | - | | Trade Debt | | | | 29,540.00 |
| Account No.<br><br>**Foreman, Chris**<br>**2021 Meyers Street**<br>**Belvidere, IL 61008** | - | | Contract Damages/Earnest Money | | | | 1,000.00 |
| Account No.<br><br>**Frederico Formell**<br>**1811 Candlelight Circle**<br>**Montgomery, IL 60538** | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __78__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **62,246.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                     ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Lawrence R. & Nancy Formella 1911 Balmoral Street Joliet, IL 60431 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Foster, Takia 6426 Blue Sky Lane Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| Four Seasons Heating & Cooling, Inc. 56 East End Drive Gilberts, il 60136 | | - | | | | | 638.00 |
| Account No. | | | Listed For Notice Purposes | | | | |
| Fox, John J 25733 S. Red Oak Road Channahon, IL 60410 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Fox, Sean 24402 Spruce Creek Court Plainfield, IL 60586 | | - | | | | | Unknown |

Sheet no. __79__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

638.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| France Jr., Philip S. 6514 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | | Unknown |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Franks, Frederic 21219 White Cloud Drive Matteson, IL 60443 | | - | | | | | | | Unknown |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Freeman, Ida 6409 Old Plank Boulevard Matteson, IL 60443 | | - | | | | | | | Unknown |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Freeman, Jamie R. 6521 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | | | Unknown |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| Freund, Josh 6403 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | | Unknown |

Sheet no. __80__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Frost, Ruttenberg & Rothblatt, P.C.**<br>**111 Pfingsten Road, Suite 300**<br>**Deerfield, IL 60015** | - | | **Services** | | | | **Unknown** |
| Account No.<br><br>**Fulcher, Donna**<br>**441 Brassie Lane**<br>**University Park, IL 60466** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Fulton, Stephan & Felicia**<br>**14337 Oak**<br>**Dolton, IL 60419** | - | | **2009**<br>**Contract Damages** | X | X | X | **10,000.00** |
| Account No.<br><br>**G&L Construction, Inc.**<br>**8401 West 191st St**<br>**Mokena, IL 60448** | - | | **Trade Debt** | | | | **3,000.00** |
| Account No.<br><br>**Gaden, Christine**<br>**6535 Blue Sky Lane**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __81__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **13,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gamble, Edward<br>7030 W. 100th<br>Apt. 208<br>Chicago Ridge, IL 60415** | - | | | **Contract Damages/Earnest Money** | | | | **6,765.00** |
| Account No.<br><br>**Garcia, Irma<br>21224 White Cloud Drive<br>Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Garcia, Luis<br>24527 Sand Creek Court<br>Plainfield, IL 60586** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Gardner, Alphalisa<br>21317 Hummingbird Lane<br>Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Garelli Wong & Associates, Inc.<br>1 Independent Drive 8th Floor<br>Jacksonville, FL 32202-5039** | - | | | **Trade Debt** | | | | **11,897.40** |

Sheet no. __82__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **18,662.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract Damages/Earnest Money | | | | |
| Garrett, William 2171 College Drive Glendale Heights, IL 60139 | | - | | | | | |
| | | | | | | | 1,000.00 |
| Account No. | | | Listed For Notice Purposes | | | | |
| Garza, Mario 466 Fairway Lane University Park, IL 60466 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Gater, Crystal A. 21228 White Cloud Drive Matteson, IL 60443 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Noah Gates 8503 Foxborough Way Joliet, IL 60431 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Genco Industries, Inc. c/o Ronald Sokol, Reg. Agent 60 Orland Square Dr., #202 Orland Park, IL 60462 | | - | | X | X | X | |
| | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __83__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **General Electric Company c/o DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068** | - | | **2008 Trade Debt** | | | | 124,119.00 |
| Account No.  **Gentile, H. Tony 713 65th St Downers Grove, IL 60516** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  **Bradon Gerrick 1932 Candlelight Circle Montgomery, IL 60538** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  **Michael Giannetti 1808 Candlelight Circle Montgomery, IL 60538** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  **Gibson, Donna 2946 189th Place Lansing, IL 60438** | - | | Contract Damages/Earnest Money | | | | 5,800.00 |

Sheet no. __84__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

129,919.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sutara Giles**<br>**2273 Eastwood Drive**<br>**Lynwood, IL 60411** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Gonnigan, Keith D.**<br>**444 Brassie Lane**<br>**University Park, IL 60466** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Gonzalo Rizo, Vanessa E. Ramos &**<br>**25742 S. Basswood Road**<br>**Channahon, IL 60410** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Gordon-Hester, Deidre**<br>**7140 Lavern Lane**<br>**Tinley Park, IL 60477** | - | | **Contract Damages** | X | X | X | **Unknown** |
| Account No.<br><br>**Graham, LaShawn M.**<br>**6418 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __85__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Gray, Sandra O. 6424 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| Great American Landscape, Inc., The P.O. Box 235 Dyer, IN 46311 | - | | | | | | | 132,755.03 |
| Account No. | | | | Trade Debt | | | | |
| Great West Healthcare 6250 River Road,  Suite#7020 Rosemont, IL 60018 | - | | | | | | | 62,610.14 |
| Account No. | | | | Representing: Great West Healthcare | | | | |
| GB Collects, LLC 145 Bradford Drive West Berlin, NJ 08091 | | | | | | | | **Notice Only** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Green, Glenzie 6516 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | **Unknown** |

Sheet no. __**86**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | **195,365.17** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Greg Devine Enterprises Inc**<br>**3151 N 1300 East Rd**<br>**Chebanse, Il 60922** | - | | **Trade Debt** | | | | **6,250.00** |
| Account No.<br><br>**Greg Greenhill Const. Co., Inc.**<br>**5419 Hayden Lane**<br>**Ringwood, IL 60072** | - | | **Listed For Notice Purposes** | X | X | X | **0.00** |
| Account No.<br><br>**Jonathan A. Fox, Esq.**<br>**Oldfield, Fox & Sarna, P.C.**<br>**2021 Midwest Road, #201**<br>**Oak Brook, IL 60523** | | | **Representing:**<br>**Greg Greenhill Const. Co., Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Kenneth Gregory**<br>**1926 Candlelight Circle**<br>**Montgomery, IL 60538** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Griffin, Loretta**<br>**6405 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __**87**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,250.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Steven Gronewold 1912 Candlelight Circle Montgomery, IL 60538 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Grude, Tony F. 6425 Blue Sky Lane Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Grundy County Collector 111 East Washington St. Morris, IL 60450 | - | | | | | | | Unknown |
| Account No. | | | | 2009 & Prior Years Trade Debt | | | | |
| Guardian Protection Service c/o Abrams & Abrams, P.C. 180 West Washington Street Suite 910 Chicago, IL 60602 | - | | | | | | | 20,952.72 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Guimond, Philip M. 21203 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __88__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          20,952.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Gunn, Danielle 6513 Gray Hawk Drive Matteson, IL 60443** | | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **H & C Installation, Inc. 614 Somonauk St Sycamore, IL 60178** | | - | | | | | | **16,732.00** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **David T. Haaksma 3440 Ronan Drive Lake in the Hills, IL 60156** | | - | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Haas Excavating, Inc 38W295 Pars Path Elgin, IL 60124** | | - | | | | | | **41,937.00** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Haire, Anita 6426 Gray Hawk Drive Matteson, IL 60443** | | - | | | | | | **Unknown** |

Sheet no. __89__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,669.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hall, Raymond**<br>**25856 S. Yellow Pine Drive**<br>**Channahon, IL 60410** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Halling, Francis**<br>**279 Castine Way**<br>**Beecher, IL 60401** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Hallmark Cabinet Co., Inc.**<br>**3225 Rennie Smith Drive**<br>**South Chicago Heights, IL 60411** | - | | Trade Debt | | | | **25,478.00** |
| Account No.<br><br>**Halloway, Ramie**<br>**21223 White Cloud Drive**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Hamerla, Anthony**<br>**27133 W. Hemlock Road**<br>**Channahon, IL 60410** | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. **90** of **228** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **25,478.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Harder, Mark<br>1221 Birdie Drive<br>University Park, IL 60466 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Harders, Bill & Ricia<br>393 Park<br>Manteno, IL 60950 | | - | Contract Damages/Earnest Money | | | | 11,318.00 |
| Account No.<br><br>Hartig, Timothy & Amy<br>1880 Stonington Avenue<br>Beecher, IL 60401 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Harvard Diggins Library<br>900 E. McKinley St<br>Harvard, Il 60033 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Harvard Fire Protection District<br>502 S. Eastman Street<br>Harvard, Il 60033 | | - | Trade Debt | | | | Unknown |

Sheet no. __91__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **11,318.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Tara J. Hasan 8607 Foxborough Way Joliet, IL 60431 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Hassan, Vilenscia 6511 Blue Sky Lane Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Donald Hawkins Jr. 2325 Eastwood Drive Lynwood, IL 60411 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Hawthorn's New Creation Landscaping 324 Country Club Road Lake Zurich, IL 60047-2126 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Hayes, Alonzo L. 6409 Blue Sky Lane Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __92__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Haynes, Jeffery A.**<br>**6416 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Haynes, Theresa**<br>**6521 Pasture Side Trail**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Head, David**<br>**6608 Pasture Side Trail**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Heavens, Reginald D.**<br>**464 Fairway Lane**<br>**University Park, IL 60466** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Heights Glass & Mirror Company**<br>**1040 Entry Drive**<br>**Bensenville, IL 60106** | - | | | **Trade Debt** | | | | **12,696.00** |

Sheet no. __93__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,696.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,         Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Listed For Notice Purposes | | | | |
| Heinecke, Karl P. 291 Castine Way Beecher, IL 60401 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Hernandez, Sergio 24412 Cedar Creek Lane Plainfield, IL 60586 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Herring, Drenda J. 450 Fairway Court University Park, IL 60466 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Higgins, Jon 27150 W. Hemlock Road Channahon, IL 60410 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Hill, Hector  M. 443 Brassie Lane University Park, IL 60466 | | - | | | | | | Unknown |

Sheet no. __94__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                        ,        Case No. _____
                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Hill, Thiddus 294 Monhegan Avenue Beecher, IL 60401** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Hines, Ricky 468 Fairway Lane University Park, IL 60466** | - | | | | | | **Unknown** |
| Account No. | | | Contract Damages/Earnest Money | | | | |
| **Hoeft, Thomas & Lori 608 Glen Ridge Crystal Lake, IL 60014** | - | | | | | | **13,500.00** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Leslie Hollenbeck 8511 Foxborough Way Joliet, IL 60431** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Frances Holmes 2324 Bilstone Drive Lynwood, IL 60411** | - | | | | | | **Unknown** |

Sheet no. __95__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **13,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2008** **Trade Debt** | | | | |
| **Homecrest Corporation** **P.O. Box 595** **Goshen, IN 46526** | - | | | | | | **73,093.26** |
| Account No. | | | **Representing:** **Homecrest Corporation** | | | | |
| **Receivables Control Corporation** **7373 Kirkwood Court** **Suite 200** **Minneapolis, MN 55369** | | | | | | | **Notice Only** |
| Account No. | | | **Representing:** **Homecrest Corporation** | | | | |
| **Teller Levit & Silvertrust, P.C.** **11 East Adams Street** **8th Floor** **Chicago, IL 60603** | | | | | | | **Notice Only** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Hornsby, Ramonica** **6428 Blue Sky Lane** **Matteson, IL 60443** | - | | | | | | **Unknown** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Howard, Erica** **6520 Pasture Side Trail** **Matteson, IL 60443** | - | | | | | | **Unknown** |

Sheet no. __96__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **73,093.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                        ,        Case No. _____
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Hu, Hong Cheng 26918 W Hemlock Road Channahon, IL 60410 | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| HUB International - Scheer's 601 Oakmont Lane Suite 400 Westmont, IL 60559-5570 | | - | | | | | | 6,750.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Hudetz, Justin 16327 Lewood Drive Plainfield, IL 60586 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Hunt-Mobley, Natosha R. 21141 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Rachel Huss 8611 Foxborough Way Joliet, IL 60431 | | - | | | | | | Unknown |

Sheet no. __97__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 6,750.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Janet Iapichino 8526 Foxborough Way Joliet, IL 60431** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Ibarra, Enrique 16513 Pine Creek Lane Plainfield, IL 60586** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Jorge L. Ibarra 1908 Balmoral Street Joliet, IL 60431** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Ignasak, Christopher &Jessica 16413 Pine Creek Lane Plainfield, IL 60586** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Illinois Central Sweeping Service LLC 2739 W 139th Street Blue Island, IL 60406** | - | | | | | | | **3,445.00** |

Sheet no. __98__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,445.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Illinois Pollution Control Board 100 West Randolph Street Suite 11-500 Chicago, IL 60601** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Zemeheret Bereket Office of the Attorney General Environmental Bureau North 69 W. Washington Street, Suite 1800 Chicago, IL 60602** | | | Representing: Illinois Pollution Control Board | | | | **Notice Only** |
| Account No. | | | Trade Debt | | | | |
| **Illinois Valley Millworks Inc. 1605 Division Street Mendota, Il 61342** | - | | | | | | **2,304.00** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Benita Ingram 2249 Eastwood Drive Lynwood, IL 60411** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Inland Electric Corp. 611 West Jefferson Street Shorewood, IL 60431** | - | | | | | | **120,435.00** |

Sheet no. __99__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**122,739.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Inland Electric Corp.**<br>**611 West Jefferson Street**<br>**Shorewood, IL 60431** | - | | | **Trade Debt** | | | | **Unknown** |
| Account No.<br><br>**Douglas C. Tibble, Esq.**<br>**101 North Washington St.**<br>**Naperville, IL 60540** | | | | **Representing:**<br>**Inland Electric Corp.** | | | | **Notice Only** |
| Account No.<br><br>**Inland Electric Corp.**<br>**611 West Jefferson Street**<br>**Shorewood, IL 60431** | - | | | **Trade Debt** | | | | **Unknown** |
| Account No.<br><br>**Douglas Tibble, Esq.**<br>**101 North Washington St.**<br>**Naperville, IL 60540** | | | | **Representing:**<br>**Inland Electric Corp.** | | | | **Notice Only** |
| Account No.<br><br>**Installed Building Products, LLC**<br>**917 Tower Road**<br>**Mundelein, Il 60060** | - | | | **Trade Debt** | | | | **3,516.00** |

Sheet no. __100__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **3,516.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Irizarry, Valerie 16317 Sand Creek Lane Plainfield, IL 60586 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Irons, Rhonda L. 21147 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| Iroquois Builders, Inc 700 C Peace Rd DeKalb, IL 60115-8498 | | - | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| J & D Door Sales 200 E 2nd St Big Rock, Il 60511 | | - | | | | | 10,547.00 |
| Account No. | | | Contract Damages/Earnest Money | | | | |
| Jackson 105 Twin Oaks Drive Joliet, IL 60431 | | - | | | | | 900.00 |

Sheet no. __101__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,447.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8655**<br><br>**Jackson Wabash**<br>**P.O. Box 1023540**<br>**Atlanta, GA 30368-3540** | - | | | | **2008 & Prior Years**<br>**Trade Debt** | | | | **11,897.40** |
| Account No.<br><br>**Jackson, Anthony S.**<br>**6411 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Jackson, N E**<br>**6400 Hummingbird Lane**<br>**Matteson, IL 60443** | - | | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Jackson, Theresa**<br>**6613 Pasture Side Trail**<br>**Matteson, IL 60443** | - | | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Jackson-Cohn, Norma**<br>**457 Fairway Lane**<br>**University Park, IL 60466** | - | | | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. **102** of **228** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,897.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                          ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| Jacob & Hefner Associates, P.C. 1901 S. Meyers Road #350 Oakbrook Terrace, IL 60181 | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Jacobs, Jason 1919 S Wolf Road, #203 Hillside, IL 60162 | - | | | | | | | **Unknown** |
| Account No. | | | | 2009 Contract Damages/Earnest Money | | | | |
| Eric & Diana Jahneke 40894 Hwy 59 Antioch, IL 60002 | | | | | | | | **3,000.00** |
| Account No. | | | | Representing: Eric & Diana Jahneke | | | | |
| Melissa A. Wick, Esq. Michling Hofmann Vinton Plaza Wick 101 N. Throop Street Woodstock, IL 60098 | | | | | | | | **Notice Only** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| James, Larry 440 Brassie Lane University Park, IL 60466 | - | | | | | | | **Unknown** |

Sheet no. __103__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **3,000.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jan Gris Inc.    Compass Signs<br>0N 700 Coventry Drive<br>Wheaton, IL 60187 | - | | Trade Debt | | | | 21,420.00 |
| Account No.<br><br>Jandak, Susan<br>25 Kane Court<br>Willowbrook, IL 60527 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Jemine, Sandra E.<br>6516 Blue Sky Lane<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Dario & Cesaria Jimenez<br>7009 Mojave Court<br>Plainfield, IL 60544 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Johnson, Barbara H<br>6510 Gray Hawk Drive<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __104__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                         21,420.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                          ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Johnson, Brittany 6501 Pasture Side Trail Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Johnson, Cornelia N 281 Castine Way Beecher, IL 60401 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Johnson, Daniel 6700 Bridle Path Drive Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Johnson, Erica 424 Brassie Lane University Park, IL 60466 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Johnson, Fred 289 Monhegan Ave Beecher, IL 60401 | | - | | | | | Unknown |

Sheet no. __105__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Johnson, Gina P. 21211 Gray Hawk Drive Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  Johnson, James 10021 S. Sangamon  St. Chicago, IL 60643 | | - | | Contract Damages/Earnest Money | | | | 13,000.00 |
| Account No.  Sherri Johnson 2224 Queensbridge Drive Lynwood, IL 60411 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  Johnson, Tommy  H. 459 Fairway Lane University Park, IL 60466 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  Johnson-McClinton, Linda I. 6412 Hummingbird Lane Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no.  **106**  of  **228**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **13,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| Joiner, Scott & Jacyln Ohlerich 126 East Clover Ave. Cortland, IL 60112 | | - | | | | | | 1,000.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Jones, Barbara J. 6517 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Jones, Janett 426 Brassie Lane University Park, IL 60466 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Jones, Katasha 21220 White Cloud Drive Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Jones, Larilynn D. 6411 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | Unknown |

Sheet no. __107__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jones, LaShawn**<br>**6509 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Jones, Mary**<br>**6513 Blue Sky Lane**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Natasha Jones**<br>**2237 Eastwood Drive**<br>**Lynwood, IL 60411** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Jordan, James T & Irene**<br>**26941 W. Hemlock Road**<br>**Channahon, IL 60410** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Courtney & Nicholas Jorgensen**<br>**8528 Foxborough Way**<br>**Joliet, IL 60431** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __108__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joubert, Terrance<br>P.O. Box 1292<br>Homewood, IL 60430 | - | | Contract Damages/Earnest Money | | | | 8,009.00 |
| Account No.<br><br>Juan's Lawn & Landscaping<br>21305 Cardianl Ct.<br>Harvard, Il 60033 | - | | Trade Debt | | | | 3,290.00 |
| Account No.<br><br>Jurish, Patricia<br>16522 Pine Creek Lane<br>Plainfield, IL 60586 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Justin Kinsella and Lisa Kiebles<br>16405 Lewood Drive<br>Plainfield, IL 60586 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>K.M. Design House<br>38660 N Gilbert Avenue<br>Beach Park, IL 60099 | - | | Trade Debt | | | | Unknown |

Sheet no. __109__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,299.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Kacena, David R. & Elisabeth 16502 Pine Creek Lane Plainfield, IL 60586** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Kalafut, Dana M. 21W624 Lynn Rd #3 Lombard, IL 60148** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Margaret Kane 8514 Foxborough Way Joliet, IL 60431** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Kankakee County Collector's Office 192 N. East Avenue Kankakee, IL 60901** | - | | | | | | | **0.00** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Keith Plutt, Jennifer L. Fike & 16426 Lewood Drive Plainfield, IL 60586** | - | | | | | | | **Unknown** |

Sheet no. __110__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Keith, James R.** <br> **6500 Gray Hawk Drive** <br> **Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | <br><br><br><br> **Unknown** |
| Account No. <br><br> **Kelly, Regina** <br> **1920 Monhegan Avenue** <br> **Beecher, IL 60401** | - | | | Listed For Notice Purposes | | | | <br><br><br><br> **Unknown** |
| Account No. <br><br> **Kelner, Julie** <br> **9085 Falcon Greens Drive** <br> **Lakewood, IL 60014** | - | | | Listed For Notice Purposes | | | | <br><br><br><br> **Unknown** |
| Account No. <br><br> **Kendall County Collector** <br> **111 W Fox Street** <br> **Yorkville, IL 60560** | - | | | Listed For Notice Purposes | | | | <br><br><br><br> **0.00** |
| Account No. <br><br> **Kenney, Charles** <br> **P.O. Box 193** <br> **Cortland, IL 60112** | - | | | **2009** <br> **Contract Damages/Earnest Money** | | | | <br><br><br><br> **12,300.00** |

Sheet no. __111__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,300.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Kerr, Marlene 6700 Old Plank Boulevard Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| Kerry Gold Inc 102 Ford Drive New Lenox, IL 60451 | | - | | | | | 2,175.00 |
| Account No. | | | 2009 Trade Debt | | | | |
| Key Outdoor Inc. P.O. Box 206 Kankakee, IL 60901-0206 | | - | | | | | 5,808.00 |
| Account No. | | | Representing: Key Outdoor Inc. | | | | Notice Only |
| Jerome C. Shapiro, Esq. 501 Lowe Road P.O. Box 175 Aroma Park, IL 60910 | | | | | | | |
| Account No. | | | 2007 Deficiency on Foreclosed Property - The Homestead, Arizona | | | | |
| Keybank National Association 11 East 6600 South, Suite 120 Mailcode: UT-51-CL-0120 Salt Lake City, UT 84121 | X | - | | | | | 10,442,169.07 |

| | | |
|---|---|---|
| Sheet no. __112__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,450,152.07 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Montalbano Builders, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael A. Axel, Esq.**<br>**KeyBank**<br>**127 Public Square, Second Floor**<br>**Cleveland, OH 44114** | | | **Representing:**<br>**Keybank National Association** | | | | **Notice Only** |
| Account No.<br><br>**Keystone Mechanical Industries**<br>**310 Wainwright**<br>**Northbrook, IL 60062** | | - | **Trade Debt** | | | | **7,238.00** |
| Account No.<br><br>**Khan, Saad**<br>**21300 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Khan, Shabana**<br>**15 East Maple St. Apt 1C**<br>**Lombard, IL 60148** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Kimball, Jacqueline**<br>**15933 Ellis Ave.**<br>**South Holland, IL 60473** | | - | **Contract Damages** | | | | **Unknown** |

Sheet no. __113__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,238.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Kimbrough, Jason M. 6505 Blue Sky Lane Matteson, IL 60443 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No. King, Jeremiah P. 26956 W. Hemlock Road Channahon, IL 60410 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No. Kinker, Gregory 24409 Spruce Creek Court Plainfield, IL 60586 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No. Kirkland, Charles 21320 Pasture Side Trail Matteson, IL 60443 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No. Matt Klover 8525 Foxborough Way Joliet, IL 60431 | | - | Listed For Notice Purposes | | | | Unknown |

Sheet no. __114__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**
_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Knight, Gwenn** **667 Stone Mill Drive** **Bourbonnais, IL 60194** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Koros, Richard** **8435 Merchant Court** **Lakewood, IL 60014** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Kovis, Henry** **26902 W. Cypress Road** **Channahon, IL 60410** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Krughoff Holding I, LLC** **1381 Wind Energy Pass** **Batavia, IL 60510** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Kucera, Christopher J.** **16333 Sand Creek Lane** **Plainfield, IL 60586** | - | | | | | | **Unknown** |

Sheet no. __115_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                              , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Kulikowski, Krzysztof 16518 Pine Creek Lane Plainfield, IL 60586 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Kyrouac, Jason 657 Stone Mill Drive Bourbonnais, IL 60194 | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| L&M Cultured Marble Company 5859 W 1117th Place Alsip, IL 60803 | | - | | | | | | 5,853.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Lacey II, Roy 6531 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| Lachman, Kristen 1433 Presidents Street Glendale Heights, IL 60139 | | - | | | | | | 4,000.00 |

Sheet no. **116** of **228** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,853.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lagunas, Reynaldo**<br>**1841 Monhegan Avenue**<br>**Beecher, IL 60401** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Landscape Concepts Construction Inc.**<br>**4213 U.S. Highway 12**<br>**Richmond, Il 60071** | - | | **Trade Debt** | | | | 10,585.00 |
| Account No.<br><br>**Landsings At Malibu Bay Conco HOA**<br>**% EAM**<br>**39 S. LaSalle Street, Suite 1224**<br>**Chicago, IL 60603** | - | | **Trade Debt** | | | | 145,000.00 |
| Account No.<br><br>**Laser Construction, Inc.**<br>**16W066 Jeans Road**<br>**Lemont, IL 60439** | - | | **2008**<br>**Trade Debt** | | | | 75,874.00 |
| Account No.<br><br>**Kenneth J. Nemec, Jr., Esq.**<br>**Goldstine Skodzki Russian Nemec Hof**<br>**835 McClintock Drive, Second Floor**<br>**Burr Ridge, IL 60527** | | | **Representing:**<br>**Laser Construction, Inc.** | | | | **Notice Only** |

Sheet no. __117__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

231,459.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Latin Pavers** **1200 Channahon Road** **Joliet, IL 60436** | | - | | | | | **6,212.00** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Edmond Lebbos** **1065 Jessica Drive** **Wauconda, IL 60084** | | - | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Lee, Michael** **6605 Pasture Side Trail** **Matteson, IL 60443** | | - | | | | | **Unknown** |
| Account No. | | | 2008 Trade Debt | | | | |
| **Lenny Szarek, Inc.** **4014 Pioneer Road** **McHenry, IL 60050** | | - | | | | | **42,516.00** |
| Account No. | | | Representing: **Lenny Szarek, Inc.** | | | | |
| **Diamond & LeSueur, P.C.** **3431 West Elm Street** **McHenry, IL 60050** | | | | | | | **Notice Only** |

Sheet no. __118__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **48,728.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **LePard, Bob 1821 Monhegan Avenue Beecher, IL 60401** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Levesque, Chasitie 21215 Gray Hawk Drive Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Lewis, Ruby D. 6400 Blue Sky Lane Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Lewis, Tracy 6504 Pasture Side Trail Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **John Lich 2114 Stockton Drive Harvard, IL 60033** | - | | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __119__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Montalbano Builders, Inc.__ _____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Lietz, Daniel 26942 W. Locust Road Channahon, IL 60410 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Lindsey, Claudette R. 6422 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| Lindsey, Doug 1115 E. 5000 Road Bourbonnais, IL 60914 | - | | | | | | | 2,000.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Linton, Denise A. G. 6414 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Emily Lipinsky 517 Oak Lane Poplar Grove, IL 61065 | - | | | | | | | Unknown |

Sheet no. __120_ of __228_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Shaun Litt** **3430 Ronan Drive** **Lake in the Hills, IL 60156** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Lo, Dennis E.** **6401 Gray Hawk Drive** **Matteson, IL 60443** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Long, Roy** **21301 Barn Owl Drive** **Matteson, IL 60443** | - | | | | | | | **Unknown** |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| **Lopez, Jose & Estella** **5S736 Westwind Drive** **Naperville, IL 60563** | - | | | | | | | **10,000.00** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Lopez, Manuel** **27142 W. Hemlock Road** **Channahon, IL 60410** | - | | | | | | | **Unknown** |

Sheet no. __121__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **10,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Maria E. Lopez<br>8619 Foxborough Way<br>Joliet, IL 60431 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Lorde, Marvin<br>6507 Blue Sky Lane<br>Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Lucado, Mario<br>6505 Pasture Side Trail<br>Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Lueshen, Kevin<br>26856 W. Cypress Road<br>Channahon, IL 60410 | - | | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Lynn, Dan<br>512 Hampstead Street<br>Cortland, IL 60112 | - | | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __122__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Lynwood Sign Company P.O. Box 121 Des Plaines, IL 60016 | - | | | | | | | 11,420.00 |
| Account No. | | | | Trade Debt | | | | |
| M. Ecker & CO. O'Hare Gateway Office Center Suite 600 Rosemont, IL 60018-5203 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Maggio, Matthew & Konstadina 9081 Falcon Greens Drive Lakewood, IL 60014 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Maier Precast 1905 Marketview Drive, Suite 316 Yorkville, IL 60560 | - | | | | | | | 0.00 |
| Account No. | | | | Trade Debt | | | | |
| Mailbox Service Inc. 10753 Wolf Drive Huntley, IL 60142 | - | | | | | | | 3,220.00 |

Sheet no. __123__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,640.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mainor, Joe** <br>**21313 Barn Owl Drive** <br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Majewska, Teresa** <br>**3380 Ronan Drive** <br>**Lake in the Hills, IL 60156** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Majewski, Greg** <br>**26910 W Hemlock Road** <br>**Channahon, IL 60410** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Major, Rozetta** <br>**10553 South Rhodes** <br>**Chicago, IL 60628** | | - | **Contract Damages/Earnest Money** | | | | **9,150.00** |
| Account No. <br><br> **Malibu Bay Condo. Homeowner Assoc.** <br>**c/o Timothy P. Dwyer, Esq.** <br>**240 West River Drive** <br>**Saint Charles, IL 60174** | | - | **2003** <br>**Contract Damages** | | | | **145,000.00** |

| | | |
|---|---|---|
| Sheet no. __124__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **154,150.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mandel, Warren**<br>**1884 Monhegan Avenue**<br>**Beecher, IL 60401** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Manhard Consulting, Ltd**<br>**900 Woodlands Parkway**<br>**Vernon Hills, IL 60061** | - | | Listed For Notice Purposes | X | X | X | **0.00** |
| Account No.<br><br>**Maniar, Saad**<br>**16309 Sand Creek Lane**<br>**Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Marblecast Granite & Marble**<br>**2211 S. Foster Ave**<br>**Wheeling, IL 60090** | - | | Trade Debt | | | | **2,951.00** |
| Account No.<br><br>**Randy R. Marciano**<br>**8511 Wellington Drive**<br>**Joliet, IL 60431** | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __125__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,951.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Mariusz Zapart, Dorota Surga & 16506 Pine Creek Lane Plainfield, IL 60586 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Maron Electronic Swithcing Systems, Inc. 5401 W. Fargo Avenue Skokie, IL 60077 | - | | | | | | | 363.03 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Marshall, Rupel 437 Brassie Lane University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Martin, Elizabeth M. 6413 Blue Sky Lane Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Martin, Jalena 6416 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __126__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       363.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Janet Martin<br>2236 Queensbridge Drive<br>Lynwood, IL 60411** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Martinez, Alberto<br>24521 Sleepy Hollow Lane<br>Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Martinez, Phillip C.<br>16416 Pine Creek Lane<br>Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Marzano, Jane R.<br>24539 Bay Creek Lane<br>Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Masco Builder Cabinet Group<br>P.O. Box 1946<br>Adrian, MI 49221** | - | | 2008<br>Trade Debt | | | | **117,431.10** |

Sheet no. __127__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **117,431.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Schulz Law, P.C.**<br>**1144 E. State Street, #A260**<br>**Geneva, IL 60134** | | | **Representing:**<br>**Masco Builder Cabinet Group** | | | | **Notice Only** |
| Account No.<br><br>**Masco Home Services, Inc.**<br>**2339 Beville Road**<br>**Daytona Beach, FL 32119** | | - | **Trade Debt** | | | | **4,490.35** |
| Account No.<br><br>**Mason, Gene**<br>**21122 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Massey, Shandell**<br>**6421 Hummingbird Lane**<br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Master-Brew Beverages, Inc.**<br>**PO Box 1508**<br>**Northbrook, IL 60065-1508** | | - | **Trade Debt** | | | | **220.73** |

Sheet no. __128__ of __228__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)      **4,711.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Matthew, Yeisan 21316 Pasture Side Trail Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Matthews, Kimberlynn 430 Brassie Court University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Matt Matyas 1952 Candlelight Circle Montgomery, IL 60538 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Mays, Garland 1010 Eagle Point Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| McCarter, Stephen 3311 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |

Sheet no. __129__ of __228__ sheets attached to Schedule of    Subtotal    | 0.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>McCarty, Walter<br>16412 Pine Creek Lane<br>Plainfield, IL 60586 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>McCary, Myron<br>17671 Winston Drive<br>Country Club Hills, IL 60478 | - | | Contract Damages | | | | Unknown |
| Account No.<br><br>Myron McCary<br>P.O. Box 41<br>Lansing, IL 60438 | | | Representing:<br>McCary, Myron | | | | Notice Only |
| Account No.<br><br>McCaskill, Todd E.<br>6408 Gray Hawk Drive<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>McClendon, Riley<br>6621 Bridle Path Drive<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. **130** of **228** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| McClinton, Omar 446 Fairway Court University Park, IL 60466 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| McCollum, Lindon E. 24408 Cedar Creek Lane Plainfield, IL 60586 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| McCoy, George & Brandy 6509 Bridle Path Drive Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| McCullough, Deborah 6419 Blue Sky Lane Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| McDaniels, Donald 21306 Barn Owl Drive Matteson, IL 60443 | - | | | | | | Unknown |

Sheet no. __131__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| McDillon, Gina M. 6413 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Kenneth McDonald 2285 Queensbridge Drive Lynwood, IL 60411 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Paul McDonald 1908 Willoughby Lane Joliet, IL 60431 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Dianna McGee 2200 Bilstone Drive Lynwood, IL 60411 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| McGee, Jr, Johnny 16517 Pine Creek Lane Plainfield, IL 60586 | - | | | | | | Unknown |

Sheet no. __132__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Montalbano Builders, Inc._____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  McGhee Pod, Yudis 6401 Blue Sky Lane Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  McGhee, Carolyn Y. 21201 Gray Hawk Drive Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.  McGill Management, Inc. 1314 North Rand Road Arlington Heights, IL 60004 | | - | | Listed for Notice Purposes | | | | Unknown |
| Account No.  McHenry County Collector PO Box 458 Crystal Lake, IL 60039-0458 | | - | | Listed For Notice Purposes | | | | 0.00 |
| Account No.  McIntosh, Marsha A. 6412 Gray Hawk Drive Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __133__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Becky Melero**<br>**8508 Buckingham Road**<br>**Joliet, IL 60431** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Tracy Melton**<br>**1907 Balmoral Street**<br>**Joliet, IL 60431** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Merillat**<br>**PO Box 77980**<br>**Detroit, MI 48277** | - | | | Trade Debt | | | | **1,522.00** |
| Account No.<br><br>**Metro Glass & Mirror Company**<br>**1547 Bourbon Parkway**<br>**Streamwood, IL 60107** | - | | | Trade Debt | | | | **399.00** |
| Account No.<br><br>**Metropolitan Fire protection, Inc.**<br>**175 Gordon Street**<br>**Elk Grove Village, IL 60007** | - | | | Trade Debt | | | | **770.00** |

Sheet no. __134_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,691.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Metropolitan Industries, Inc.** **c/o Bennett L.Cohen, Reg. Agent** **630 Dundee Rd., #120** **Northbrook, IL 60062** | - | | | X | X | X | 0.00 |
| Account No. | | | Trade Debt | | | | |
| **Metrostudy** **PO BOX 2683- Department #00** **Houston, TX 77252** | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Meyers, Pam A.** **6419 Gray Hawk Drive** **Matteson, IL 60443** | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Michael and Susan Stepps** **27126 W. Hemlock Road** **Channahon, IL 60410** | - | | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| **Michael Nicholas Carpentry, LLC** **1331 Davis Rd** **Elgin, IL 60123** | - | | | | | | 518,157.00 |

Sheet no. __135__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

518,157.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4146**<br><br>**Microsoft Licensing, GP** | - | | **Trade Debt** | | | | 69,668.60 |
| Account No.<br><br>**Bank of America, N.A.**<br>**1950 North Stemmons Fwy**<br>**Suite 5010**<br>**Dallas, TX 75207** | | | Representing:<br>**Microsoft Licensing, GP** | | | | Notice Only |
| Account No.<br><br>**Midway Aluminum, Inc.**<br>**183 Wheeling Rd**<br>**Wheeling, IL 60090** | - | | **Trade Debt** | | | | 15,987.00 |
| Account No.<br><br>**James Stevens Daniels**<br>**1283 College Park Drive**<br>**Dover, DE 19904** | | | Representing:<br>**Midway Aluminum, Inc.** | | | | Notice Only |
| Account No.<br><br>**Midwest Technical Consultants, Inc**<br>**1840 Centre Point Circle**<br>**Naperville, IL 60563** | - | | **Trade Debt** | X | X | X | 3,390.00 |

Sheet no. __136__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 89,045.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Mihes, Monica 24404 Deer Creek Court Plainfield, IL 60586** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Mike Cachey Construction Co. 11415 West 183rd Place Suite A Orland Park, IL 60467** | - | | | | | | **27,964.00** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Miles, Jason P. 6404 Blue Sky Lane Matteson, IL 60443** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Milkint  Jr., Edward J. 1901 Monhegan Avenue Beecher, IL 60401** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Miller, Bobby 6424 Blue Sky Lane Matteson, IL 60443** | - | | | | | | **Unknown** |

Sheet no. __137__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,964.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Miller, Joesph A. 432 Brassie Lane University Park, IL 60466 | - | | | | | | Unknown |
| Account No. | | | Contract Damages/Earnest Money | | | | |
| Kelly Miller, Jr. 11122 Emerald Avenue Chicago, IL 60628 | - | | | | | | 9,910.00 |
| Account No. | | | Listed For Notice Purposes | | | | |
| Miller, Larry B. 6428 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Miller, William T. 6410 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Rachette Miranda 1901 Balmoral Street Joliet, IL 60431 | - | | | | | | Unknown |

Sheet no. __138__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,910.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mitchell, Charles E.**<br>**21143 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. <br><br>**Mitchell, Maryann**<br>**21319 Pasture Side Trail**<br>**Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. <br><br>**Mixed Media Group, Inc.**<br>**1152 Liberty Avenue**<br>**Cary, IL 60013** | | | | 2008<br>Trade Debt | | | | 27,525.00 |
| Account No. <br><br>**Norman D. Vinton, Esq.**<br>**101 N. Throop Street**<br>**Woodstock, IL 60098** | | | | Representing:<br>Mixed Media Group, Inc. | | | | Notice Only |
| Account No. <br><br>**Mobley, George**<br>**6517 Bridle Path Drive**<br>**Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __139__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,525.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                                   ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Modular Space Corporation**<br>**12603 Collection Center Dr.**<br>**Chicago, IL 60693** | - | | **Trade Debt** | | | | **111,845.98** |
| Account No.<br><br>**Beach Associates Inc.**<br>**95 Wolf Creek Boulevard**<br>**Suite 2**<br>**Dover, DE 19901** | | | **Representing:**<br>**Modular Space Corporation** | | | | **Notice Only** |
| Account No.<br><br>**Molinar, Sam**<br>**542 Hampstead Street**<br>**Cortland, IL 60112** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Monroe, Ariana**<br>**6513 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Monroy, Mauricio**<br>**2328 S. Lombard**<br>**Berwyn, IL 60402** | - | | **2009**<br>**Contract Damages** | X | X | X | **5,000.00** |

Sheet no. __**140**__ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116,845.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Steven K. Norgaard, P.C.** <br> **493 Duane Street** <br> **Glen Ellyn, IL 60137** | | | **Representing:** <br> **Monroy, Mauricio** | | | | **Notice Only** |
| Account No. <br><br> **Montgomery, Mario** <br> **21315 Pasture Side Trail** <br> **Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Monti, Jon D** <br> **25710 S. Basswood Road** <br> **Channahon, IL 60410** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Moodie, Peter** <br> **25718 S. Basswood Road** <br> **Channahon, IL 60410** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br> **Moore Sr., Jerry** <br> **21224 Gray Hawk Drive** <br> **Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __141__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Moore, Alicia K.**<br>**6403 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Moore, Ellene**<br>**451 Fairway Court**<br>**University Park, IL 60466** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Moore, Martin**<br>**6416 Hummingbird Lane**<br>**Matteson, IL 60443** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Moore, Robin D.**<br>**6501 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Moore, Stacey**<br>**6512 Bridle Path Drive**<br>**Matteson, IL 60443** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __142__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Morris, Derrick 6412 Bridle Path Drive Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Amalia Moyotl 1950 Candlelight Circle Montgomery, IL 60538** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Mrozek, Ken 906 Echo Trail Marengo, IL 60152** | - | | | Contract Damages/Earnest Money | | | | **7,889.00** |
| Account No. **Stanley Mucha 2260 Queensbridge Drive Lynwood, IL 60411** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Muhammad, Hasan 6407 Blue Sky Lane Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __143__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,889.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Muhammed, Hakeem**<br>**6404 Hummingbird Lane**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Gail Mundo**<br>**1802 Candlelight Circle**<br>**Montgomery, IL 60538** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Judith Munson**<br>**8601 Foxborough Way**<br>**Joliet, IL 60431** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**James Muokie**<br>**6816 Twin Falls Drive**<br>**Plainfield, IL 60544** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Murdock, Kyle**<br>**506 Hahn Drive**<br>**Cortland, IL 60112** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __144__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Murillo, Ismael** **3180 Ronan Drive** **Lake in the Hills, IL 60156** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Murrell, Dwayne** **21305 Barn Owl Drive** **Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Nady, Shawn** **6407 Hummingbird Court** **Matteson, IL 60443** | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **National Home Insurance Company** **10375 East Harvard Avenue** **Suite 100** **Denver, CO 80231** | - | | | Warranty Related Claims | | | | **Unknown** |
| Account No. **National Kurb Kut of Illinois, Inc** **9160 S. Route 53** **Naperville, IL 60565** | - | | | Trade Debt | | | | **2,180.00** |

Sheet no. __145__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,180.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Mark Needham 1800 Candlelight Circle Montgomery, IL 60538 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Neely, Donald 6403 Hummingbird Court Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Nelson, Anubien 422 Brassie Lane University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Christopher Nelson 1925 Candlelight Circle Montgomery, IL 60538 | - | | | | | | | Unknown |
| Account No. | | | | 2009 Trade Debt | | | | |
| Neopost P.O. Box 45800 San Francisco, CA 94145 | - | | | | | | | 301.70 |

Sheet no. __146__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    301.70

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Law Office of Kenneth J. Freed** <br>**6611 Valjean Ave., #109** <br>**Van Nuys, CA 91406** | | | | **Representing:** <br>**Neopost** | | | | **Notice Only** |
| Account No. <br><br>**New Home Exteriors, Inc.** <br>**P. O. Box 871** <br>**Island Lake, IL 60042** | | - | | **Trade Debt** | | | | **Unknown** |
| Account No. <br><br>**David Nicalek** <br>**1944 Candlelight Circle** <br>**Montgomery, IL 60538** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. **xx-xx-xx-3119** <br><br>**Nicor Gas** <br>**1844 Ferry Road** <br>**Naperville, IL 60563** | | - | | **2008** <br>**Trade Debt** | | | | **7,061.29** |
| Account No. <br><br>**Night Owls Cleaning Service** <br>**DO NOT USE 2030 Cherokee Drive** <br>**West Chicago, IL 60185** | | - | | **Trade Debt** | | | | **6,023.50** |

Sheet no. __147__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | **13,084.79** |
| (Total of this page) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                              ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Nolen, Kelly 6521 Bridle Path Drive Matteson, IL 60443** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Northwest Insulation LLC 1615 Dundee Ave., Unit 1 Elgin, IL 60120** | - | | | | | | | **6,404.00** |
| Account No. | | | | Representing: **Northwest Insulation LLC** | | | | |
| **American Credit Systems, Inc. 400 West Lake Street Suite 111 P.O. Box 72849 Roselle, IL 60172-0849** | | | | | | | | **Notice Only** |
| Account No. | | | | Trade Debt | | | | |
| **Northwest Millwork Co 455 E Jarvis Avenue Des Plaines, IL 60018** | - | | | | | | | **11,323.75** |
| Account No. | | | | Trade Debt | | | | |
| **Northwestern Landscape Contractors, Inc. PO Box 72788 Roselle, IL 60172** | - | | | | | | | **53,084.00** |

Sheet no. __148__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**70,811.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Errington H. Randal, Esq. 747 Philip Drive Bartlett, IL 60103** | | | | Representing: **Northwestern Landscape Contractors, Inc.** | | | | **Notice Only** |
| Account No. **Novak Paving, Inc. 62 Stonehill Rd Unit A Oswego, IL 60543** | | - | | Trade Debt | | | | **6,185.00** |
| Account No. **NSF - ISR 6201 Reliable Parkway Chicago, IL 60686-0062** | | - | | Trade Debt | | | | **Unknown** |
| Account No. **NuLine Technologies Inc 520 Quail Hollow Drive 100 Wheeling, IL 60090** | | - | | Trade Debt | | | | **3,318.75** |
| Account No. **Nigro, Westfall & Gryska, P.C. 1793 Bloomingdale Road Glendale Heights, IL 60139** | | | | Representing: **NuLine Technologies Inc** | | | | **Notice Only** |

Sheet no. __149__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,503.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                     ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2004 Personal Injury | | | | |
| **Ryan Nurczyk c/o Clifford Horwitz and Associates 25 East Washington, Suite 900 Chicago, IL 60602** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | | |
| **William F. Murray, Jr. AIG Construction Risk Management 300 South Riverside Plaza, 21st Fl. Chicago, IL 60606** | | | | | Representing: Ryan Nurczyk | | | | **Notice Only** |
| Account No. | | | | | Contract Damages/Earnest Money | | | | |
| **O'Leary, Justin 108 Pembroke Road Poplar Grove, IL 61065** | - | | | | | | | | **3,000.00** |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| **O'Malley, Robert 26902 W Hemlock Road Channahon, IL 60410** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Listed For Notice Purposes | | | | |
| **O'Quinn, Eric L. 6517 Gray Hawk Drive Matteson, IL 60443** | - | | | | | | | | **Unknown** |

Sheet no. __150__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Montalbano Builders, Inc.__ _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Oates, Shalonda**<br>**6504 Fawn Court**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Odueyungbo, Olufunmilayo**<br>**6612 Pasture Side Trail**<br>**Matteson, IL 60443** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Odyssey Protection System, Inc.**<br>**201 Earl Rd**<br>**Shorewood, IL 60431** | - | | | **Trade Debt** | | | | **255.00** |
| Account No.<br><br>**Office Equipment Finance Services**<br>**P.O. Box 790448**<br>**St. Louis, MO 63179-0448** | - | | | **Trade Debt** | | | | **67,277.69** |
| Account No.<br><br>**Office Pride Inc.**<br>**c/o Transword Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | | **Trade Debt** | | | | **1,632.16** |

Sheet no. __151__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69,164.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                             ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                  Ogunsanya, Adedayo 269 Castine Way Beecher, IL 60401 | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.                                                  Okolo, Okay & Nkiru 21205 Bridle Path Drive Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.                                                  Nkemdili Okonkwo 2225 Queensbridge Drive Lynwood, IL 60411 | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.                                                  Oliver, William/ Deloris 6412 Blue Sky Lane Matteson, IL 60443 | - | | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.                                                  Olsen, Ann 1168 Prides Run Lake in the Hills, IL 60156 | - | | | Contract Damages/Earnest Money | | | | **2,000.00** |

Sheet no. __152__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **2,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Olson, Edree M. 24400 Deer Creek Court Plainfield, IL 60586 | | - | | | | | Unknown |
| Account No. | | | 2008 Trade Debt | | | | |
| On-Site Temps, Inc. 1859 Wagner Road Batavia, IL 60510 | | - | | | | | 14,511.94 |
| Account No. | | | Representing: On-Site Temps, Inc. | | | | |
| Jay K. Levy, Esq. PO Box 1181 Evanston, IL 60204 | | | | | | | Notice Only |
| Account No. | | | Representing: On-Site Temps, Inc. | | | | |
| Nickolaou, Michaels & Evans, Ltd. 7503 West 56th Street Summit, IL 60501 | | | | | | | Notice Only |
| Account No. | | | Listed For Notice Purposes | | | | |
| Onorati, Robert 1897 Merrimack Lane Beecher, IL 60401 | | - | | | | | Unknown |

Sheet no. __153__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    14,511.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Oppidan USA 1440 W Taylor Street Chicago, IL 60607** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Orkin Pest Control 4669 Stenstron Rd. Rockford, IL 61126-8619** | - | | | | | | **48.00** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Ornelas, Ruben 21308 Gray Hawk Drive Matteson, IL 60443** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Orozco, Armando 2155 Gray Hawk Drive Aurora, IL 60503** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Orozco, Joel 26839 W. Hemlock Road Channahon, IL 60410** | - | | | | | | **Unknown** |

Sheet no. __154_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **48.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| Ortiz, Alfredo & Dawn 2608 West 97th Street Evergreen Park, IL 60805 | - | | | | | | | 1,000.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Ortiz, Miguel 16410 Lewood Drive Plainfield, IL 60586 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Outdoor Accents, Inc. 828 1/2 Gage Street Joliet, IL 60432 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Representing: Outdoor Accents, Inc. | | | | |
| Thomas Toolis, Esq. 9031 W. 151st Street Suite 203 Orland Park, IL 60462 | | | | | | | | Notice Only |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| Owens, Scherie 21244 Keeler Ave. Matteson, IL 60413 | - | | | | | | | 15,600.00 |

Sheet no. __155__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 16,600.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Pac-Van, Inc.** **2693 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | | **9,077.40** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Palos Bank and Trust** **12600 South Harlem Avenue** **Palos Heights, IL 60463** | - | | | | X | X | X | **0.00** |
| Account No. | | | | Representing: **Palos Bank and Trust** | | | | |
| **Swanson & Brown, Ltd** **12600 S. Harlem Avenue, Suite 202** **Palos Heights, IL 60463** | | | | | | | | **Notice Only** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Kelli Panish** **19554 Candlelight Circle** **Montgomery, IL 60538** | - | | | | | | | **Unknown** |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| **Paras, Nickolas** **844 W. Washington Blvd.,#1** **Oak Park, IL 60302** | - | | | | | | | **800.00** |

Sheet no. __156__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,877.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Parham, Marvin 6524 Pasture Side Trail Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Parikh, Bimal 24532 Bay Creek Lane Plainfield, IL 60586 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Parker, Linda 3370 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Parker, Michele L. 6511 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Idris Parks 2325 Queensbridge Drive Lynwood, IL 60411 | - | | | | | | | Unknown |

Sheet no. **157** of **228** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Pascarella, Gina 1864 Monhegan Avenue Beecher, IL 60401 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Patel, Chirag 461 Hampstead Street Cortland, IL 60112 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Patino, Ruben 25765 S. Red Oak Road Channahon, IL 60410 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Patten, Clara D 6425 Bridle Path Drive Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Patterson, Jr., Gerald G. 24511 Bay Creek Lane Plainfield, IL 60586 | - | | | | | | Unknown |

Sheet no. __158__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                                        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Patterson, Renata A. 6409 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Jeffrey Paulsen 8617 Foxborough Way Joliet, IL 60431 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Payne Jr., Charles 21223 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Peacock, Jr., Charlie H. 417 Brassie Lane University Park, IL 60466 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Pearson, Lonnie 21227 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | | Unknown |

Sheet no. __159__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Peck, Douglas G.**<br>**8445 Merchant Court**<br>**Lakewood, IL 60014** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Pecora, Thomas and Denise**<br>**9099 Falcon Greens Drive**<br>**Lakewood, IL 60014** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Pena,  Jorge & Neyda**<br>**453 Fairway Court**<br>**University Park, IL 60466** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Stash Peralta**<br>**8623 Foxborough Way**<br>**Joliet, IL 60431** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Perez, Ivette**<br>**299 Castine Way**<br>**Beecher, IL 60401** | - | | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __160_ of _228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Perez, Jaime & Rosa 486 Hampstead Street Cortland, IL 60112** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Peter & Elise Velez 1806 Candlelight Circle Montgomery, IL 60538** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Peters, Jay 6629 Old Plank Boulevard Matteson, IL 60443** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Peterson, Leonard 21130 Gray Hawk Drive Matteson, IL 60443** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Mary Peterson 1934 Candlelight Circle Montgomery, IL 60538** | - | | | | | | **Unknown** |

Sheet no. __161__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Peggy Peterson** **8609 Foxborough Way** **Joliet, IL 60431** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Kevin Pheney** **1940 Candlelight Circle** **Montgomery, IL 60538** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Julio C. & Susano Pichardo** **3012 Reflection Drive** **Plainfield, IL 60544** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Pierson, Nichelle** **21301 Gray Hawk Drive** **Matteson, IL 60443** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Richard E. Piggott** **1626 Picardy Court** **Long Grove, IL 60047** | | | | | | | | **Unknown** |

Sheet no. __162__ of __228__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2008** **Trade Debt** | | | | |
| **Pioneer Engineering & Environmental Serv** **700 North Sacramento Boulevard** **Suite 101** **Chicago, IL 60612** | - | | | | | | | **15,834.26** |
| Account No. | | | | | | | | |
| **Adam B. Whiteman, Esq.** **118 North Clinton** **Suite 17** **Chicago, IL 60661** | | | | **Representing:** **Pioneer Engineering & Environmental Serv** | | | | **Notice Only** |
| Account No. | | | | **Listed For Notice Purposes** | | | | |
| **Pirtano Construction Co., Inc.** **1766 Armitage Court** **Addison, IL 60101** | - | | | | X | X | X | **0.00** |
| Account No. | | | | **Trade Debt** | | | | |
| **Pitney Bowes Global Financial Services** **2225 American Drive** **Neenah, WI 54956-1005** | - | | | | | | | **714.68** |
| Account No. | | | | | | | | |
| **Caine & Weiner** **PO Box 5010** **Woodland Hills, CA 91365** | | | | **Representing:** **Pitney Bowes Global Financial Services** | | | | **Notice Only** |

Sheet no. __163__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,548.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                              Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Plainfield Park District 100 W. Ottawa Plainfield, IL 60544 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Platinum Electric Supply 1708 South Park Ave Streamwood, IL 60107 | - | | | | | | | 20.94 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Platkowski, Pawel 3120 N 78th Ave Elmwood Park, IL 60707 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| James Plimmer 418 Clark Court Poplar Grove, IL 61065 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Porter, LaShawnda J. 6413 Old Plank Boulevard Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __164__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    20.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                                    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. Powell, Derek 1002 Eagle Point Drive Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Prachar, Jan 24410 Spruce Creek Court Plainfield, IL 60586 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Patricia Prechel 8412 Buckingham Road Joliet, IL 60431 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Precision Curb Cut 4501 Airwest SE Grand Rapids, MI 49512-3951 | | - | | Trade Debt | | | | Unknown |
| Account No. Price, Lisa 9105 Falcon Greens Drive Lakewood, IL 60014 | | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __165__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Prince, Stephanie L.**
**6427 Blue Sky Lane**
**Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.

**Professional Drywall & Decorating LLC**
**4211 Wildwood Dr**
**Crystal Lake, IL 60014** | | - | | Listed For Notice Purposes | X | X | X | **0.00** |
| Account No.

**Professional Land Services**
**Capitol Building**
**A**
**Forest Park, IL 60130** | | - | | Trade Debt | | | | **3,850.00** |
| Account No.

**PROMOGUL INC.**
**116 Hubbard  Suite 1N Second Ave West**
**Chicago, IL 60680** | | - | | Trade Debt | | | | **373.17** |
| Account No.

**Protaziuk,Lilia**
**24505 Sand Creek Court**
**Plainfield, IL 60586** | | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __166__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **4,223.17**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Pryor, Derek A 463 Fairway Lane University Park, IL 60466** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Courtney Pusavc 1804 Candlelight Circle Montgomery, IL 60538** | - | | | | | | **Unknown** |
| Account No. | | | 1/29/08 Trade Debt | | | | |
| **Quality Sealcoating Inc. 150 North Chestnut P.O. Box 232 Chebanse, IL 60922** | | | | | | | **8,536.58** |
| Account No. | | | | | | | |
| **Jeffrey M. Godin, Esq. Elliot & McClure, P.C. 18 Briarcliff Professional Center Bourbonnais, IL 60914** | | | Representing: Quality Sealcoating Inc. | | | | **Notice Only** |
| Account No. | | | Trade Debt | | | | |
| **Qwest Corporation c/o Alliance One 6565 Kimball Drive, Suite 200 Gig Harbor, WA 98335** | - | | | | | | **2,372.89** |

Sheet no. __167__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,909.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                              Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Afni, Inc.** <br> **404 Brock Drive** <br> **PO Box 3427** <br> **Bloomington, IL 61702-3427** | | | **Representing:** <br> **Qwest Corporation** | | | | **Notice Only** |
| Account No. <br><br> **Crestwood Management LLC** <br> **P.O. Box 22630** <br> **Beachwood, OH 44122** | | | **Representing:** <br> **Qwest Corporation** | | | | **Notice Only** |
| Account No. <br><br> **R.C. Black Co., Inc.** <br> **257 W. Stephenie Dr.** <br> **Cortland, IL 60112** | - | | **Trade Debt** | | | | **400.00** |
| Account No. <br><br> **R.S.G. Exteriors, Inc.** <br> **107 Thompson Drive** <br> **Wheaton, IL 60187** | - | | **Trade Debt** | | | | **23,385.00** |
| Account No. <br><br> **Rapier, Jacquelyen M.** <br> **21129 Gray Hawk Drive** <br> **Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __168__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,785.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Dandridge Rayford**<br>**2261 Queensbridge Drive**<br>**Lynwood, IL 60411** | | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Red 5 Masonry Inc**<br>**10941 Wing Pointe Dr**<br>**Huntley, IL 60142** | | - | | Trade Debt | | | | **37,950.00** |
| Account No.<br><br>**Redmond, Shannon T**<br>**21213 Bridle Path Drive**<br>**Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Reed, Anthony**<br>**6433 Hummingbird Lane**<br>**Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Reed, Evelyn F.**<br>**6420 Blue Sky Lane**<br>**Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __169__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                (Total of this page)     **37,950.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract Damages/Ernest Money | | | | |
| Reid, Steve & Alissa 11710 Creekview Court Mokena, IL 60448 | - | | | | | | 1,000.00 |
| Account No. | | | Trade Debt | | | | |
| Reigna Services 363 Elm Street Glen Ellyn, IL 60137 | - | | | | | | 2,425.00 |
| Account No. | | | Trade Debt | | | | |
| Renaissance Overhead Door 830 Commerce Parkway Carpentersville, IL 60110 | - | | | | | | 8,483.00 |
| Account No. | | | Trade Debt | | | | |
| Rental Max L.L.C. 908 E Roosevelt Road Wheaton, IL 60187 | - | | | | | | 311.58 |
| Account No. | | | Trade Debt | | | | |
| Republic Windows and Doors, LLC 930 West Evergreen Avenue Chicago, IL 60622 | - | | | | | | 13,477.00 |

Sheet no. _**170**_ of _**228**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **25,696.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                          ,      Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Phillip D. Levey, Chapter 7 Trustee** <br> **c/o Shaw Gussis** <br> **321 North Clark Street** <br> **Suite 800** <br> **Chicago, IL 60654** | | | **Representing:** <br> **Republic Windows and Doors, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Res-Comm Roofing Inc.** <br> **1133 West End Avenue** <br> **Chicago Heights, IL 60411** | - | | **Trade Debt** | | | | **Unknown** |
| Account No. <br><br> **Residential Steel Fabricators, Inc.** <br> **1555 Gilpen Avenue** <br> **South Elgin, IL 60177** | - | | **Trade Debt** | | | | **36,255.00** |
| Account No. <br><br> **Robert S. Becker, Jr., Esq.** <br> **213 West Main Street** <br> **Genoa, IL 60135** | | | **Representing:** <br> **Residential Steel Fabricators, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Residential Warranty Company, LLC** <br> **5300 Derry Street** <br> **Harrisburg, PA 17111-3598** | - | | **Warranty Related Claims** | | | | **Unknown** |

Sheet no. __171__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **36,255.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,     Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Reyes, Carlo 16510 Pine Creek Lane Plainfield, IL 60586** | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Reynolds, Christopher 6501 Blue Sky Lane Matteson, IL 60443** | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Michelle Reynosos 8523 Foxborough Way Joliet, IL 60431** | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Anita Richardson 2284 Bilstone Drive Lynwood, IL 60411** | - | | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| **Riemer Engineering & Land Development, I 6N360 Crane Rd. St. Charles, IL 60175** | - | | | | | | Unknown |

Sheet no. __172__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Riley Robinson, Patricia**<br>**6408 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>**Riley, Jamie**<br>**21305 Gray Hawk Drive**<br>**Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>**Riordan, Brian J.**<br>**16418 Lewood Drive**<br>**Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>**Rite-Way Tile & Carpet, Inc.**<br>**1325 Rodeo Drive**<br>**Bolingbrook, IL 60440** | - | | Trade Debt | | | | 13,795.00 |
| Account No.<br><br>**RKN Concrete Construction**<br>**12002 S. Spaulding School Dr**<br>**Plainfield, IL 60585** | - | | Trade Debt | | | | 6,906.91 |

Sheet no. _173_ of _228_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **20,701.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                                    ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Road & Sons**<br>**1107 E. Palmer Ct.**<br>**Crystal Lake, IL 60014** | - | | **Trade Debt** | | | | **37,644.00** |
| Account No.<br><br>**Robert Half International**<br>**c/o Teller, Levit & Silvertrust**<br>**11 East ADams Street**<br>**Chicago, IL 60603** | - | | **2008**<br>**Trade Debt** | | | | **46,111.19** |
| Account No.<br><br>**Roberts, Dewan**<br>**2130 South 13th Street**<br>**Broadview, IL 60155** | - | | **Contract Damages** | | | | **Unknown** |
| Account No.<br><br>**Brenda Robinson**<br>**2201 Eastwood Drive**<br>**Lynwood, IL 60411** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Robinson, Fredrick B.**<br>**6505 Hummingbird Lane**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __174__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**83,755.19**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                   ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Leonard Robinson 2225 Eastwood Drive Lynwood, IL 60411 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Robles, Jaime 6401 Hummingbird Court Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Rodriguez, Luis 26933 W. Hemlock Road Channahon, IL 60410 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Rodriquez, Jose 27109 W. Hemlock Road Channahon, IL 60410 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Rogers, Robbie 6423 Blue Sky Lane Matteson, IL 60443 | - | | | | | | Unknown |

Sheet no. __175_ of _228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Rogina & Associates, Ltd**<br>**93 Caterpillar Drive**<br>**Joliet, IL 60436** | | - | **Trade Debt** | | | | **6,000.00** |
| Account No. <br><br>**Roppolo, Raymond R.**<br>**15409 Abbey Lane**<br>**Lockport, IL 60441** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br>**Rosa, Noemi**<br>**6704 Pasture Side Trail**<br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br>**Ross, Steve & Jenetta**<br>**21308 Pasture Side Trail**<br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br>**Royster, Bonita & Brett**<br>**311 Stonington Avenue**<br>**Beecher, IL 60401** | | - | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __176__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Rozco Concrete Inc. 15049 W. Abbey Lane Lockport, IL 60441 | | - | | | | | | 3,800.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Rozlucki, Pawel 16521 Pine Creek Lane Plainfield, IL 60586 | | - | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Ruane Construction, Inc 8779 Laraway Rd Frankfort, IL 60423 | | - | | | | | | 83,976.14 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Rucker, Madelin 6508 Blue Sky Lane Matteson, IL 60443 | | - | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Stephen Russell 8511 Buckingham Road Joliet, IL 60431 | | - | | | | | | Unknown |

Sheet no. _**177**_ of _**228**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,776.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                        ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Ryan Incorporated Central P.O. Box 206 Janesville, WI 53547** | - | | | X | X | X | 0.00 |
| Account No. | | | Representing: | | | | |
| **Lyman & Nielsen 1301 W. 22nd Street, #914 Oak Brook, IL 60523** | | | **Ryan Incorporated Central** | | | | Notice Only |
| Account No. | | | Trade Debt | | | | |
| **S & H Electric Co., Inc. 3125 N Wilke Rd Suite F Arlington Heights, IL 60004** | - | | | | | | 29,254.00 |
| Account No. | | | Representing: | | | | |
| **Kurt E. Vragel, Jr., Esq. 1701 East Lake Avenue, Suite 170 Glenview, IL 60025** | | | **S & H Electric Co., Inc.** | | | | Notice Only |
| Account No. | | | Trade Debt | | | | |
| **S & L Roofing, Inc. 729 E Costilla St Colorado Springs, CO 80903-3768** | - | | | | | | 12,668.00 |

Sheet no. __178__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,922.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Elaine Joyce Tomasek, Esq.**<br>**487 Vaughn Circle**<br>**Aurora, IL 60504** | | | Representing:<br>**S & L Roofing, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Sadannah Group**<br>**426 W. 5th. Ave**<br>**Naperville, IL 60563** | | - | **2008**<br>**Trade Debt** | | | | **11,090.25** |
| Account No. <br><br>**Hipp Law Office**<br>**1026 Prairie**<br>**Aurora, IL 60506** | | | Representing:<br>**Sadannah Group** | | | | **Notice Only** |
| Account No. <br><br>**Nickolaou, Michaels & Evans, Ltd.**<br>**7503 West 56th Street**<br>**Summit, IL 60501** | | | Representing:<br>**Sadannah Group** | | | | **Notice Only** |
| Account No. <br><br>**Safe Di Awards Co.**<br>**1278 Humbracht Circle**<br>**Bartlett, IL 60103** | | - | **Trade Debt** | | | | **14,910.00** |

Sheet no. __179__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,000.25**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Safeway Electric**<br>**9619 Captain's Drive**<br>**Algonquin, IL 60102** | | - | | **Trade Debt** | | | | **1,091.00** |
| Account No.<br><br>**Samuel, Tunde**<br>**6424 Pasture Side Trail**<br>**Matteson, IL 60443** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Sanchez, Charles & Olivia**<br>**10764 Canterbury Street**<br>**Westchester, IL 60154** | | - | | **Contract Damages/Earnest Money** | | | | **1,000.00** |
| Account No.<br><br>**Sanchez, Claudio**<br>**24513 Sleepy Hollow Lane**<br>**Plainfield, IL 60586** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Sanders, Brian**<br>**6414 Blue Sky Lane**<br>**Matteson, IL 60443** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __180__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,091.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Santerelli, Anthony 3190 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Sapienza, Thomas 512 Rosebush Lane Oswego, IL 60543 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Sapon, Ronnel T. 6504 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Savage, DeRon  A. 462 Fairway Lane University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Scanlan, Patrick & Samantha 16420 Pine Creek Lane Plainfield, IL 60586 | - | | | | | | | Unknown |

Sheet no. __181_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                     ,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Scarborough, Lester 447 Fairway Court University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Schaal Contracting P.O. Box 324 Island Lake, IL 60042 | - | | | | | | | 11,598.00 |
| Account No. | | | | Trade Debt | | | | |
| Schain, Burney, Ross & Citron, LTD. 222 N LaSalle Street, Suite 1910 Chicago, IL 60601-1102 | - | | | | | | | 15,461.40 |
| Account No. | | | | Trade Debt | | | | |
| Schermer Asphalt Paving 21730 Higley Lane Frankfort, IL 60423 | - | | | | | | | 8,210.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Schletz, Marvin and Loretta 21137 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. **182** of **228** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **35,269.40**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,  Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | - | Listed For Notice Purposes | | | | |
| School District #50 1103 N. Jefferson Harvard, Il 60033 | | | | | | | | 0.00 |
| Account No. | | | - | Trade Debt | | | | |
| School District 428 c/o David E. Zajicek, Esq. Hinshaw & Cilbertson LLP 4343 Commerce Court, Suite 415 Lisle, IL 60532 | | | | | | | | 44,049.86 |
| Account No. | | | - | Listed For Notice Purposes | | | | |
| Schrishuhn, Terri 25857 S. Yellow Pine Drive Channahon, IL 60410 | | | | | | | | Unknown |
| Account No. | | | - | Listed For Notice Purposes | | | | |
| Seaquist, David 16314 Sand Creek Lane Plainfield, IL 60586 | | | | | | | | Unknown |
| Account No. | | | - | Trade Debt | | | | |
| Seasons Landscaping Inc 18141 Briggs Street Joliet, IL 60432 | | | | | | | | 54,437.00 |

Sheet no. _**183**_ of _**228**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

98,486.86

B6F (Official Form 6F) (12/07) - Cont.

In re __Montalbano Builders, Inc._____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Seigle's Components DBA Stock Building S<br>1331 Davis Road<br>Elgin, IL 60123 | - | | Trade Debt | | | | Unknown |
| Account No.<br><br>Selent Inc<br>PO Box 670<br>West Chicago, IL 60186 | - | | Trade Debt | | | | 3,430.00 |
| Account No.<br><br>Service Drywall and Decorating, Inc.<br>47 West Irving Park Road<br>Roselle, IL 60172 | - | | Trade Debt | | | | 23,277.00 |
| Account No.<br><br>Service Sanitation<br>135 Blaine Street<br>Gary, IN 46406-9902 | - | | Trade Debt | | | | 876.00 |
| Account No.<br><br>Murphy Lomon & Associates<br>P.O. Box 2206<br>Des Plaines, IL 60017-2206 | | | Representing:<br>Service Sanitation | | | | Notice Only |

Sheet no. __184__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,583.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Shadden, Ronald 298 Monhegan Avenue Beecher, IL 60401 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Bernard Shade 2324 Queensbridge Drive Lynwood, IL 60411 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Shah, Anjana D. 16406 Lewood Drive Plainfield, IL 60586 | | - | | | | | Unknown |
| Account No. | | | Services | | | | |
| Shain Burney Banks & Kenny Ltd. 70 West Madison Street Suite 4500 Chicago, IL 60602 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Shaw, Bertdell 27117 W. Hemlock Road Channahon, IL 60410 | | - | | | | | Unknown |

Sheet no. __185_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                                      ,                Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Sheaffer International LLC 800 Roosevelt Rd Glen Ellyn, IL 60137 | | - | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| Shedd Aquarium 1200 South Lake Shore Drive Chicago, IL 60605 | | - | | | | | 30,000.00 |
| Account No. | | | Listed For Notice Purposes | | | | |
| Shobayo, Abiodun  A 6413 Bridle Path Drive Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Shtiltz, Ewa Sztylc & Rafal 24414 Spruce Creek Court Plainfield, IL 60586 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Steven & Krista Siefken 1910 Willoughby Lane Joliet, IL 60431 | | - | | | | | Unknown |

Sheet no. **186** of **228** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **30,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Silt Busters Inc 613 Independence Ave Sycamore, IL 60178 | | - | | | | | 6,967.90 |
| Account No. | | | Listed For Notice Purposes | | | | |
| Silva, Gerardo 24404 Cedar Creek Lane Plainfield, IL 60586 | | - | | | | | Unknown |
| Account No. | | | 2009 Trade Debt | | | | |
| SimplexGrinnell LP 91 N Mitchell Ct Addison, IL 60101 | | | | | | | 6,012.00 |
| Account No. | | | Representing: SimplexGrinnell LP | | | | |
| John J. O'Leary, Esq. 20 South Clark Street, #500 Chicago, IL 60603 | | | | | | | Notice Only |
| Account No. | | | Listed For Notice Purposes | | | | |
| Singh, Jagit 21126 Gray Hawk Drive Matteson, IL 60443 | | - | | | | | Unknown |

Sheet no. __187__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,979.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| **Sitquije Construction Corporation** **209 Kirkman Ave** **Romeoville, IL 60446** | - | | | | | | | **21,611.00** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Skager, Robin Ann** **27125 W. Hemlock Road** **Channahon, IL 60410** | - | | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **James Sledge** **8524 Foxborough Way** **Joliet, IL 60431** | - | | | | | | | **Unknown** |
| Account No. | | | | 2008 Contract Damages/Earnest Money | | | | |
| **Sligh, Nathaniel & Daphne** **952 East 163rd Street** **South Holland, IL 60473** | - | | | | | | | **13,000.00** |
| Account No. | | | | Representing: **Sligh, Nathaniel & Daphne** | | | | |
| **Suellen Kelley-Bergerson Ltd.** **3838 W. 11th Street, #107** **Chicago, IL 60655** | | | | | | | | **Notice Only** |

Sheet no. __188__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,611.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Smart Wire**<br>**1007 Valencia Dr**<br>**Shorewood, IL 60431** | | - | **Trade Debt** | | | | **1,072.00** |
| Account No.<br><br>**Smiley, Angelita**<br>**1229 Birdie Drive**<br>**University Park, IL 60466** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Smith, Antonio & Theresa**<br>**1016 Reymore Drove, Apt. 2F**<br>**Griffith, IN 46319** | | - | **Contract Damages/Earnest Money** | | | | **11,347.00** |
| Account No.<br><br>**Smith, Brandalyn D.**<br>**21207 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Smith, Camiko R.**<br>**21145 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | **Listed For Notice Purposes** | | | | **Unknown** |

Sheet no. __189__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,419.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Montalbano Builders, Inc.__ ,  Case No. _____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Smith, Elizabeth A.<br>472 Fairway Lane<br>University Park, IL 60466 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Gerald Smith<br>2301 Queensbridge Drive<br>Lynwood, IL 60411 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Smith, Jennifer R.<br>6405 Gray Hawk Drive<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Smith, Karen N<br>21205 Gray Hawk Drive<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Smith, Kindell<br>6705 Bridle Path Drive<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __190__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                            ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Listed For Notice Purposes | | | | |
| Linda Smith 2313 Queensbridge Drive Lynwood, IL 60411 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Smith, Tracey 21201 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Smith, Willie 309 Stonington Avenue Beecher, IL 60401 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Smith, Zachary 6500 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Smith-Watkins, Genise 21211 White Cloud Drive Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __191__ of __228__ sheets attached to Schedule of                                    Subtotal                         0.00
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                      ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Smyth, Michael 977 Elm Court Naperville, IL 60540** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Snow, Eric 9091 Falcon Greens Drive Lakewood, IL 60014** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **SOA 7211 Patterson Drive Garden Grove, CA 92841** | - | | Listed For Notice Purposes | | | | **0.00** |
| Account No. **Ashli Sorenson 1930 Candlelight Circle Montgomery, IL 60538** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. **Soria, Jose L. 16514 Pine Creek Lane Plainfield, IL 60586** | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __192__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Soulivong, Vilaylack**<br>**24501 Bay Creek Lane**<br>**Plainfield, IL 60586** | | - | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Source Electric, Inc.**<br>**920-C Prairie Drive**<br>**Sycamore, IL 60178** | | - | Trade Debt | | | | **700.00** |
| Account No.<br><br>**Southern, Veronica M.**<br>**21131 Gray Hawk Drive**<br>**Matteson, IL 60443** | | - | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Southwest Fireplace Supply**<br>**130 E. Laraway**<br>**Frankfort, IL 60423** | | - | Trade Debt | | | | **Unknown** |
| Account No.<br><br>**Daniel Spellman**<br>**8502 Buckingham Road**<br>**Joliet, IL 60431** | | - | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __193__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Spencer, Richard  L.**<br>**474 Fairway Lane**<br>**University Park, IL 60466** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Andrew Spinozzi**<br>**1924 Candlelight Circle**<br>**Montgomery, IL 60538** | | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Sprint**<br>**P.O. Box  660092**<br>**Dallas, TX 75266-0092** | | - | | **Trade Debt** | | | | **4,870.18** |
| Account No.<br><br>**Bureau of Recvoery, LLC**<br>**1813 East Dyer Road, #411**<br>**Santa Ana, CA 92705** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No.<br><br>**Diversified Adjustment Service, Inc.**<br>**P.O. Box 32145**<br>**Fridley, MN 55432** | | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |

Sheet no. __**194**_ of __**228**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,870.18**

B6F (Official Form 6F) (12/07) - Cont.

In re __Montalbano Builders, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Enhanced Recovery Corporation** <br> **8014 Bayberry Road** <br> **Jacksonville, FL 32256-7412** | | | Representing: <br> Sprint | | | | **Notice Only** |
| Account No. <br><br> **Squeaky Kleen, Inc.** <br> **122 W. Page Street** <br> **Sycamore, IL 60178-1438** | | - | **2008** <br> **Trade Debt** | | | | **30,150.00** |
| Account No. <br><br> **AmerAssist** <br> **P.O. Box 26095** <br> **Columbus, OH 43226** | | | Representing: <br> Squeaky Kleen, Inc. | | | | **Notice Only** |
| Account No. <br><br> **John G. Neal** <br> **P.O. Box 1596** <br> **Powell, OH 43065-1596** | | | Representing: <br> Squeaky Kleen, Inc. | | | | **Notice Only** |
| Account No. <br><br> **W.C. French, Esq.** <br> **P.O. Box 572884** <br> **Houston, TX 77257** | | | Representing: <br> Squeaky Kleen, Inc. | | | | **Notice Only** |

Sheet no. __195__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **30,150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Dana L. Stading 3410 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Steffen, Leslie 3181 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Greg Stepien 8509 Foxborough Way Joliet, IL 60431 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Stevenson, Ronald 6708 Old Plank Boulevard Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Stewart, Melvina 6525 Blue Sky Lane Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __196__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Stewart, Raymond<br>21219 Gray Hawk Drive<br>Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Stock Building Supply<br>1331 Davis Road<br>Elgin, IL 60123** | | - | | Trade Debt | | | | **11,535.78** |
| Account No.<br><br>**Stone, Pamela  A.<br>3170 Ronan Drive<br>Lake in the Hills, IL 60156** | | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Efstratios G. Stoumbelis<br>1904 Balmoral Street<br>Joliet, IL 60431** | | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No.<br><br>**Strong, Alex<br>6503 Blue Sky Lane<br>Matteson, IL 60443** | | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no. __197__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,535.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                      ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract Damages/Earnest Money | | | | |
| Sullivan, James 16654 Knottingwood Ave. Oak Forest, IL 60452 | | - | | | | | 11,949.00 |
| Account No. | | | Listed For Notice Purposes | | | | |
| Sullivan-Sturdivant, Shirley A. 6424 Bridle Path Drive Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Summers Jr., Freddie 1027 Fieldside Drive Matteson, IL 60443 | | - | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| Sunset Paving Inc 25816 S Sunset Drive Monee, IL 60449 | | - | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Surane, Christopher M. 26925 W. Hemlock Road Channahon, IL 60410 | | - | | | | | Unknown |

Sheet no. __198__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,949.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Susan Meyer, Daniel J. Fuhrman & 25725 S. Red Oak Road Channahon, IL 60410 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Kelly Swanson 8521 Foxborough Way Joliet, IL 60431 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Swertel, Edward L. 21209 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Ben & Martha Switalski 1812 Candlelight Circle Montgomery, IL 60538 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Sypien, Marek 3360 Ronan Drive Lake in the Hills, IL 60156 | - | | | | | | | Unknown |

Sheet no. __199__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>T. Manning Concrete, Inc.<br>11805 S Rt 47<br>Huntley, IL 60142 | | - | | Trade Debt | | | | 24,365.00 |
| Account No.<br><br>Taber, Daniel<br>26832 W Hemlock Road<br>Channahon, IL 60410 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Tan, Arcadio J.<br>6501 Hummingbird Lane<br>Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Taylor, Maurice<br>6507 Gray Hawk Drive<br>Matteson, IL 60443 | | - | | Listed For Notice Purposes | | | | Unknown |
| Account No.<br><br>Temko Installations Inc<br>950 N Rand Rd Suite 118<br>Wauconda, IL 60084 | | - | | Trade Debt | | | | 28,458.00 |

Sheet no. __200__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     52,823.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                   ,          Case No. _____
                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Tempco Heating & Air** **3050 N. Kennicott Ave** **Arlington Heights, IL 60004** | - | | | | | | 123,801.00 |
| Account No. | | | Representing: **Tempco Heating & Air** | | | | |
| **Lakoma Law Firm, LLC** **1200 Jorie Boulevard** **Suite 329** **Oak Brook, IL 60523** | | | | | | | **Notice Only** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Tennant, Marcus P. & Kristine** **2714 Arches Drive** **Plainfield, IL 60544** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Kelly Terry** **8510 Foxoborough Way** **Joliet, IL 60431** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **TFW Surveying & Mapping, Inc.** **888 E. Belvidere Road** **413** **Grayslake, IL 60030** | - | | | | | | 288.00 |

Sheet no. __**201**__ of __**228**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **124,089.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| The Lamar Companies P.O. Box  96030 Baton Rouge, LA 70896 | - | | | | | | | 4,450.00 |
| Account No. | | | | Trade Debt | | | | |
| The Lannert Group, Inc. 215 Fulton Street Geneva, IL 60134 | - | | | | | | | 340.38 |
| Account No. | | | | Trade Debt | | | | |
| The Newberry Company, LLC 2907 S. Union St. Unit 1F Chicago, IL 60616 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Thomas Fleming Co. 426 North Avenue Waukegan, IL 60085 | - | | | | | | | 1,215.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Thomas, Houston 6537 Pasture Side Trail Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __202__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,005.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                          ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Thomas, Lakrecia 6617 Pasture Side Trail Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Theresa T. Thomas 8518 Foxborough Way Joliet, IL 60431 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Thompson, Eltonjia 6613 Bridle Path Drive Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Thompson, Yolanda 6408 Blue Sky Lane Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. Thorpe, Robin C. 6409 Hummingbird Court Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. _203_ of _228_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                            ,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | - | | Trade Debt | | | | |
| Three Way Drywall Inc 10211 West 191st Street Mokena, IL 60448 | | | | | | | | 255,794.00 |
| Account No. | | - | | Trade Debt | | | | |
| Three Way Painting Inc 10211 West 191st Street Mokena, IL 60448 | | | | | | | | 124,459.00 |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Tiauna Williams 6418 Blue Sky Lane Matteson, IL 60443 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Mark Tillman, Sr. 2248 Queensbridge Drive Lynwood, IL 60411 | | | | | | | | Unknown |
| Account No. | | - | | Trade Debt | | | | |
| Total Trim 11956 Eat 3500 N Road Momence, IL 60954 | | | | | | | | Unknown |

Sheet no. __204__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **380,253.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Montalbano Builders, Inc._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Tovar, Guillermo<br>534 Hampstead Street<br>Cortland, IL 60112 | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. **xxxxx-xx0044**<br><br>Town of Buckeye<br>c/o Valley Collection Service<br>P.O. Box 520<br>Glendale, AZ 85311-0520 | - | | Trade Debt | | | | 1,472.00 |
| Account No.<br><br>Town of Courtland<br>59 S. Somonauk Road<br>P.O. Box 519<br>Cortland, IL 60112-0519 | - | | Trade Debt | | | | Unknown |
| Account No.<br><br>Trophy Chem-Dry<br>6654 W. Archer Avenue<br>Chicago, IL 60638 | - | | Trade Debt | | | | 900.00 |
| Account No.<br><br>Truvillion, Bernessa<br>21312 Pasture Side Trail<br>Matteson, IL 60443 | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __205__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,372.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Montalbano Builders, Inc.**                                    ,       Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Sarah Tuck 1922 Candlelight Circle Montgomery, IL 60538 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Turnbo, Kimberly 6406 Blue Sky Lane Matteson, IL 60443 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Turnbo, Veronica 6402 Blue Sky Lane Matteson, IL 60443 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Turner, Justin 6701 Bridle Path Drive Matteson, IL 60443 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Tyler, Latisha R. 21300 Bridle Path Drive Matteson, IL 60443 | | | | | | | | Unknown |

Sheet no. __206__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **United City of Yorkville**<br>**800 Game Farm Road**<br>**Yorkville, IL 60560** | - | | | | | | 699.63 |
| Account No. | | | Trade Debt | | | | |
| **United Healthcare**<br>**Dept CH 10151**<br>**Palatine, IL 60055-0151** | - | | | | | | 29,688.49 |
| Account No. | | | Trade Debt | | | | |
| **United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | - | | | | | | 752.73 |
| Account No. | | | Representing:<br>**United Parcel Service** | | | | |
| **Baker, Govern & Baker**<br>**7771 West Oakland Park Boulevard**<br>**Suite 240**<br>**Fort Lauderdale, FL 33351** | | | | | | | **Notice Only** |
| Account No. | | | Trade Debt | | | | |
| **United Sanitation Services, Inc.**<br>**6862 Belford Industrial Drive**<br>**Belvidere, IL 61008** | - | | | | | | 817.50 |

Sheet no. __207__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     31,958.35

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                                        ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mutual Management Services** P.O. Box 4777 Rockford, IL 61110 | | | Representing: United Sanitation Services, Inc. | | | | Notice Only |
| Account No. **United Shipping Solutions** 117 E. Palatine Ste 205 Palatine, IL 60067 | | - | Trade Debt | | | | Unknown |
| Account No. **Urbanczyk, Laura A.** 6406 Gray Hawk Drive Matteson, IL 60443 | | - | Listed For Notice Purposes | | | | Unknown |
| Account No. **US Dept. of Labor** Employee Benefits Security Adm 200 Constitution Ave., NW Rm N5668 Washington, DC 20210 | | - | 2007 Penalities | | | | 66,378.93 |
| Account No. **Progressive Financial Srvcs, Inc.** P.O. Box 24216 Tempe, AZ 85285 | | | Representing: US Dept. of Labor | | | | Notice Only |

Sheet no. __208__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                66,378.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**               ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **USA Plumbing** **4713 East Virginia** **Mesa, AZ 85215** | - | | | | | | 102,258.31 |
| Account No. | | | Representing: USA Plumbing | | | | |
| **Transworld Systems, Inc.** **1375 East Woodfield Road** **#110** **Schaumburg, IL 60173** | | | | | | | Notice Only |
| Account No. | | | Trade Debt | | | | |
| **USA Tops & Cabinets** **1851 Aucutt Rd** **Montgomery, IL 60538** | - | | | | | | 678.00 |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Vachanastienkul, Michael** **16409 Pine Creek Lane** **Plainfield, IL 60586** | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Van Der Laan Bros Concrete Contr.** **8105 W 189th St** **Mokena, IL 60448** | - | | | X | X | X | 0.00 |

Sheet no. __209__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,936.31

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Representing:** | | | | |
| **William H. Hrabak, Jr., Esq. Goldstine Skrodski Russian Nemec & Hoff, Ltd. 835 McClintock Dr., 2nd Floor Burr Ridge, IL 60527** | | | | **Van Der Laan Bros Concrete Contr.** | | | | **Notice Only** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Vann, Leevirt 16422 Lewood Drive Plainfield, IL 60586** | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| **Vann, R.D. 6601 Pasture Side Trail Matteson, IL 60443** | | | | | | | | **Unknown** |
| Account No. | | - | | Trade Debt | | | | |
| **Vans Iron Works, Inc. 9738 Warrick Court Munster, IN 46321** | | | | | | | | **2,640.00** |
| Account No. | | - | | Trade Debt | | | | |
| **Vantage Blue, Inc. 1100 Lombard Road Lombard, IL 60148** | | | | | | | | **1,925.00** |

Sheet no. __210__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | **4,565.00** |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| **Velez, Ingrid & Joan 506 Hampstead Street Cortland, IL 60112** | - | | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Verizon North Inc 112 E. Elm St Sycamore, IL 60178** | - | | | | | | **0.00** |
| Account No. | | | Representing: Verizon North Inc | | | | **Notice Only** |
| **Receivables Management Services 1000 Cir. 75 Parkway Suite 4000 Atlanta, GA 30339** | | | | | | | |
| Account No. | | | Trade Debt | | | | |
| **Village of Beecher 724 Penfield Street Beecher, IL 60401-1114** | - | | | | | | **2,241.50** |
| Account No. | | | Trade Debt | | | | |
| **Village of Bourbonnais 700 Main Street NW Bourbonnais, IL 60914** | - | | | | | | **Unknown** |

Sheet no. __211__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,241.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                        ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Village of Channahon**<br>**24555 S Navajo Drive**<br>**Channahon, IL 60410-3334** | | - | **Trade Debt** | | | | **5,009.18** |
| Account No.<br><br>**Village of Lake in the Hills**<br>**600 Harvest Gate**<br>**Lake In The Hills, IL 60156** | | - | **2009**<br>**Fines** | | | | **550.00** |
| Account No.<br><br>**Village of Lake in the Hills**<br>**1115 Crystal Lake Road**<br>**Lake in the Hills, IL 60156** | | | **Representing:**<br>**Village of Lake in the Hills** | | | | **Notice Only** |
| Account No.<br><br>**Village of Lakewood**<br>**P.O. BOX 1502**<br>**Crystal Lake, IL 60039-1502** | | - | **Trade Debt** | | | | **748.46** |
| Account No.<br><br>**Village of Lakewood**<br>**2500 Lake Avenue**<br>**Village of Lakewood, IL 60014** | | - | **Trade Debt** | | | | **1,917.78** |

Sheet no. __212__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal             **8,225.42**
                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                              ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                                                   Village of Lynwood 21460 Lincoln Highway Lynwood, IL 60411 | | - | Trade Debt | | | | Unknown |
| Account No.                                                                   Village of Lynwood Water Department 21460  Lincoln Highway Lynwood, IL 60411 | | - | Listed For Notice Purposes | | | | 0.00 |
| Account No.                                                                   Village of Matteson 4900 Village Commons Matteson, IL 60443-2666 | | - | Letter of Credit | | | | Unknown |
| Account No.                                                                   Village of Montgomery 1300 South Broadway Road Montgomery, IL 60538 | | - | Trade Debt | | | | 2,476.10 |
| Account No.                                                                   Village of Montgomery 200 N. River Street Montgomery, IL 60538 | | | Representing: Village of Montgomery | | | | Notice Only |

Sheet no. __213__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,476.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Village of Plainfield**<br>**24401 W. Lockport Street**<br>**Plainfield, IL 60544-1886** | | - | | | | | |
| | | | | | | | **1,485.50** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Village of Plainfield**<br>**P.O. BOX 1206**<br>**Bedford Park, IL 60499-1206** | | - | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | Trade Debt | | | | |
| **Village of Poplar Grove**<br>**100 S State St**<br>**Poplar Grove, Il 61065** | | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Village of Poplar Grove**<br>**P.O. Box 1**<br>**Poplar Grove, Il 61065** | | - | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Village of Romeoville**<br>**1050 W. Romeo Road**<br>**Romeoville, IL 60446** | | - | | | | | |
| | | | | | | | **0.00** |

Sheet no. __214__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,485.50**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Village of University Park** **698 Burnham Drive** **University Park, IL 60466** | | - | | | | | **6,538.24** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Villarde, Godofredo** **1743 Monhegan Avenue** **Beecher, IL 60401** | | - | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **James Visinaiz** **8627 Foxborough Way** **Joliet, IL 60431** | | - | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Von De Bur, David** **470 Hampstead Street** **Cortland, IL 60112** | | - | | | | | **Unknown** |
| Account No. | | | Trade Debt | | | | |
| **Vonage** **c/o Penn Credit Corporation** **P.O. Box 988** **Harrisburg, PA 17108-0988** | | - | | | | | **198.54** |

Sheet no. __215__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,736.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Nanette Wade 2300 Queensbridge Drive Lynwood, IL 60411 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Wakefield, Robert 6405 Hummingbird Court Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Contract Damages/Earnest Money | | | | |
| Wales, Danielle 4351 W. 76th Street Chicago, IL 60652 | - | | | | | | | 10,500.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Walton III, Willie 6508 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Walton, Kendall 16511 Pine Creek Lane Plainfield, IL 60586 | - | | | | | | | Unknown |

Sheet no. __216_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **10,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Listed For Notice Purposes | | | | |
| Walton, Tanja M. 6616 Pasture Side Trail Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Ware, Audrey S. 6417 Blue Sky Lane Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Warren, Christopher 6422 Blue Sky Lane Matteson, IL 60443 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Warren, Robert & Marnie 26855 W. Hemlock Road Channahon, IL 60410 | - | | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| Waste Management Commercial c/o Receivables Managmnet Services 4836 Brecksville Road P.O. Box 523 Richfield, OH 44286 | - | | | | | | 328.39 |

Sheet no. __217__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

328.39

| | |
|---|---|
| | 328.39 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **WaterMart Incorporated** **9400 Enterprise Drive** **Mokena, IL 60448** | | - | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Watson, Frederick** **6521 Blue Sky Lane** **Matteson, IL 60443** | | - | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Watson, Lakisha** **6604 Pasture Side Trail** **Matteson, IL 60443** | | - | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Watson, Linda** **6533 Pasture Side Trail** **Matteson, IL 60443** | | - | | | | | | **Unknown** |
| Account No. | | | | Listed For Notice Purposes | | | | |
| **Watts, Cotney** **6529 Pasture Side Trail** **Matteson, IL 60443** | | - | | | | | | **Unknown** |

Sheet no. __218__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Montalbano Builders, Inc.**                                    ,      Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Christopher Webb 1957 Candlelight Circle Montgomery, IL 60538 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Webb, Derrick L. 434 Brassie Court University Park, IL 60466 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Wedeman, David 500 Hahn Drive Cortland, IL 60112 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Weekley, Veeta A. 6620 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Weekly, Willie  D. 428 Brassie Lane University Park, IL 60466 | - | | | | | | | Unknown |

Sheet no. __219_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Wegreke, Gina 6524 Bridle Path Drive Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Wesley, Roy 6425 Hummingbird Lane Matteson, IL 60443 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| West Group Payment Center PO Box 6292 Carol Stream, IL 60197-6292 | - | | | | | | | 4,914.93 |
| Account No. | | | | Representing: West Group Payment Center | | | | Notice Only |
| Moss & Barnett 4800 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402-4129 | | | | | | | | |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Wheatley, Renee D. 6519 Gray Hawk Drive Matteson, IL 60443 | - | | | | | | | Unknown |

Sheet no. __220__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,914.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Whirlpool Corporation 2000 M-63, MD 7560 Benton Harbor, MI 49022-2692 | - | | | | | | Unknown |
| Account No. | | | Trade Debt | | | | |
| Whirlpool Corporation-Great Lakes 6605 25th Ave Kenosha, WI 53143 | - | | | | | | 1,234.56 |
| Account No. | | | Listed For Notice Purposes | | | | |
| White, Cleveland Jr. 432 Brassie Court University Park, IL 60466 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| Daniel White 2249 Queensbridge Drive Lynwood, IL 60411 | - | | | | | | Unknown |
| Account No. | | | Listed For Notice Purposes | | | | |
| White, Michael 26933 W. Sycamore Road Channahon, IL 60410 | - | | | | | | Unknown |

Sheet no. __221__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,234.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Thomas Wilcox**<br>**8513 Foxborough Way**<br>**Joliet, IL 60431** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br>**Wilkins, Rosetta**<br>**21305 Bridle Path Drive**<br>**Matteson, IL 60443** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br>**Will County Treasurer**<br>**302 N Chicago Street**<br>**Joliet, IL 60432** | - | | **Listed For Notice Purposes** | | | | **0.00** |
| Account No. <br><br>**William and Sarah Gaffney**<br>**26831 W. Hemlock Road**<br>**Channahon, IL 60410** | - | | **Listed For Notice Purposes** | | | | **Unknown** |
| Account No. <br><br>**William Blair & Company**<br>**222 West Adams Street**<br>**Chicago, IL 60606** | - | | **2008 & Prior Years**<br>**Trade Debt** | | | | **117,050.00** |

Sheet no. __222__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**117,050.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Williams Scotsman, Inc** **PO Box 91975** **Chicago, IL 60693-1975** | - | | | | | | **4,170.00** |
| Account No. | | | Representing: | | | | |
| **Worthington, Moore & Jacobs** **850 South State Street** **Suite 5** **Dover, DE 19901** | | | **Williams Scotsman, Inc** | | | | **Notice Only** |
| Account No. | | | Contract Damages | | | | |
| **Williams, Carolyn** **3414 W. 167th Street** **Markham, IL 60428** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Williams, Erron  G.** **469 Fairway Lane** **University Park, IL 60466** | - | | | | | | **Unknown** |
| Account No. | | | Listed For Notice Purposes | | | | |
| **Williams, Kimberly N.** **6415 Blue Sky Lane** **Matteson, IL 60443** | - | | | | | | **Unknown** |

Sheet no. __223_ of __228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,170.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Latunja Williams** <br> **2248 Bilstone Drive** <br> **Lynwood, IL 60411** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. <br><br> **Williams, Tanisha** <br> **6420 Bridle Path Drive** <br> **Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. <br><br> **Williams, Tawana** <br> **6504 Blue Sky Lane** <br> **Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | Unknown |
| Account No. <br><br> **Wilson Heating & Air Conditioning Co** <br> **925 Lambrecht Rd** <br> **Frankfort, IL 60423** | - | | Trade Debt | | | | 13,195.00 |
| Account No. <br><br> **Wilson, Annie** <br> **6517 Pasture Side Trail** <br> **Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | Unknown |

Sheet no. __224__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,195.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                    ,          Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wilson, Anthony** <br> **6701 Pasture Side Trail** <br> **Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. <br><br> **Wilson, Kevin  L.** <br> **438 Brassie Lane** <br> **University Park, IL 60466** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. <br><br> **Wilson, Shavonn M.** <br> **6503 Gray Hawk Drive** <br> **Matteson, IL 60443** | - | | Listed For Notice Purposes | | | | **Unknown** |
| Account No. <br><br> **Windsor Ridge Condominium HOA** <br> **1999 W. 75th  Street  #203** <br> **Woodridge, IL 60517-2603** | - | | Listed For Notice Purposes | | | | **0.00** |
| Account No. <br><br> **Winters, Clyde** <br> **420 Brassie Lane** <br> **University Park, IL 60466** | - | | Listed For Notice Purposes | | | | **Unknown** |

Sheet no.  _225_ of _228_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **0.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Wisemantle, Daniel M<br>27101 W. Hemlock Road<br>Channahon, IL 60410 | | | | | | | | **Unknown** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Ayleene Woodard<br>2261 Eastwood Drive<br>Lynwood, IL 60411 | | | | | | | | **Unknown** |
| Account No. | | - | | Trade Debt | | | | |
| Woodland, O'Brien & Associates<br>1329 County Road  D  East<br>St. Paul, MN 55109 | | | | | | | | **8,336.00** |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Woods, Michelle<br>436 Brassie Court<br>University Park, IL 60466 | | | | | | | | **Unknown** |
| Account No. | | - | | Trade Debt | | | | |
| Word Processing Industries<br>4545 N Ravenswood<br>Chicago, IL 60640 | | | | | | | | **2,678.00** |

Sheet no. __226__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,014.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Montalbano Builders, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Contract Damages/Earnest Money** | | | | |
| **Wright, Errol 15707 Sawyer Markham, IL 60428** | - | | | | | | **1,100.00** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Artemus Yates 8518 Wellington Drive Joliet, IL 60431** | - | | | | | | **Unknown** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Young, Larry 454 Fairway Lane University Park, IL 60466** | - | | | | | | **Unknown** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Yousuf, Fadil 6404 Bridle Path Drive Matteson, IL 60443** | - | | | | | | **Unknown** |
| Account No. | | | **Listed For Notice Purposes** | | | | |
| **Z Financial 29 South LaSalle Street Suite 1205 Chicago, IL 60603** | - | | | X | X | X | **Unknown** |

Sheet no. __227__ of __228__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,100.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Montalbano Builders, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Jeffrey Zaremba 8505 Foxborough Way Joliet, IL 60431 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Zelinka, Tom 21133 Gray Hawk Drive Matteson, IL 60443 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Zembruski, Jaclyn A. 6415 Gray Hawk Drive Matteson, IL 60443 | | | | | | | | Unknown |
| Account No. | | - | | Listed For Notice Purposes | | | | |
| Krista Zollers 1937 Candlelight Circle Montgomery, IL 60538 | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __228__ of __228__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Total
(Report on Summary of Schedules)    **17,336,923.15**

B6G (Official Form 6G) (12/07)

In re   **Montalbano Builders, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Banks, Deborah**<br>**14612 S. Adbrooke**<br>**Dolton, IL 60419** | **Contract For Purchase of Lot 11, Wellington Court** |
| **Major, Rozetta**<br>**10553 South Rhodes**<br>**Chicago, IL 60628** | **Contract for Purchase of Lot 61, Wellington Court** |
| **McCary, Myron**<br>**17671 Winston Drive**<br>**Country Club Hills, IL 60478** | **Contract for Purchase of Lot 92, Gleneagle Trails** |
| **Kelly Miller, Jr.**<br>**11122 Emerald Avenue**<br>**Chicago, IL 60628** | **Contract For Purchase of Lot 101, Wellington Court** |
| **Smith, Antonio & Theresa**<br>**1016 Reymore Drove, Apt. 2F**<br>**Griffith, IN 46319** | **Contract for Purchase of Lot 106, Wellington Court** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Montalbano Builders, Inc.**                                        ,     Case No. _____
                                                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony Montalbano**<br>**1916 Midwest Club**<br>**Oak Brook, IL 60521** | **First Bank**<br>**2100 S. Elmhurst**<br>**Mount Prospect, IL 60056** |
| **Anthony Montalbano**<br>**1916 Midwest Club**<br>**Oak Brook, IL 60521** | **RBC Bank, USA**<br>**Raleigh, NC 27604** |
| **Anthony Montalbano**<br>**1916 Midwest Club**<br>**Oak Brook, IL 60521** | **Signature Bank**<br>**6400 N.Northwest Highway**<br>**Chicago, IL 60631** |
| **Anthony Montalbano**<br>**1916 Midwest Club**<br>**Oak Brook, IL 60521** | **James R. Hannon**<br>**812 Coventry Lane**<br>**Oak Brook, IL 60523** |
| **Anthony Montalbano**<br>**1916 Midwest Club**<br>**Oak Brook, IL 60521** | **MB Financial Bank**<br>**6111 North River Road**<br>**Rosemont, IL 60018** |
| **Anthony Montalbano**<br>**1916 Midwest Club**<br>**Oak Brook, IL 60521** | **Keybank National Association**<br>**11 East 6600 South, Suite 120**<br>**Mailcode: UT-51-CL-0120**<br>**Salt Lake City, UT 84121** |
| **APM Holdings, Inc**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **RBC Bank, USA**<br>**Raleigh, NC 27604** |
| **APM Holdings, Inc**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **Keybank National Association**<br>**11 East 6600 South, Suite 120**<br>**Mailcode: UT-51-CL-0120**<br>**Salt Lake City, UT 84121** |
| **Montalbano Builders of Arizona, Inc**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **RBC Bank, USA**<br>**Raleigh, NC 27604** |
| **Montalbano Builders of Arizona, Inc**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **Barrington Bank & Trust Co.**<br>**201 South Hough Street**<br>**Barrington, IL 60010** |
| **Montalbano Builders of Arizona, Inc**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **MB Financial Bank**<br>**6111 North River Road**<br>**Rosemont, IL 60018** |

1

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re   **Montalbano Builders, Inc.**                    ,     Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Montalbano Builders of Arizona, Inc**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **Keybank National Association**<br>**11 East 6600 South, Suite 120**<br>**Mailcode: UT-51-CL-0120**<br>**Salt Lake City, UT 84121** |
| **Montalbano Homes of AZ, Inc.**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **RBC Bank, USA**<br>**Raleigh, NC 27604** |
| **Montalbano Homes of AZ, Inc.**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **Barrington Bank & Trust Co.**<br>**201 South Hough Street**<br>**Barrington, IL 60010** |
| **Montalbano Homes of AZ, Inc.**<br>**1801 S. Meyers Road, #500**<br>**Oakbrook Terrace, IL 60181** | **Keybank National Association**<br>**11 East 6600 South, Suite 120**<br>**Mailcode: UT-51-CL-0120**<br>**Salt Lake City, UT 84121** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Montalbano Builders, Inc.                      Case No. _____
                                  Debtor(s)       Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    255    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March  4, 2011                Signature    /s/ Anthony Montalbano
                                                 Anthony Montalbano
                                                 President

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Montalbano Builders, Inc.                  Case No.                                  

                                               Debtor(s)           Chapter      7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $24,891,018.00 | 2008: Gross Receipts |
| $8,911,447.00 | 2009: Gross Receipts |
| $0.00 | 2010: Gross Receipts (Investigtion Continuing) |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT               SOURCE

### 3. Payments to creditors

None
■    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Action Plumbing Company, Inc. v. Montalbano Builders, Inc., et al., Case No. 10 CH 11604 | Mechanic's Lien Foreclosure | Circuit Court of Cook County | Pending |
| Action Plumbing Company, Inc. v. Maontalbano Builders, Inc., et al., Case No. 2010 CH 2180 | Mechanic's Lien Foreclosure | Circuit court for the 12th Judicial Circuit, WIII County | Pending |
| Action Plumbing Company, Inc. v. Montalbano Builders, Inc., et al., Case No. 10 CH 195 | Mechanic's Lien Foreclosure | Circuit Court for the 21st Judicial Circuit, Kankakee, Illinois | Pending |
| Action Plumbing Company, Inc. v. Montalbano Builders, Inc., et al, Case No. 2010 CH 479 | Mechanic's Lien Foreclosure | Circuit Court for the 16th Judicial Circuit, Kendall County, Illinois | Pending |
| Air-Rite Heating & Cooling Inc. v. Montalbano Builders, Inc, Case No. 09 L 8628 | Contract | Circuit Court of Cook County | Pending |
| Alliance Fire Protection, Inc. v. Montalbano Builders,Inc., Case No. 08 L 8973 | Contract | Circuit Court of Cook County | Judgment dated July 8, 2009 - Settled??? |
| Allied Waste Services v. Montalbano Builders, Inc., Case No. 10 SR 453 | Contract | Circuit Court of the 18th Judicial Circuit, DuPage County | Judgment |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Alright Concrete Company v.Montalbano Builders, Inc., Case No. 09 AR 46 | Contract | Circuit Court of the 17th Judicial Circuit | Judgment |
| Bank of America v. APM Holdings Inc., et al., CV2009-006374 | Contract | Superior Court of State of Arizona, Maricopa County | Judgment |
| Barrington Bank & Trust Company, N.A., Case No. 09 CH 242 | Mortgage Foreclosure | Circuit Court of the Twenty - First Judicial Circuit, Kankakee, IL | Pending |
| Shawna Bronk, as mother and next firend of Vanessa Fritz v.Montalbano Builders, Inc., Case No. 07 L 144 | Personal Injury | Circuit Court ofthe Twelth Judicial Circuit, Will County | |
| Builder's Bloc Contracting Co., LLC v. Montalbano Builders Inc., et al., Case No. 09 CH 626 | Mechanic's Lien | Circuit Court For the Sixteenth Judicial Circuit | Judgment - Settled |
| Builders Services Group, Inc. d/b/a SCE Unlimited, Case No. 09 L 709 | Contract | Circuit Court of the Eighteenth Judicial Circuit | |
| Builder Homesite, Inc. v. Montalbano Builders, Inc., Case No. 09 L 3008 | Contract | Circuit Court of Cook County | Judgment - 05/27/09 |
| Carpenter's Contractors of America, Inc. v. Montalbano Builders, Inc., et al., Case No. 201 CH 2602 | Mechanic's Lien Foreclosure | Circuit Court of Cook County | Pending |
| Kenyon & Richanda Carr v. Montalbano Builders, Inc., Case No. 09 SC 12213 | Contract | Circuit Court of the 12th Judicial Circuit | Judgment - Citation issued to Midwest Bank |
| CBS Outdoor,Inc. v. Montalbano Builders, Inc., Case No. 602013/09 | Contract | Supreme Court of the State of New York | |
| Complete Care Cleaning Corp.v.Montalbano Builders, Inc., Case No. 08 L 862 | Contract | Circuit Court of Cook County | Judgment-05/29/09 |
| Crystal Gater v. Montalbano Builders, Inc., Case No. 09 M1 159670 | Contract | Circuit Court of Cook County | |
| DeKalb Paving, Inc. v. Montalbano Builders, Inc., Case No. 09 AR 21 | Contract | Circuit Court for the 17th Judicial Circuit | Judgment -6/12/09 |
| Eagle Concrete, Inc. v. Montalbano Builders, Inc., Case No. 08 L 733 | Contract | Circuit Court of the Sixteenth Judicial Circuit | Judgment - 6/25/09 |
| Ewing Doherty Mechanical Inc. v. Montalbano Builders, Inc., 08 CH 294 | Foreclosure | Circuit Court of the Sixteenth Judicial District | Judgment - 7/27/09 |
| First Bank v. Montalbano Builders, Inc., et al. Case No. 08 CH 528 | Foreclosure | Circuit Court of the 17th Judicial Circuit | Pending ?? |
| First Midwest Bank v. Montalbano Builders, Inc. et al., Case No. 09 CH 950 | Foreclosure | Circuit Court For the Sixteenth Judicial Circuit, Kendall County | Judgment of Foreclosure and Sale - 11/23/09 |
| Greg Greenhill Construction Co., B & G Services, Inc. v. Montalbano Builders, Inc., Case No. 08 L 932 | Contract | Circuit Court of the Eighteenth Judicial Circuit | Judgment 7/14/09 |
| General Electric Company v. Montalbano Builders, Inc., et al., 2009 L 13554 | Contract | Circuit Court of Cok County | Pending |
| Harris Bank (Amcore Bank, NA) v. MBC XIX, LLC; Montalbano Builders, Inc., et al., Case 09 CH 30741 | Mortgage Foreclosure | Circuit Court of Cook County | Pending |
| Harris Bank (Amcore Bank, N.A). v. Montalbano Builders, Inc, et al., Case No. 09 CH 38034 | Foreclosure | Circuit Court of Cook County | Pending |
| Thomas and Lori Hoeft v. Montalbano Builders, Inc., et al., Case No. 10 AR 710 | Arbitration | Circuit Court of the 22nd Judicial Circuit | Pending |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Hilltop Cabinet Distributors, Inc. v. Monalbano Builders, Inc., Case No. 08 M1 169507 | Contract | Circuit Court of Cook County | Judgment - 7/13/09 |
| Key Outdoor, Imc. v. Montalbano Builders, Inc., Case No. 09 SC 743 | Contract | Circuit Court of the Twenty-First Judicial Circuit | Judgment - ??? date |
| Lyon Financial Services, Inc. v. Montalbano Builders, Inc., Case No. 09 C 8080 | Contract | United Stats District Court for the Northern District of Illinois | Pending |
| Malibu Bay Condominium Homeowners Association v. Montalbano Homes, Inc., Case No. 03 LK 567 | Contract | Circuit Court For the Sixteenth Judicial Circuit | Judgment - 8/20/09 ??? |
| Masco Builder Cabinet Group v. Montalbano Builders, Inc., Case No. 09 L 673 | Contract | Circuit court for the Eighteenth Judicial Circuit | |
| MBCI, Inc. v. Montalbano Builders, Inc., Case No. 09 L 9342 | Contract | Circuit Court of Cook County | Judgment - 10/22/09 - Confirm - Memorandum?? |
| Mixed Media Group, Inc.v. Montalbano Builders,Inc., Case No. 08 AR 745 | Contract | Circuit Court for the 22nd Judicial Circuit | Judgment ?? |
| Northwestern Landscaping v. A.V. Exteriors Inc., et al, Case No. 10 CH 32777 | Mechanics Lien | Circuit Court of Cook County | Pending |
| Nuline Technologies Inc. v. Montalbano Builders, Inc., Case No. 10 AR 1067 | Contract | Circuit Court of the 18th Judicial Circuit, DuPage, Illinois | Judgment |
| Ryan Nurczyk v. R & D Thiel, et al., CaseNo. 04 L 1138 | Personal Injury | Circuit Court of Cook County | ???? = check |
| On-Site Temps, Inc. v. Montalbano Builders, Inc., Case No. 08 AR 2629 | Contract | Circuit Court of the Eighteenth Judicial Circuit | Judgment- ??? |
| Oreo Corporation v. APM Holdings, et al., Case No. CV2009-021161 | | Superior Court of Arizona, Maricopa County | |
| Oreo Corporation v. APM Holdings, Inc., et al., Case No.CV2009-021162 | Contract | Superior Court of Arizona, Maricopa County | Pending |
| Palos Bank & Trust Company v. Montalbano Builders, et al., Case No. 09 CH 40797 | Foreclosure | Circuit Court of Cook County | Pending |
| People of The State of Illinois v. Montalbano Builders, Inc., Case No.PCB 10-20 | Administrative Complaint | Illinois Pollution Control Board | Pending |
| Pioneer Engineerinf and Environmental Services, Inc.v. Montalbano Builders,Inc., Case No.09 M1 103912 | Contract | Cook County | Judgment - 7/6/09 |
| Professional Drywall & Decorating, LLC v. Montalbano Builders, Inc., Case No. 08LA 422 | Contract | Circuit court of the Twenty Second Judicial Circuit | Judgment - ??? |
| RBC Bank v. Montalbano Builders, Inc., et al., Case No. 09 CH 3692 | Foreclosure | Circuit court of the 12th Judicial Circuit | Pending |
| RBC Bank (USA) v. Montalbano Builders, Inc. et. al. Case No. 09 CH 347 | Foreclosure | Circuit Court For the Sixteenth Judicial District, Dekalb | Order of Default - 1/11/10 |
| RBC Bank v. Montalbano Builders, Inc., et al., Case No. 09 CH 29111 | Foreclosure | Circuit Court of Cook County | Pending |
| RBC Bank (USA) v. Montalbano Builders, Inc., Case No 09 CH 1584 | Foreclosure | Circuit Court of the 22nd Judicial Circuit, McHenry County | Pending |
| Ryan Incorporated Central v. Montalbano Builders, Inc., et al., Case No. 09 CH 0347 - Counter Claim | Mechanic's Lien Foreclosure | Coircuit Court of the 16th Judicial Circuit, DeKalb, Illinois | Judgement - Settled |
| S & H Electric Company, Inc.v. Montalbano Builders, Inc.,CaseNo.09 CH 866 | MechanicsLien | 22nd Judicial  Circuit | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sadannah Group, LLC v. Montalbano Builders, Inc., Case No 08 AR 2658 | Contract | 18th Judcial | Judgment - 6/10/09 |
| Stock Building Supply, LLC v. Montalbano Builders, et al., Case No. 09 CH 613 | Mechanic's Lien Foreclosure | Circuit Court for the 16th Judicial Circuit | Pending |
| Stock Building Supply LLC. V. Montalbano Builders, Inc., et al., Case No. 09 CH 43104 | Mechanic's Lien Foreclosure | Circuit Court of Cook County | Pending |
| Superior Contracting Corporation d/b/a American National Insulation, Case No. 2009 L 550 | Contract | Circuit Court of 18th Judicial Circuit | Judgment |
| Lenny Szarek, Inc. v. Montablbano Builders, Inc., et al., Case No. 09 CH 464 | Mechanic's Lien | Circuit Court of the 22nd Judicial Circuit | Pending |
| Lenny Szarek, Inc. v. Montalbano Builders, Inc., Case No. 09 CH 465 | Mechanic's Lien Foreclosure | Circuit Court of the 22nd Judicial Circuit | Order of Default 2/18/2010 |
| Lyon Financial v. Montalbano Builders, Inc. | Contract | United States District Court | Judgment |
| Village of Lake in the Hills v.Montalbano Homes, Case Nos. P0044636 - 41, P0044631- 35 | Adminstrative Hearing | Village of Lake in the Hills | Default Order |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| First Midwest Bank 770 West Dundee Road Arlington Heights, IL 60004 | May 2010 | Deed In Lieu of Foreclosure; Windsor Ridge, Joliet, Illinois; 76 improved single family lots, 3 modelfamily homes, improved land for 22 multifamily units & 5 completed townhomes; $2,632,667.00 |
| Palos Bank and Trust 12600 South Harlem Avenue Palos Heights, IL 60463 | June 2010 | Deed in Lieu of Foreclosure - Matteson, Illinois (US 30 and Ridgeland) - 3.5 Acres of commercial land; $1,455,000.00 |
| First American Bank fka Town Community Bank & Trust c/o Scott & Kraus, LLC 150 South Wacker Drive Chicago, IL 60606 | Ocotber 2010 | Deed in Lieu of Foreclosure - Lake In the Hills, Illinois - 4+ Acres commercial land; $715,000 |
| First Bank 2100 S. Elmhurst Mount Prospect, IL 60056 | 2010 | Foreclosure - Poplar Grove, Boone County - 95 Single Family Lots |
| Barrington Bank & Trust Co. 201 South Hough Street Barrington, IL 60010 | 2010 | Foreclosure - Stone Mills Farms, Bourbonnais, Illinois - 103 Single Family Lots |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | 6/21/10 (Susan Montalbano; 7,498.66); 8/12/10 (Rally Homes; 2,2291.50); 11/1/10 (Rally Homes 5,000); 10/28/10 (Rally Homes 10,000); 2/10/11 (Rally Homes 7,500) | $32,291.16 - Represents attorneys' fees for bankruptcy and non-bankruptcy services |

**10. Other transfers**

None
■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

7

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Frost, Ruttenberg & Rothblatt, P.C. | 2010 & prior years |
| 111 Pfingsten Road, Suite 300 | |
| Deerfield, IL 60015 | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Anthony Montalbano<br>1916 Midwest Club<br>Oak Brook, IL 60521 | President | 100% Shareholder |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  March  4, 2011                         Signature    /s/ Anthony Montalbano
                                                           Anthony Montalbano
                                                           President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    Montalbano Builders, Inc.                                      Case No.

Debtor(s)                      Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 5,000.00* |
| Prior to the filing of this statement I have received | $ ** |
| Balance Due | $ 5,000.00 |

*Plus any additional amount due in excess of retainer based upon hourly fee schedule.

** $32,291.16 received for bankruptcy and non-bankruptcy services from third parties.

2.    The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☐ Debtor          ☒ Other (specify)    Anthony Montalbano

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
        All services required in Chapter 7 case.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        None

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    March  4, 2011                          /s/ Gregory K. Stern
                                                  Gregory K. Stern 6183380
                                                  Gregory K. Stern, P.C.
                                                  53 West Jackson Boulevard
                                                  Suite 1442
                                                  Chicago, IL 60604
                                                  (312) 427-1558  Fax: (312) 427-1289

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   Montalbano Builders, Inc.                                                   Case No.
                                                    Debtor(s)          Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              1183

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March  4, 2011                          /s/ Anthony Montalbano
                                                Anthony Montalbano/President
                                                Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

4-M Supply
1305 S. River Street
Batavia, IL 60510-9648


A T & T
PO Box 9001309
Louisville, KY 40290-1309


A&V Exteriors Inc.
1000 Brown Street Suite 312
Wauconda, IL 60084


ABC/Amega Inc.
1100 Main Street
Buffalo, NY 14209-2356


Abellera, Roland  Z.
16417 Pine Creek Lane
Plainfield, IL 60586


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Accountemps
21925 Field Parkway
Suite 100
Barrington, IL 60010


Accurate Repro, Inc.
2368 Corporate Lane
Suite 100
Naperville, IL 60563


Acosta, Edwardo & Angela
3191 Ronan Drive
Lake in the Hills, IL 60156


Action Plumbing Co., Inc.
1050 West Washington
West Chicago, IL 60185

Adam B. Whiteman, Esq.
118 North Clinton
Suite 17
Chicago, IL 60661


Adams, Jamice
6512 Pasture Side Trail
Matteson, IL 60443


Adams, John & Debbie
1345 Liuanna Road
Rockford, IL 61103


Adams, Leslie
6502 Gray Hawk Drive
Matteson, IL 60443


Adams, Robert C.
27141 W. Hemlock Road
Channahon, IL 60410


Adams, Vincent H.
16333 Lewood Drive
Plainfield, IL 60586


Adaranijo, Jubril
6516 Pasture Side Trail
Matteson, IL 60443


Adesina, Adedapo
6409 Bridle Path Drive
Matteson, IL 60443


Administration Resources Corp.
11490 Xeon Street NW Sutie 200
Coon Rapids, MN 55448


ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250


Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427

Agarwal, Dinesh K.
3226 Harvard Land
Lake in the Hills, IL 60156


Agee, Steven
285 Castine Way
Beecher, IL 60401


Aghahowa, Brenda
418 Brassie Lane
University Park, IL 60466


Air-Rite Heating and Cooling, Inc.
100 Overland Drive
North Aurora, IL 60542


Al's Construction Inc
2842 Sterkel Rd
North Aurora, IL 60542


ALB Group, LLC
4355 Weaver Parkway Suite 170
Warrenville, IL 60555


ALCA Carpentry Contractors
161 Tower Drive Unit F
Burr Ridge, IL 60527


Alcom Aluminum Components, Inc.
31 W Industrial Rd
Addison, IL 60101


Aldis, Mary
370 E. North Ave.
Cortland, IL 60112


Alegado, Mark & Susie
8425 Merchant Court
Lakewood, IL 60014


Alvin Alexander
2272 Queensbridge Drive
Lynwood, IL 60411

Barrett Alexander
2337 Queensbridge Drive
Lynwood, IL 60411


Ali, Sajid
16330 Sand Creek Lane
Plainfield, IL 60586


Joseph S. Allen
8500 Buckingham Road
Joliet, IL 60431


Allen, Karletta Y.
21301 Bridle Path Drive
Matteson, IL 60443


Alliance Fire Protection, Inc.
998 Forest Edge Drive
Vernon Hills, IL 60061


Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154


Alpine Insulation
P.O. Box 986
Elburn, IL 60119


Alright Concrete Company
1500 Ramblewood Dr
Streamwood, IL 60107


Hugo Alvarez
2300 Bilstone Drive
Lynwood, IL 60411


AmerAssist
P.O. Box 26926
Columbus, OH 43226-0926


AmerAssist
P.O. Box 26095
Columbus, OH 43226

American Credit Systems, Inc.
400 West Lake Street
Suite 111
P.O. Box 72849
Roselle, IL 60172-0849


American National Insulation
1401 W. Ardmore Ave
Itasca, IL 60143


American National Services, Inc.
MASCO Administrative Services, Inc.
260 Jimmy Ann Drive
Daytona Beach, FL 32114


AmeriGas - Lockport
916 Ames Street
Lockport, IL 60441-2851


Amos, April M.
21139 Gray Hawk Drive
Matteson, IL 60443


Amponsah, Helena
6417 Bridle Path Drive
Matteson, IL 60443


Amy S. & Richard Conti
8605 Foxborough Way
Joliet, IL 60431


Anderson, Anthony
6500 Blue Sky Lane
Matteson, IL 60443


George Annang
2224 Bilstone Drive
Lynwood, IL 60411


Another Plumbing Company, LLC
13753 McKanna Rd
Minooka, IL 60447

Aparri, Richie
24509 Sleepy Hollow Lane
Plainfield, IL 60586

Apex Custom Stairs Builders Inc
1605 Division St
Mendota, Il 61342

Apex of Michigan LLC
370 Smoke Tree Business Park
North Aurora, IL 60542

Aqua Illinois
24650 South Western Avenue
University Park, IL 60466

Area Steel Service Corp.
3094 North 8th Road
Wenona, IL 61377

Virgilio Arreguin, Jr.
8508 Foxoborough Way
Joliet, IL 60431

Askew, Keysha S. Flagg
461 Fairway Lane
University Park, IL 60466

AT & T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT& T Internet Service
P.O. BOX 5016
Carol Stream, IL 60197-5016

Atkins,Adel & Karen
6533 Blue Sky Lane
Matteson, IL 60443

Atwell - Hicks, Inc.
PO Box 2981
Ann Arbor, MI 48106

Aurico Reports
116 W Eastman
Suite 101
Arlington Heights, IL 60004


Ausbury, Joan E. & Amy
3211 Ronan Drive
Lake in the Hills, IL 60156


Austin, Vincent
6509 Pasture Side Trail
Matteson, IL 60443


Avaya
14400 Hertz Quail Spring Parkway
Oklahoma City, OK 73134


Avenue 1000 Realty Ltd.
1999 W. 75th Street, #203
Woodridge, IL 60517-2603


Avvaru, Rohini B.
24513 Bay Creek Lane
Plainfield, IL 60586


B & G Services
1817 Anthony Lane
McHenry, IL 60050


Baig, Adnan
24521 Bay Creek Lane
Plainfield, IL 60586


Baker, Govern & Baker
7771 West Oakland Park Boulevard
Suite 240
Fort Lauderdale, FL 33351


Ballerini, Jeff
473 Hahn Drive
Cortland, IL 60112


Balogun, Sherriff
6417 Gray Hawk Drive
Matteson, IL 60443

Bamgbose, Abiola
1874 Monhegan Avenue
Beecher, IL 60401

Bandish, Edward
25734 S. Basswood Road
Channahon, IL 60410

Bank of America, N.A.
1950 North Stemmons Fwy
Suite 5010
Dallas, TX 75207

Banks, Deborah
14612 S. Adbrooke
Dolton, IL 60419

Barricade Lites, Inc.
P.O. Box 385
Addison, IL 60101

Barrington Bank & Trust Co.
201 South Hough Street
Barrington, IL 60010

Bartman, Peggy
1861 Monhegan Avenue
Beecher, IL 60401

Basco
847 Central Ave
Wood Dale, IL 60191-1219

Battle, Shawanda
6709 Old Plank Boulevard
Matteson, IL 60443

Baum Property Services, Inc.
P.O. Box 2146
Aurora, IL 60507

Baumann Studios
312 North May Street  Suite#2F
Chicago, IL 60607

Brett Baumgart
3400 Ronan Drive
Lake in the Hills, IL 60156


Colin Baumgartner
1810 Candlelight Circle
Montgomery, IL 60538


Beach Associates Inc.
95 Wolf Creek Boulevard
Suite 2
Dover, DE 19901


Bean, Kim  E.
6405 Blue Sky Lane
Matteson, IL 60443


Beasley, Ausanta
1225 Birdie Drive
University Park, IL 60466


Bennett, James E.
3350 Ronan Drive
Lake in the Hills, IL 60156


Bennett, Sharron
1060 N Farnsworth Ave, #1308
Aurora, IL 60506


Benson, Jr., Nathaniel
6620 Pasture Side Trail
Matteson, IL 60443


Brent Berndl
1954 Candlelight Circle
Montgomery, IL 60538


Michael L. Bertolini
1906 Willoughby Lane
Joliet, IL 60431


Bestler Corporation
246 Keyes Avenue
Hampshire, IL 60140

BKT Construction Management Inc
738-E Dundee Rd Suite 313
Palatine, IL 60074

Black, Maurice G.
21135 Gray Hawk Drive
Matteson, IL 60443

Blahusiak, Loretta A.
21128 Gray Hawk Drive
Matteson, IL 60443

Blind & Shutter Connection
5021 Chase Ave.
Downers Grove, IL

Blodgett, Adrienne J.
6407 Gray Hawk Drive
Matteson, IL 60443

Blommaert Bros. Masonry Inc
1705 Glenwood-Dyer Rd
Chicago Heights, IL 60411

Board of Education
8504 Foxborough Way
Joliet, IL 60431

Timothy G. Boe
1902 Balmoral Street
Joliet, IL 60431

Boerema, Eric & Amy
26934 W Hemlock Road
Channahon, IL 60410

Bogdan, Zofia
6515 Gray Hawk Drive
Matteson, IL 60443

Boland-Prom, Kim
266 Castine Way
Beecher, IL 60401

Bols, David
26934 W. Locust Road
Channahon, IL 60410


Book Farms
22701 Bunker Hill Road
Harvard, Il 60033


Booker, Lennard
31204 Pasture Side Trail
Matteson, IL 60443


Boone County Treasuer
601 N. Main Street Suite#203
Belvidere, IL 61008-2690


Boone, Latonya
6502 Blue Sky Lane
Matteson, IL 60443


Bottiglier, Joshua
459 Hahn Drive
Cortland, IL 60112


John Bourdeau
c/o Joseph F. Spitzzerri, Esq.
Johnson & Bell Ltd.
33 West Monroe Street, #2700
Oak Park, IL 60303


Boutte, Roxane
6416 Blue Sky Lane
Matteson, IL 60443


Boutte, Turhane T.
6421 Gray Hawk Drive
Matteson, IL 60443


Bowie, Elizabeth E.
476 Fairway Lane
University Park, IL 60466


Tanya & Stoney Bowser
1921 Candlelight Circle
Montgomery, IL 60538

Jason and Cathy Boyer
8512 Foxoborough Way
Joliet, IL 60431


Branch, Le Roy
21215 White Cloud Drive
Matteson, IL 60443


Branch, Melanie
6408 Gray Hawk Drive
Matteson, IL 60443


Janice Brandon
2273 Queensbridge Drive
Lynwood, IL 60411


Brantley, Noel
6410 Blue Sky Lane
Matteson, IL 60443


Bernice Brewer
2285 Eastwood Drive
Lynwood, IL 60411


Brewer, Julie
321 Stonington Avenue
Beecher, IL 60401


Brian Keith Advertising
1211 West 22nd Street
Suite 610
Oak Brook, IL 60523


Brim, Shelly
16423 S. Hermitage
Markham, IL 60428


Brink, Mary Jo
3260 Ronan Drive
Lake in the Hills, IL 60156


Landon Brittain
1903 Balmoral Street
Joliet, IL 60431

Broadwater, Brian
1006 Eagle Point Drive
Matteson, IL 60443


Brogan, Jason
917 Glen Oak Drive
Sleepy Hollow, IL 60118


Shawna Bronk
c/o Gunter Clifford Lee, Esq.
58 North Chicago, Suite 303
Joliet, IL 60432


Brooks, Jesse & Yvette
14424 Dorchester
Dolton, IL 60419


Brothers Cleaning
165 Prairie Lake Rd Suite N
East Dundee, IL 60118


Brown, Gloria E.
21209 Bridle Path Drive
Matteson, IL 60443


Brown, John & Larinda
14631 Dante Ave.
Dolton, IL 60419


Charles Brown, Jr.
1904 Willoughby Lane
Joliet, IL 60431


Brown, Ricky
6421 Bridle Path Drive
Matteson, IL 60443


Sonja Brown
2213 Eastwood Drive
Lynwood, IL 60411


Brown, Tyler E
479 Hampstead Street
Cortland, IL 60112

Brownlee, Bernadette
458 Fairway Lane
University Park, IL 60466

Buchanan, Alyce K.
6609 Bridle Path Drive
Matteson, IL 60443

Buchanan, Mary
445 Fairway Court
University Park, IL 60466

Buczek, Bogdan
16508 Lewood Drive
Plainfield, IL 60586

Bugh, Dainen
9089 Falcon Greens Drive
Lakewood, IL 60014

Builder Homesite, Inc.
P.O. Box 847905
Dallas, TX 75284-7905

Builder Services Group, Inc.

Builder's Bloc Contracting Co.,Inc.
c/o David Eisenberg, Esq.
Lyman & Nielsen, LLC
1301 W. 22nd Street, #914
Oak Brook, IL 60523

Builders Lighting
11400 Melrose Ave.
Franklin Park, IL 60131

Buligan, Romulo
26864 W Hemlock Road
Channahon, IL 60410

Bureau of Recvoery, LLC
1813 East Dyer Road, #411
Santa Ana, CA 92705

Burgos, Justin
3201 Ronan Drive
Lake in the Hills, IL 60156


Burton, Ardell
6506 Gray Hawk Drive
Matteson, IL 60443


Burton, Shirley
6501 Bridle Path Drive
Matteson, IL 60443


Bush, Robert
6700 Pasture Side Trail
Matteson, IL 60443


Buttimer, Andrew
16408 Pine Creek Lane
Plainfield, IL 60586


C.M. Lavoie & Associates, Inc
1050 West Route 26
Plainfield, IL 60544


Cabrera, Jose J.
24403 Spruce Creek Court
Plainfield, IL 60586


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Caliper Capital Illinois,  LLC
3855 Lewiston Street  Suite# 100
Aurora, CO 80011


Caliper Capital of Illinois LLC
8650 Foxborough Way
Joliet, IL 60431


Caliper Capital of Illinois LLC
8652 Foxborough Way
Joliet, IL 60431

Caliper Capital of Illinois LLC
8654 Foxborough Way
Joliet, IL 60431

Caliper Capital of Illinois LLC
8656 Foxborough Way
Joliet, IL 60431

Caliper Capital of Illinois LLC
6311 Great Plains Avenue
Matteson, IL 60443

Caliper Capital of Illinois LLC
6313 Great Plains Avenue
Matteson, IL 60443

Caliper Capital of Illinois LLC
6315 Great Plains Avenue
Matteson, IL 60443

Caliper Capital of Illinois LLC
6317 Great Plains Avenue
Matteson, IL 60443

Caliper Capital of Illinois LLC
8405 Merchant Court
Lakewood, IL 60014

Caliper Capital of Illinois LLC
8415 Merchant Court
Lakewood, IL 60014

Caliper Capital of Illinois LLC
24518 Sand Creek Court
Plainfield, IL 60586

Caliper Capital of Illinois LLC
24522 Sand Creek Court
Plainfield, IL 60586

Caliper Capital of Illinois LLC
24526 Sand Creek Court
Plainfield, IL 60586

Caliper Capital UWB LLC
3855 Lewiston Street Suite 100
Aurora, CO 80011


Callahan Excavating, Incorporated
P.O. Box 322
Lemont, IL 60439


Callazo, Tina
6605 Bridle Path Drive
Matteson, IL 60443


Cambridge Business Forms
DO NOT USE*****
115
Hoffman Estates, IL 60195


Cambridge Printing Corporation
780 W Army Trail Road, Suite 200
Carol Stream, IL 60188


Camilleri, Tommaso
1840 Stonington Avenue
Beecher, IL 60401


Can Am Communications
208 Leisure Street
Yorkville, IL 60560


Candela, Paul
25741 S. Red Oak Road
Channahon, IL 60410


Capital Recovery Corporation
P.O. Box 1008
Alpharetta, GA 30009-1008


Caracciolo, David
520 Hampstead Street
Cortland, IL 60112


Carefree Lawn Maintenance
17751 Gougar Road
Lockport, IL 60441

Carefree Lawn Maintenance, Inc.
17751 Gougar Road
Lockport, IL 60441


Carl R. Buck, Esq.
Rathburn, Cservenyak & Kozol, LLC
24201 West Main Street
Plainfield, IL 60544


Carlisle, Joseph & Amber
25717 S. Red Oak Road
Channahon, IL 60410


Carmina Huitron
P.O. Box 194
West Chicago, IL 60186


Carpenter Contractors of America
R & D Thiel
2340 Newburg Road
Belvidere, IL 61008


Kenyon & Richanda Carr
8941 S. Harper
Chicago, IL 60619


Carra, Frank
1881 Monhegan Avenue
Beecher, IL 60401


Carrol, Tajuana
6429 Hummingbird Lane
Matteson, IL 60443


Carter, Timothy
6620 Old Plank Boulevard
Matteson, IL 60443


Carver, Leon J.
21300 Pasture Side Trail
Matteson, IL 60443


Castaneda, Sonia A.
21124 Gray Hawk Drive
Matteson, IL 60443

Michael Caston
1920 Candlelight Circle
Montgomery, IL 60538


Cave, Paul
27134 W. Hemlock Road
Channahon, IL 60410


CBeyond Communications
13474 Collections Center Drive
Chicago, IL 60693


CBS Outdoor
P.O. Box 33074
Newark, NJ 07188-0074


CCC of New York
P.O. Box 288
Tonawanda, NY 14150-0288


CCR Tops, Inc
2482 Technology Drive
Elgin, IL 60123


Cemcon, Ltd.
2280 White Oak Circle
100
Aurora, IL 60504-9675


Cerda, Sandra
6512 Blue Sky Lane
Matteson, IL 60443


Ceren Plumbing Co.
920 Prairie Street #1
Aurora, IL 60506


Ruby Chacko
3390 Ronan Drive
Lake in the Hills, IL 60156


Channahon Park District
24856 W. Eames Street
Channahon, IL 60410

Chapman, Althea
2N625 Morton Road
West Chicago, IL 60185


Chatman, Stanley
6609 Pasture Side Trail
Matteson, IL 60443


Tyrone Chatter
2301 Bilstone Drive
Lynwood, IL 60411


Cheifetz Iannitelli Marcolini P.C.
1850 North Central Avenue
19th Floor
Phoenix, AZ 85004


Renee Chernoff
3420 Ronan Drive
Lake in the Hills, IL 60156


Chicago Backflow, Inc.
12607 South Laramie Avenue
Alsip, IL 60803


Chicago Professional Sports Limited Part
1901 West Madison Street
Chicago, IL 60612


Chicago Title Insurance Company
6601 Frances Street
Omaha, NE 68106


Chicago Title Insurance Company
171 North Clark Street
Chicago, IL 60601-3294


Christian-Roge & Associates, Inc.
211 West Wacker Drive
Chicago, IL 60606


Cintora, Roberto
16414 Lewood Drive
Plainfield, IL 60586

Citi Cards
P.O. Box 6000
The Lakes, NV 89163-6000


City of Crest Hill
1610 Plainfield Road
Crest Hill, IL 60403


City of Harvard
201 W. Front Street
Harvard, Il 60033


City of Joliet
150 W. Jefferson
Joliet, IL 60432


City of Lockport
921 S. State Street
Lockport, IL 60441


City Of Wilmington
1165 S. Water Street
Wilmington, IL 60481


Clark, Jeremy
487 Hampstead Street
Cortland, IL 60112


Clark, Todd
24406 Spruce Creek Court
Plainfield, IL 60586


Classic Landscape Ltd
3N471 Powis Road
West Chicago, IL 60185


Clay, Kerry L.
6420 Gray Hawk Drive
Matteson, IL 60443


Clements, Retta
6504 Bridle Path Drive
Matteson, IL 60443

Clemons, Clarence A.
467 Fairway Lane
University Park, IL 60466


Clowers, Dwight W.
16325 Sand Creek Lane
Plainfield, IL 60586


Coffee, Shawn R.
16404 Pine Creek Lane
Plainfield, IL 60586


Coldwell Banker Honing-Bell Property Mgm
113 E. 9th Street
Lockport, IL 60441


Coleman Floor Company
1331 Davis Road
Elgin, IL 60123


Coleman, Crystal J.
6515 Blue Sky Lane
Matteson, IL 60443


Paul Coleman
8613 Foxborough Way
Joliet, IL 60431


Coli, Michael G.
3240 Ronan Drive
Lake in the Hills, IL 60156


Colleen McManus, Esq.
Much Shelist Denenberg Ament &
Rubenstein, P.C.
191 North Wacker Dr., #1800
Chicago, IL 60606


Collins, Dorothy
6423 Gray Hawk Drive
Matteson, IL 60443


Rashonda Collins
2312 Queensbridge Drive
Lynwood, IL 60411

Colosi, Catherine
9035 Falcon Greens Drive
Lakewood, IL 60014


Ronald Colwell
2336 Queensbridge Drive
Lynwood, IL 60411


Com-Mate Services
960 Baytree Drive
Bartlett, IL 60103


Comcast Cable
P.O. Box 3001
Southeastern, PA 19398-3001


Complete Care Cleaning Corp.
16508 Lewood Drive
Plainfield, IL 60586


Complete Fence
27W174 North Avenue
West Chicago, IL 60185-1718


Compudata Products Inc.
P.O. BOX 292130
Lewisville, TX 75029-2130


Concord Valley HOA
PO Box 2164
Aurora, IL 60507-2164


Connor, Ollie
1204 Birdie Drive
University Park, IL 60466


Consolidated Garage Doors
1870 Suncast Lane
Batavia, IL 60510


Constellation HomeBuilder Systems, Inc.
PO Box 1070
Charlotte, NC 28201-1070

Construction Specialty Systems
P.O. Box 593
Wauconda, IL 60084


Consumer Source, Inc.
P.O Box 402035
Atlanta, GA 30384-2039


Robert J. Conway, Jr.
8516 Foxborough Way
Joliet, IL 60431


Cook, Jason L.
6510 Blue Sky Lane
Matteson, IL 60443


Cornelius, Tasha
1059 West 92nd Place
Chicago, IL 60620


Cornerstone Material Recovery, Inc.
4172 Bull Valley Road
McHenry, IL 60050


Corsi, David O.
24517 Bay Creek Lane
Plainfield, IL 60586


Cortese, Mike
481 Hahn Drive
Cortland, IL 60112


Cosmpolitan Service Corporation
1606 Colonial Parkway
Palatine, IL 60067-4738


Linda Couch
1956 Candlelight Circle
Montgomery, IL 60538


Courtney E. Barr, Esq.
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Cowhey Gudmundson Leder, Inc.
300 Park Boulevard, Suite# 205
Itasca, IL 60143

Crane, Matthew
6147 Stone Mill Drive
Bourbonnais, IL 60194

Craver, Kevin
9061 Falcon Greens Drive
Lakewood, IL 60014

Crawford, Veda
444 Fairway Court
University Park, IL 60466

Crescent Electric Supply Company
c/o Stone Pogrund & Korey LLC
1 East Wacker Dr., #2610
Chicago, IL 60601

Crestwood Management LLC
P.O. Box 22630
Beachwood, OH 44122

Susana Cruz
8615 Foxborough Way
Joliet, IL 60431

Crystal Sewer & Water, Inc.
1733 Terry Drive
Joliet, IL 60436

Cuitino, Paul
7000 N Odell Ave
Chicago, IL 60631

Cyprain, Victoria A.,
419 Brassie Lane
University Park, IL 60466

Czapla, David & Lori
25758 S. Basswood Road
Channahon, IL 60410

D & H Energy Management Co
11410 Kreutzer Rd
Huntley, IL 60142


Daniel Danczyk
2142 Foxcroft Drive
Harvard, IL 60033


Daniels, Kimberleigh
6505 Gray Hawk Drive
Matteson, IL 60443


Dason Masonry, Inc.
1000 North Rand Road
Suite 121
Wauconda, IL 60084


Data Tech Communications Inc.
1495 Hembree Rd. Ste 1300
Roswell, GA 30076


Dave's Excavating
7014 Alden Road
Harvard, Il 60033


David Gomez Ltd. / R & S Landscaping &
2132  219 PI
Sauk Village, IL 60411


David W. McArdle, Esq.
Zukowski Rogers Flood & McArdle
50 Virginia Street
Crystal Lake, IL 60014


Davis, Alessi
6519 Blue Sky Lane
Matteson, IL 60443


Davis, Jariron
452 Fairway Court
University Park, IL 60466


Davis, Jerome
6525 Pasture Side Trail
Matteson, IL 60443

Davis, Katherine
1891 Merrimack Lane
Beecher, IL 60401

Davis, Nathaniel
21304 Gray Hawk Drive
Matteson, IL 60443

Davis, Quandale
21323 Pasture SideTrail
Matteson, IL 60443

Roberta Davis
2284 Queensbridge Drive
Lynwood, IL 60411

Davis, Travon
1891 Monhegan Avenue
Beecher, IL 60401

De'Cor Construction, Inc.
360 Dublin Road
Bloomingdale, IL 60108

DeCuir, Karyn L.
6506 Blue Sky Lane
Matteson, IL 60443

Deer Creek Golf, LLC
25055 S Western Ave
University Park, IL 60466

Defano, James L.
16323 Lewood Drive
Plainfield, IL 60586

Kara M. DeFelice
8603 Foxborough Way
Joliet, IL 60431

DeKalb County Collector
110 E Sycamore Street
Sycamore, IL 60178

DeKalb Park District (#428)
1765 S. Fourth Street
DeKalb, IL 60115


DeKalb Paving, Inc
16847 Route 23
DeKalb, IL 60115


Delite Marble, Inc,
405 Stone Drive
St. Charles, IL 60174-3301


Dell Aquila, John
1893 Merrimack Lane
Beecher, IL 60401


Dennis, Michele
6509 Blue Sky Lane
Matteson, IL 60443


Designer Decks
24 Emery Street
Joliet, IL 60436


Diachenko, Brian
280 Monhegan Avenue
Beecher, IL 60401


Diallo, Abdoul & Lori
1928 Monhegan Avenue
Beecher, IL 60401


Diamond & LeSueur, P.C.
3431 West Elm Street
McHenry, IL 60050


Diamond Sign And Design LTD.
1200 East Golf Rd.
DesPlaines, IL 60016


Dibie, Azuka V.
6509 Old Plank Boulevard
Matteson, IL 60443

Fred Dickson, Sr.
8522 Foxborough Way
Joliet, IL 60431


Diversified Adjustment Service, Inc.
P.O. Box 32145
Fridley, MN 55432


Dixon-Sudduth, Candie
6520 Bridle Path Drive
Matteson, IL 60443


Doby, Ronald
6616 Bridle Path Drive
Matteson, IL 60443


Kwasi Donely
2301 Eastwood Drive
Lynwood, IL 60411


Doubet, Lisa
9031 Falcon Greens Drive
Lakewood, IL 60014


Douglas C. Tibble, Esq.
101 North Washington St.
Naperville, IL 60540


Douglas Tibble, Esq.
101 North Washington St.
Naperville, IL 60540


Douglas, Angela
6525 Bridle Path Drive
Matteson, IL 60443


Douglas, Bruce & Madge
16430 Lewood Drive
Plainfield, IL 60586


Downing, Aaron
513 Hampstead Street
Cortland, IL 60112

Drinker Biddle
191 Wacker Drive, Suite 3700
Chicago, IL 60601

Drop Zone Portable Services, Inc.
P.O. Box 964
Frankfort, IL 60423

Dudley, Jeffrey L.
21120 Gray Hawk Drive
Matteson, IL 60443

DuPage County Collector
PO BOX 4203
Carol Stream, IL 60189

Dykema Gossett PLLC
6904 Paysphere Circle
Chicago, IL 60674

Dykema Gossett, LLP
4200 Commerce Court
Lisle, IL 60532

Eagle Concrete, Inc.
1305 S. River Street
Batavia, IL 60510-9648

Eastern Account System of CT, Inc.
P.O. Box 837
Newtown, CT 06470

Ed Fogarty Concrete Construction, Inc.
10261 Mandel - Unit A
Plainfield, IL 60585

Edward Hines Lumber Co.
1000 Corporate Grove Drive
Buffalo Grove, IL 60089

Edwards
6408 Hummingbird Lane
Matteson, IL 60443

Edwards, Victor
471 Fairway Lane
University Park, IL 60466


Bill Eger
8519 Foxborough Way
Joliet, IL 60431


Einstein Inc DBA Heights Shelving Co.
200 William St
Bensenville, IL 60106


Eisha, Karin
317 Stonington Avenue
Beecher, IL 60401


Elaine Joyce Tomasek, Esq.
487 Vaughn Circle
Aurora, IL 60504


Elia, Corrine M.
3210 Ronan Drive
Lake in the Hills, IL 60156


Elmore, Silene N.
6421 Blue Sky Lane
Matteson, IL 60443


Peter & Justina Emefiele
8621 Foxborough Way
Joliet, IL 60431


Enamorado, Mario
25726 S. Basswood Road
Channahon, IL 60410


ENCAP, Inc.
1709 Afton Road
Sycamore, IL 60178


Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL 32256-7412

EPI Realty & Management, Inc.
14032 South Kostner Ave. Suite M
Midlothian, IL 60445-2603


Eppler, Patrick and Maia
9101 Falcon Greens Drive
Lakewood, IL 60014


Equinox Financial Management Solutions
2720 South River Road, Suite 4
Des Plaines, IL 60018


Erickson, Pamela
9095 Falcon Greens Drive
Lakewood, IL 60014


Errington H. Randal, Esq.
747 Philip Drive
Bartlett, IL 60103


Robert T. and Brenetta R. Esenberg
8507 Foxborough Way
Joliet, IL 60431


Espinoza, Mariela
6117 Stone Mill Drive
Bourbonnais, IL 60194


Jason M. Esser
8507 Wellington Drive
Joliet, IL 60431


Evans & Son Blacktop, Inc.
3N775 Powis Road
West Chicago, IL 60185


Evans, Ronald.
268 Castine Way
Beecher, IL 60401


Evans, Steven K.
439 Brassie Lane
University Park, IL 60466

Ewing-Doherty Mechanical, Inc.
304 N. York Road
Bensenville, IL 60106


Falcon Greens Townhome
1314 North Rand Road
Arlington Heights, IL 60004


Falkor Group
Dept 20-5041
P.O. Box 5988
Carol Stream, IL 60197-5988


Farmer, Bernard
6527 Blue Sky Lane
Matteson, IL 60443


Farmers Property Insurance
c/o DRC Services Group
920 Hampshire Road
Suite S
Westlake Village, CA 91361


Farrag, Mohamed
6505 Bridle Path Drive
Matteson, IL 60443


Ferency, Scott
9055 Falcon Greens Drive
Lakewood, IL 60014


Martin Fernandez
529 Maple Avenue
Poplar Grove, IL 61065


Chris Fiegel
2137 Bristol Court
Harvard, IL 60033


Julie Fifield
1942 Candlelight Circle
Montgomery, IL 60538

David & Geneva Fiore
1814 Candlelight Circle
Montgomery, IL 60538


Fireside Hearth and Home
4251 W 129th Street
Alsip, IL 60803-0753


First American Bank, successor to
Town Community Bank
41412 North Highway 83
Antioch, IL 60002


First Bank
2100 S. Elmhurst
Mount Prospect, IL 60056


First Insurance Funding
P.O. Box 66468
Chicago, IL 60666-0468


First Midwest Bank
770 West Dundee Road
Arlington Heights, IL 60004


Fitgerald, Hattie
6523 Blue Sky Lane
Matteson, IL 60443


Fitz, Andrew S.
2023 W Iowa #1F
Chicago, IL 60622


Flaws, Annamarie
6617 Bridle Path Drive
Matteson, IL 60443


Fleetcor - Citgo
c/o Pentagroiup Financial, LLC
5959 Corporate Drive
Suite 1400
Houston, TX 77036

Jaime Flores
1903 Willoughby Lane
Joliet, IL 60431


Flores, Jose
26917 W. Hemlock Road
Channahon, IL 60410


Miguel A. Flores
3003 Harborside Court
Plainfield, IL 60544


Floyd, Charles
442 Brassie Lane
University Park, IL 60466


Foley  Sr., Steven I.
6513 Pasture Side Trail
Matteson, IL 60443


Fonseca, Vidal & Maria
1904 Monhegan Avenue
Beecher, IL 60401


Force Elec-Tech, LLC
3055 E. Ancient Oak Drive
Oregon, IL 61061


Force Electric, Inc.
5031 Mulford Street
Skokie, IL 60077


Forces Inc.
31W350 Diehl Road
Naperville, IL 60563-9630


Foreman, Chris
2021 Meyers Street
Belvidere, IL 61008


Frederico Formell
1811 Candlelight Circle
Montgomery, IL 60538

Lawrence R. & Nancy Formella
1911 Balmoral Street
Joliet, IL 60431


Foster, Takia
6426 Blue Sky Lane
Matteson, IL 60443


Four Seasons Heating & Cooling, Inc.
56 East End Drive
Gilberts, il 60136


Fox Valley Exteriors, Inc.
1621 Weld Road
Elgin, IL 60123


Fox, John J
25733 S. Red Oak Road
Channahon, IL 60410


Fox, Sean
24402 Spruce Creek Court
Plainfield, IL 60586


France Jr., Philip S.
6514 Blue Sky Lane
Matteson, IL 60443


Franks Gerkin & McKenna, P.C.
P.O. Box 5
Marengo, IL 60152


Franks, Frederic
21219 White Cloud Drive
Matteson, IL 60443


Fred R. Harbecke
29 South LaSalle Street
Suite 945
Chicago, IL 60603


Freeman, Ida
6409 Old Plank Boulevard
Matteson, IL 60443

Freeman, Jamie R.
6521 Gray Hawk Drive
Matteson, IL 60443


Freund, Josh
6403 Blue Sky Lane
Matteson, IL 60443


Frost, Ruttenberg & Rothblatt, P.C.
111 Pfingsten Road, Suite 300
Deerfield, IL 60015


Fulcher, Donna
441 Brassie Lane
University Park, IL 60466


Fulton, Stephan & Felicia
14337 Oak
Dolton, IL 60419


G&L Construction, Inc.
8401 West 191st St
Mokena, IL 60448


Gaden, Christine
6535 Blue Sky Lane
Matteson, IL 60443


Gamble, Edward
7030 W. 100th
Apt. 208
Chicago Ridge, IL 60415


Garcia, Irma
21224 White Cloud Drive
Matteson, IL 60443


Garcia, Luis
24527 Sand Creek Court
Plainfield, IL 60586


Gardner, Alphalisa
21317 Hummingbird Lane
Matteson, IL 60443

Garelli Wong & Associates, Inc.
1 Independent Drive 8th Floor
Jacksonville, FL 32202-5039


Garrett, William
2171 College Drive
Glendale Heights, IL 60139


Gary W. Leydig, Esq.
Riordan Fulkerson Hupert & Coleman
30 N. LaSalle St., #2630
Chicago, IL 60602


Garza, Mario
466 Fairway Lane
University Park, IL 60466


Gater, Crystal A.
21228 White Cloud Drive
Matteson, IL 60443


Noah Gates
8503 Foxborough Way
Joliet, IL 60431


GB Collects, LLC
145 Bradford Drive
West Berlin, NJ 08091


Genco Industries, Inc.
c/o Ronald Sokol, Reg. Agent
60 Orland Square Dr., #202
Orland Park, IL 60462


General Electric Company
c/o DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068


Gentile, H. Tony
713 65th St
Downers Grove, IL 60516

Bradon Gerrick
1932 Candlelight Circle
Montgomery, IL 60538


Michael Giannetti
1808 Candlelight Circle
Montgomery, IL 60538


Gibson, Donna
2946 189th Place
Lansing, IL 60438


Sutara Giles
2273 Eastwood Drive
Lynwood, IL 60411


Giocomelli, John P.
865 Fieldside Lane
Aurora, IL 60504


Gonnigan, Keith D.
444 Brassie Lane
University Park, IL 60466


Gonzalo Rizo, Vanessa E. Ramos &
25742 S. Basswood Road
Channahon, IL 60410


Gordon-Hester, Deidre
7140 Lavern Lane
Tinley Park, IL 60477


Graham, LaShawn M.
6418 Gray Hawk Drive
Matteson, IL 60443


Gray, Sandra O.
6424 Gray Hawk Drive
Matteson, IL 60443


Great American Landscape, Inc., The
P.O. Box 235
Dyer, IN 46311

Great West Healthcare
6250 River Road,  Suite#7020
Rosemont, IL 60018


Green, Glenzie
6516 Bridle Path Drive
Matteson, IL 60443


Greg Devine Enterprises Inc
3151 N 1300 East Rd
Chebanse, Il 60922


Greg Greenhill Const. Co., Inc.
5419 Hayden Lane
Ringwood, IL 60072


Kenneth Gregory
1926 Candlelight Circle
Montgomery, IL 60538


Griffin, Loretta
6405 Bridle Path Drive
Matteson, IL 60443


Steven Gronewold
1912 Candlelight Circle
Montgomery, IL 60538


Grude, Tony F.
6425 Blue Sky Lane
Matteson, IL 60443


Grundy County Collector
111 East Washington St.
Morris, IL 60450


Guardian Protection Service
c/o Abrams & Abrams, P.C.
180 West Washington Street
Suite 910
Chicago, IL 60602


Guimond, Philip M.
21203 Gray Hawk Drive
Matteson, IL 60443

Gunn, Danielle
6513 Gray Hawk Drive
Matteson, IL 60443


H & C Installation, Inc.
614 Somonauk St
Sycamore, IL 60178


David T. Haaksma
3440 Ronan Drive
Lake in the Hills, IL 60156


Haas Excavating, Inc
38W295 Pars Path
Elgin, IL 60124


Haire, Anita
6426 Gray Hawk Drive
Matteson, IL 60443


Hall, Raymond
25856 S. Yellow Pine Drive
Channahon, IL 60410


Halling, Francis
279 Castine Way
Beecher, IL 60401


Hallmark Cabinet Co., Inc.
3225 Rennie Smith Drive
South Chicago Heights, IL 60411


Halloway, Ramie
21223 White Cloud Drive
Matteson, IL 60443


Hamerla, Anthony
27133 W. Hemlock Road
Channahon, IL 60410


Harder, Mark
1221 Birdie Drive
University Park, IL 60466

Harders, Bill & Ricia
393 Park
Manteno, IL 60950


Harris N.A. assignee for Amcore Bk
c/o Partick F. Ross, Esq.
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602


Hartig, Timothy & Amy
1880 Stonington Avenue
Beecher, IL 60401


Harvard Diggins Library
900 E. McKinley St
Harvard, Il 60033


Harvard Fire Protection District
502 S. Eastman Street
Harvard, Il 60033


Tara J. Hasan
8607 Foxborough Way
Joliet, IL 60431


Hassan, Vilenscia
6511 Blue Sky Lane
Matteson, IL 60443


Donald Hawkins Jr.
2325 Eastwood Drive
Lynwood, IL 60411


Hawthorn's New Creation Landscaping
324 Country Club Road
Lake Zurich, IL 60047-2126


Hayes, Alonzo L.
6409 Blue Sky Lane
Matteson, IL 60443


Haynes, Jeffery A.
6416 Bridle Path Drive
Matteson, IL 60443

Haynes, Theresa
6521 Pasture Side Trail
Matteson, IL 60443


Head, David
6608 Pasture Side Trail
Matteson, IL 60443


Heavens, Reginald D.
464 Fairway Lane
University Park, IL 60466


Heights Glass & Mirror Company
1040 Entry Drive
Bensenville, IL 60106


Heinecke, Karl P.
291 Castine Way
Beecher, IL 60401


Hernandez, Sergio
24412 Cedar Creek Lane
Plainfield, IL 60586


Herring, Drenda J.
450 Fairway Court
University Park, IL 60466


Higgins, Jon
27150 W. Hemlock Road
Channahon, IL 60410


Hill, Hector  M.
443 Brassie Lane
University Park, IL 60466


Hill, Thiddus
294 Monhegan Avenue
Beecher, IL 60401


Hilltop Cabinet Distributors, Inc
1855 Wallace Ave
St Charles, IL 60174

Hines, Ricky
468 Fairway Lane
University Park, IL 60466


Hipp Law Office
1026 Prairie
Aurora, IL 60506


Hoeft, Thomas & Lori
608 Glen Ridge
Crystal Lake, IL 60014


Leslie Hollenbeck
8511 Foxborough Way
Joliet, IL 60431


Frances Holmes
2324 Bilstone Drive
Lynwood, IL 60411


Homecrest Corporation
P.O. Box 595
Goshen, IN 46526


Hornsby, Ramonica
6428 Blue Sky Lane
Matteson, IL 60443


Howard, Erica
6520 Pasture Side Trail
Matteson, IL 60443


Hu, Hong Cheng
26918 W Hemlock Road
Channahon, IL 60410


HUB International - Scheer's
601 Oakmont Lane
Suite 400
Westmont, IL 60559-5570


Hudetz, Justin
16327 Lewood Drive
Plainfield, IL 60586

Hunt-Mobley, Natosha R.
21141 Gray Hawk Drive
Matteson, IL 60443


Rachel Huss
8611 Foxborough Way
Joliet, IL 60431


Janet Iapichino
8526 Foxborough Way
Joliet, IL 60431


Ibarra, Enrique
16513 Pine Creek Lane
Plainfield, IL 60586


Jorge L. Ibarra
1908 Balmoral Street
Joliet, IL 60431


Ignasak, Christopher &Jessica
16413 Pine Creek Lane
Plainfield, IL 60586


Illinois Brick Company
c/o Elizabeth J. Brody, Esq.
Shefsky & Froelich
111 East Wacker Drive, #2800
Chicago, IL 60601


Illinois Central Sweeping Service LLC
2739 W 139th Street
Blue Island, IL 60406


Illinois Pollution Control Board
100 West Randolph Street
Suite 11-500
Chicago, IL 60601


Illinois Valley Millworks Inc.
1605 Division Street
Mendota, Il 61342

Benita Ingram
2249 Eastwood Drive
Lynwood, IL 60411


Inland Electric Corp.
611 West Jefferson Street
Shorewood, IL 60431


Installed Building Products, LLC
917 Tower Road
Mundelein, Il 60060


Interstate Bank as Assigness of
Kenmare & Associates, Inc.
1854 W. Division St.
Chicago, IL 60622


Irizarry, Valerie
16317 Sand Creek Lane
Plainfield, IL 60586


Irons, Rhonda L.
21147 Gray Hawk Drive
Matteson, IL 60443


Iroquois Builders, Inc
700 C Peace Rd
DeKalb, IL 60115-8498


J & D Door Sales
200 E 2nd St
Big Rock, Il 60511


Jackson
105 Twin Oaks Drive
Joliet, IL 60431


Jackson Wabash
P.O. Box 1023540
Atlanta, GA 30368-3540


Jackson, Anthony S.
6411 Gray Hawk Drive
Matteson, IL 60443

Jackson, N E
6400 Hummingbird Lane
Matteson, IL 60443


Jackson, Theresa
6613 Pasture Side Trail
Matteson, IL 60443


Jackson-Cohn, Norma
457 Fairway Lane
University Park, IL 60466


Jacob & Hefner Associates, P.C.
1901 S. Meyers Road
#350
Oakbrook Terrace, IL 60181


Jacobs, Jason
1919 S Wolf Road, #203
Hillside, IL 60162


Eric & Diana Jahneke
40894 Hwy 59
Antioch, IL 60002


James L. Wright, Esq.
Zanck Coen & Wright, P.C.
40 Brink Street
Crystal Lake, IL 60014


James R. Hannon
812 Coventry Lane
Oak Brook, IL 60523


James Stevens Daniels
1283 College Park Drive
Dover, DE 19904


James, Larry
440 Brassie Lane
University Park, IL 60466


Jan Gris Inc.    Compass Signs
0N 700 Coventry Drive
Wheaton, IL 60187

Jandak, Susan
25 Kane Court
Willowbrook, IL 60527


Jason Martin Loebach, Esq.
Chitkowski Law Offices
801 Warrenville Road, #620
Lisle, IL 60532


Jason R.Sleezer, Esq.
Scott & Kraus, LLC
150 South Wacker Drive
Chicago, IL 60606


Jay K. Levy, Esq.
PO Box 1181
Evanston, IL 60204


Jay R. Goldberg, Esq.
Field and Goldberg, LLC
10 South LaSalle St., Suite 2910
Chicago, IL 60603


Jeanne Goshgarian/Angel Glink
175 E. Hawthorne Pkwy., #145
Vernon Hills, IL 60061


Jeffrey M. Godin, Esq.
Elliot & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL 60914


Jemine, Sandra E.
6516 Blue Sky Lane
Matteson, IL 60443


Jerome C. Shapiro, Esq.
501 Lowe Road
P.O. Box 175
Aroma Park, IL 60910


Jillian S.Cole, Esq.
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Ave., #1700
Chicago, IL 60611

Dario & Cesaria Jimenez
7009 Mojave Court
Plainfield, IL 60544


Jock, Jennifer
18844 S Chestnut
Shorewood, IL 60404


John G. Neal
P.O. Box 1596
Powell, OH 43065-1596


John J. O'Leary, Esq.
20 South Clark Street, #500
Chicago, IL 60603


Johnson, Barbara H
6510 Gray Hawk Drive
Matteson, IL 60443


Johnson, Brittany
6501 Pasture Side Trail
Matteson, IL 60443


Johnson, Cornelia N
281 Castine Way
Beecher, IL 60401


Johnson, Daniel
6700 Bridle Path Drive
Matteson, IL 60443


Johnson, Erica
424 Brassie Lane
University Park, IL 60466


Johnson, Fred
289 Monhegan Ave
Beecher, IL 60401


Johnson, Gina P.
21211 Gray Hawk Drive
Matteson, IL 60443

Johnson, James
10021 S. Sangamon St.
Chicago, IL 60643


Sherri Johnson
2224 Queensbridge Drive
Lynwood, IL 60411


Johnson, Tommy H.
459 Fairway Lane
University Park, IL 60466


Johnson-McClinton, Linda I.
6412 Hummingbird Lane
Matteson, IL 60443


Joiner, Scott & Jacyln Ohlerich
126 East Clover Ave.
Cortland, IL 60112


Jonathan A. Fox, Esq.
Oldfield, Fox & Sarna, P.C.
2021 Midwest Road, #201
Oak Brook, IL 60523


Jonathan M. Levine, Esq.
410 Park Avenue, 15th Floor
New York, NY 10022


Jonathan Neil & Associates, Inc.
18321 Ventura Blvd. Suite 1000
Tarzana, CA 91356


Jones, Barbara J.
6517 Blue Sky Lane
Matteson, IL 60443


Jones, Janett
426 Brassie Lane
University Park, IL 60466


Jones, Katasha
21220 White Cloud Drive
Matteson, IL 60443

Jones, Larilynn D.
6411 Blue Sky Lane
Matteson, IL 60443


Jones, LaShawn
6509 Gray Hawk Drive
Matteson, IL 60443


Jones, Mary
6513 Blue Sky Lane
Matteson, IL 60443


Natasha Jones
2237 Eastwood Drive
Lynwood, IL 60411


Jordan, James T & Irene
26941 W. Hemlock Road
Channahon, IL 60410


Courtney & Nicholas Jorgensen
8528 Foxborough Way
Joliet, IL 60431


Joubert, Terrance
P.O. Box 1292
Homewood, IL 60430


Juan's Lawn & Landscaping
21305 Cardianl Ct.
Harvard, Il 60033


Jurish, Patricia
16522 Pine Creek Lane
Plainfield, IL 60586


Justin Kinsella and Lisa Kiebles
16405 Lewood Drive
Plainfield, IL 60586


K.M. Design House
38660 N Gilbert Avenue
Beach Park, IL 60099

Kacena, David R. & Elisabeth
16502 Pine Creek Lane
Plainfield, IL 60586


Kalafut, Dana M.
21W624 Lynn Rd #3
Lombard, IL 60148


Margaret Kane
8514 Foxborough Way
Joliet, IL 60431


Kankakee County Collector's Office
192 N. East Avenue
Kankakee, IL 60901


Kathleen M. Griffen, Esq.
1 Trans Am Plaza Dr., #500
Oakbrook Terrace, IL 60181


Keith Plutt, Jennifer L. Fike &
16426 Lewood Drive
Plainfield, IL 60586


Keith, James R.
6500 Gray Hawk Drive
Matteson, IL 60443


Kelly, Regina
1920 Monhegan Avenue
Beecher, IL 60401


Kelner, Julie
9085 Falcon Greens Drive
Lakewood, IL 60014


Kendall County Collector
111 W Fox Street
Yorkville, IL 60560


Kenneth J. Nemec, Jr., Esq.
Goldstine Skodzki Russian Nemec Hof
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

Kenney, Charles
P.O. Box 193
Cortland, IL 60112


Kerr, Marlene
6700 Old Plank Boulevard
Matteson, IL 60443


Kerry Gold Inc
102 Ford Drive
New Lenox, IL 60451


Key Outdoor Inc.
P.O. Box 206
Kankakee, IL 60901-0206


Keybank National Association
11 East 6600 South, Suite 120
Mailcode: UT-51-CL-0120
Salt Lake City, UT 84121


Keystone Mechanical Industries
310 Wainwright
Northbrook, IL 60062


Khan, Saad
21300 Gray Hawk Drive
Matteson, IL 60443


Khan, Shabana
15 East Maple St. Apt 1C
Lombard, IL 60148


Kimball, Jacqueline
15933 Ellis Ave.
South Holland, IL 60473


Kimbrough, Jason M.
6505 Blue Sky Lane
Matteson, IL 60443


King, Jeremiah P.
26956 W. Hemlock Road
Channahon, IL 60410

Kinker, Gregory
24409 Spruce Creek Court
Plainfield, IL 60586

Kirkland, Charles
21320 Pasture Side Trail
Matteson, IL 60443

Klein Stoddard Buck Waller & Lewis
2045 Aberdeen Court, Suite A
Sycamore, IL 60178

Matt Klover
8525 Foxborough Way
Joliet, IL 60431

Knight, Gwenn
667 Stone Mill Drive
Bourbonnais, IL 60194

Koros, Richard
8435 Merchant Court
Lakewood, IL 60014

Kovis, Henry
26902 W. Cypress Road
Channahon, IL 60410

Krughoff Holding I, LLC
1381 Wind Energy Pass
Batavia, IL 60510

Kucera, Christopher J.
16333 Sand Creek Lane
Plainfield, IL 60586

Kulikowski, Krzysztof
16518 Pine Creek Lane
Plainfield, IL 60586

Kurt Bickes
Bickes, Wilson & Moss
Suite 600
101 South Main Street
Decatur, IL 62523

Kurt E. Vragel, Jr., Esq.
1701 East Lake Avenue, Suite 170
Glenview, IL 60025


Kyrouac, Jason
657 Stone Mill Drive
Bourbonnais, IL 60194


L&M Cultured Marble Company
5859 W 1117th Place
Alsip, IL 60803


Lacey II, Roy
6531 Blue Sky Lane
Matteson, IL 60443


Lachman, Kristen
1433 Presidents Street
Glendale Heights, IL 60139


Lagunas, Reynaldo
1841 Monhegan Avenue
Beecher, IL 60401


Lakoma Law Firm, LLC
1200 Jorie Boulevard
Suite 329
Oak Brook, IL 60523


Landscape Concepts Construction Inc.
4213 U.S. Highway 12
Richmond, Il 60071


Landsings At Malibu Bay Conco HOA % EAM
39 S. LaSalle Street, Suite 1224
Chicago, IL 60603


Laser Construction, Inc.
16W066 Jeans Road
Lemont, IL 60439


Latin Pavers
1200 Channahon Road
Joliet, IL 60436

Law Office of Kenneth J. Freed
6611 Valjean Ave., #109
Van Nuys, CA 91406


Law Offices of Kovitz, Shifrin, Nesbit
750 West Lake Cook Road
Suite 350
Buffalo Grove, IL 60089-2073


Law Offices of Serota, Avis & Associates
P.O. Box 1008
Arlington Heights, IL 60006


Edmond Lebbos
1065 Jessica Drive
Wauconda, IL 60084


Lebow, Malecki & Tasch LLC
903 Commerce Drive, Suite 180
Oak Brook, IL 60523


Lee, Michael
6605 Pasture Side Trail
Matteson, IL 60443


Lenny Szarek, Inc.
4014 Pioneer Road
McHenry, IL 60050


LePard, Bob
1821 Monhegan Avenue
Beecher, IL 60401


Levesque, Chasitie
21215 Gray Hawk Drive
Matteson, IL 60443


Lewis, Ruby D.
6400 Blue Sky Lane
Matteson, IL 60443


Lewis, Tracy
6504 Pasture Side Trail
Matteson, IL 60443

John Lich
2114 Stockton Drive
Harvard, IL 60033


Lietz, Daniel
26942 W. Locust Road
Channahon, IL 60410


Lindsey, Claudette R.
6422 Gray Hawk Drive
Matteson, IL 60443


Lindsey, Doug
1115 E. 5000 Road
Bourbonnais, IL 60914


Linton, Denise A. G.
6414 Gray Hawk Drive
Matteson, IL 60443


Emily Lipinsky
517 Oak Lane
Poplar Grove, IL 61065


Shaun Litt
3430 Ronan Drive
Lake in the Hills, IL 60156


Lo, Dennis E.
6401 Gray Hawk Drive
Matteson, IL 60443


Lombardo, Kelly
10714 S Keating Avenue, Unit 2
Oak Lawn, IL 60453


Long, Roy
21301 Barn Owl Drive
Matteson, IL 60443


Lopez, Jose & Estella
5S736 Westwind Drive
Naperville, IL 60563

Lopez, Manuel
27142 W. Hemlock Road
Channahon, IL 60410


Maria E. Lopez
8619 Foxborough Way
Joliet, IL 60431


Lorde, Marvin
6507 Blue Sky Lane
Matteson, IL 60443


Lucado, Mario
6505 Pasture Side Trail
Matteson, IL 60443


Lueshen, Kevin
26856 W. Cypress Road
Channahon, IL 60410


Lyman & Nielsen
1301 W. 22nd Street, #914
Oak Brook, IL 60523


Lynn, Dan
512 Hampstead Street
Cortland, IL 60112


Lynwood Sign Company
P.O. Box 121
Des Plaines, IL 60016


Lyon Financial Services, Inc.
c/o Askounis & Darcy, P.C.
401 North Michigan Avenue, Suite 550
Chicago, IL 60611


M. Ecker & CO.
O'Hare Gateway Office Center
Suite 600
Rosemont, IL 60018-5203


Maggio, Matthew & Konstadina
9081 Falcon Greens Drive
Lakewood, IL 60014

Maier Precast
1905 Marketview Drive, Suite 316
Yorkville, IL 60560


Mailbox Service Inc.
10753 Wolf Drive
Huntley, IL 60142


Mainor, Joe
21313 Barn Owl Drive
Matteson, IL 60443


Majewska, Teresa
3380 Ronan Drive
Lake in the Hills, IL 60156


Majewski, Greg
26910 W Hemlock Road
Channahon, IL 60410


Major, Rozetta
10553 South Rhodes
Chicago, IL 60628


Malibu Bay Condo. Homeowner Assoc.
c/o Timothy P. Dwyer, Esq.
240 West River Drive
Saint Charles, IL 60174


Mandel, Warren
1884 Monhegan Avenue
Beecher, IL 60401


Manhard Consulting, Ltd
900 Woodlands Parkway
Vernon Hills, IL 60061


Maniar, Saad
16309 Sand Creek Lane
Plainfield, IL 60586


Marblecast Granite & Marble
2211 S. Foster Ave
Wheeling, IL 60090

Randy R. Marciano
8511 Wellington Drive
Joliet, IL 60431


Mariusz Zapart, Dorota Surga &
16506 Pine Creek Lane
Plainfield, IL 60586


Mark Van Donselaar, Esq.
Churchill Quinn Richtman & Hamilton
P.O. Box 284
Grayslake, IL 60030


Maron Electronic Swithcing Systems, Inc.
5401 W. Fargo Avenue
Skokie, IL 60077


Marshall, Rupel
437 Brassie Lane
University Park, IL 60466


Martin, Elizabeth M.
6413 Blue Sky Lane
Matteson, IL 60443


Martin, Jalena
6416 Gray Hawk Drive
Matteson, IL 60443


Janet Martin
2236 Queensbridge Drive
Lynwood, IL 60411


Martinez, Alberto
24521 Sleepy Hollow Lane
Plainfield, IL 60586


Martinez, Phillip C.
16416 Pine Creek Lane
Plainfield, IL 60586


Marzano, Jane R.
24539 Bay Creek Lane
Plainfield, IL 60586

Masco Builder Cabinet Group
P.O. Box 1946
Adrian, MI 49221


Masco Home Services, Inc.
2339 Beville Road
Daytona Beach, FL 32119


Mason, Gene
21122 Gray Hawk Drive
Matteson, IL 60443


Massey, Shandell
6421 Hummingbird Lane
Matteson, IL 60443


Master-Brew Beverages, Inc.
PO Box 1508
Northbrook, IL 60065-1508


Matthew, Yeisan
21316 Pasture Side Trail
Matteson, IL 60443


Matthews, Kimberlynn
430 Brassie Court
University Park, IL 60466


Matt Matyas
1952 Candlelight Circle
Montgomery, IL 60538


Mays, Garland
1010 Eagle Point Drive
Matteson, IL 60443


MB Financial Bank
6111 North River Road
Rosemont, IL 60018


McCarter, Stephen
3311 Ronan Drive
Lake in the Hills, IL 60156

McCarthy, Burgess & Wolff
26000 Cannon Boulevard
Cleveland, OH 44146


McCarty, Walter
16412 Pine Creek Lane
Plainfield, IL 60586


McCary, Myron
17671 Winston Drive
Country Club Hills, IL 60478


McCaskill, Todd E.
6408 Gray Hawk Drive
Matteson, IL 60443


McClendon, Riley
6621 Bridle Path Drive
Matteson, IL 60443


McClinton, Omar
446 Fairway Court
University Park, IL 60466


McCollum, Lindon E.
24408 Cedar Creek Lane
Plainfield, IL 60586


McCoy, George & Brandy
6509 Bridle Path Drive
Matteson, IL 60443


McCullough, Deborah
6419 Blue Sky Lane
Matteson, IL 60443


McDaniels, Donald
21306 Barn Owl Drive
Matteson, IL 60443


McDillon, Gina M.
6413 Gray Hawk Drive
Matteson, IL 60443

Kenneth McDonald
2285 Queensbridge Drive
Lynwood, IL 60411


Paul McDonald
1908 Willoughby Lane
Joliet, IL 60431


Dianna McGee
2200 Bilstone Drive
Lynwood, IL 60411


McGee, Jr, Johnny
16517 Pine Creek Lane
Plainfield, IL 60586


McGhee Pod, Yudis
6401 Blue Sky Lane
Matteson, IL 60443


McGhee, Carolyn Y.
21201 Gray Hawk Drive
Matteson, IL 60443


McGill Management, Inc.
1314 North Rand Road
Arlington Heights, IL 60004


McGurn, Michael
3112 Village Green Dr.
Aurora, IL 60504


McHenry County Collector
PO Box 458
Crystal Lake, IL 60039-0458


McIntosh, Marsha A.
6412 Gray Hawk Drive
Matteson, IL 60443


Becky Melero
8508 Buckingham Road
Joliet, IL 60431

Melissa A. Wick, Esq.
Michling Hofmann Vinton Plaza Wick
101 N. Throop Street
Woodstock, IL 60098


Tracy Melton
1907 Balmoral Street
Joliet, IL 60431


Merillat
PO Box 77980
Detroit, MI 48277


Metro Glass & Mirror Company
1547 Bourbon Parkway
Streamwood, IL 60107


Metropolitan Fire protection, Inc.
175 Gordon Street
Elk Grove Village, IL 60007


Metropolitan Industries, Inc.
c/o Bennett L.Cohen, Reg. Agent
630 Dundee Rd., #120
Northbrook, IL 60062


Metrostudy
PO BOX 2683- Department #00
Houston, TX 77252


Meyers, Pam A.
6419 Gray Hawk Drive
Matteson, IL 60443


Michael A. Axel, Esq.
KeyBank
127 Public Square, Second Floor
Cleveland, OH 44114


Michael and Susan Stepps
27126 W. Hemlock Road
Channahon, IL 60410

Michael Nicholas Carpentry, LLC
1331 Davis Rd
Elgin, IL 60123


Microsoft Licensing, GP


Midway Aluminum, Inc.
183 Wheeling Rd
Wheeling, IL 60090


Midwest Technical Consultants, Inc
1840 Centre Point Circle
Naperville, IL 60563


Mihes, Monica
24404 Deer Creek Court
Plainfield, IL 60586


Mike Cachey Construction Co.
11415 West 183rd Place
Suite A
Orland Park, IL 60467


Miles, Jason P.
6404 Blue Sky Lane
Matteson, IL 60443


Milkint  Jr., Edward J.
1901 Monhegan Avenue
Beecher, IL 60401


Miller, Bobby
6424 Blue Sky Lane
Matteson, IL 60443


Miller, Joesph A.
432 Brassie Lane
University Park, IL 60466


Kelly Miller, Jr.
11122 Emerald Avenue
Chicago, IL 60628

Miller, Larry B.
6428 Gray Hawk Drive
Matteson, IL 60443

Miller, William T.
6410 Gray Hawk Drive
Matteson, IL 60443

Rachette Miranda
1901 Balmoral Street
Joliet, IL 60431

Mitchell, Charles E.
21143 Gray Hawk Drive
Matteson, IL 60443

Mitchell, Maryann
21319 Pasture Side Trail
Matteson, IL 60443

Mixed Media Group, Inc.
1152 Liberty Avenue
Cary, IL 60013

Mobley, George
6517 Bridle Path Drive
Matteson, IL 60443

Modular Space Corporation
12603 Collection Center Dr.
Chicago, IL 60693

Molinar, Sam
542 Hampstead Street
Cortland, IL 60112

Monroe, Ariana
6513 Bridle Path Drive
Matteson, IL 60443

Monroy, Mauricio
2328 S. Lombard
Berwyn, IL 60402

Montalbano Jr., Anthony
5603 Sherman Avenue
Downers Grove, IL 60516


Montalbano, Anthony
1916 Midwest Club
Oak Brook, IL 60521


Montgomery, Mario
21315 Pasture Side Trail
Matteson, IL 60443


Monti, Jon D
25710 S. Basswood Road
Channahon, IL 60410


Moodie, Peter
25718 S. Basswood Road
Channahon, IL 60410


Moore Sr., Jerry
21224 Gray Hawk Drive
Matteson, IL 60443


Moore, Alicia K.
6403 Gray Hawk Drive
Matteson, IL 60443


Moore, Ellene
451 Fairway Court
University Park, IL 60466


Moore, Martin
6416 Hummingbird Lane
Matteson, IL 60443


Moore, Robin D.
6501 Gray Hawk Drive
Matteson, IL 60443


Moore, Stacey
6512 Bridle Path Drive
Matteson, IL 60443

Morris, Derrick
6412 Bridle Path Drive
Matteson, IL 60443


Moss & Barnett
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129


Amalia Moyotl
1950 Candlelight Circle
Montgomery, IL 60538


Mrozek, Ken
906 Echo Trail
Marengo, IL 60152


Stanley Mucha
2260 Queensbridge Drive
Lynwood, IL 60411


Muhammad, Hasan
6407 Blue Sky Lane
Matteson, IL 60443


Muhammed, Hakeem
6404 Hummingbird Lane
Matteson, IL 60443


Gail Mundo
1802 Candlelight Circle
Montgomery, IL 60538


Judith Munson
8601 Foxborough Way
Joliet, IL 60431


James Muokie
6816 Twin Falls Drive
Plainfield, IL 60544


Murdock, Kyle
506 Hahn Drive
Cortland, IL 60112

Murillo, Ismael
3180 Ronan Drive
Lake in the Hills, IL 60156

Murphy Lomon & Associates
P.O. Box 2206
Des Plaines, IL 60017-2206

Murray, Julie A.
6709 Patton Drive
Woodridge, IL 60517

Murrell, Dwayne
21305 Barn Owl Drive
Matteson, IL 60443

Mutual Management Services
P.O. Box 4777
Rockford, IL 61110

Myron McCary
P.O. Box 41
Lansing, IL 60438

Nady, Shawn
6407 Hummingbird Court
Matteson, IL 60443

National Action Financial Services
165 Lawrence Bell Drive
Suite 100
Buffalo, NY 14221-7900

National Home Insurance Company
10375 East Harvard Avenue
Suite 100
Denver, CO 80231

National Kurb Kut of Illinois, Inc
9160 S. Route 53
Naperville, IL 60565

NCO Financial System, Inc.
P.O. Box 17196
Baltimore, MD 21297

Mark Needham
1800 Candlelight Circle
Montgomery, IL 60538


Neely, Donald
6403 Hummingbird Court
Matteson, IL 60443


Nelson, Anubien
422 Brassie Lane
University Park, IL 60466


Christopher Nelson
1925 Candlelight Circle
Montgomery, IL 60538


Neopost
P.O. Box 45800
San Francisco, CA 94145


New Home Exteriors, Inc.
P. O. Box 871
Island Lake, IL 60042


David Nicalek
1944 Candlelight Circle
Montgomery, IL 60538


Nickolaou, Michaels & Evans, Ltd.
7503 West 56th Street
Summit, IL 60501


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Night Owls Cleaning Service
DO NOT USE 2030 Cherokee Drive
West Chicago, IL 60185


Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139

Nolen, Kelly
6521 Bridle Path Drive
Matteson, IL 60443


Norman D. Vinton, Esq.
101 N. Throop Street
Woodstock, IL 60098


Northwest Insulation LLC
1615 Dundee Ave., Unit 1
Elgin, IL 60120


Northwest Millwork Co
455 E Jarvis Avenue
Des Plaines, IL 60018


Northwestern Landscape Contractors, Inc.
PO Box 72788
Roselle, IL 60172


Novak Paving, Inc.
62 Stonehill Rd Unit A
Oswego, IL 60543


NSF - ISR
6201 Reliable Parkway
Chicago, IL 60686-0062


NuLine Technologies Inc
520 Quail Hollow Drive
100
Wheeling, IL 60090


Ryan Nurczyk
c/o Clifford Horwitz and Associates
25 East Washington, Suite 900
Chicago, IL 60602


O'Leary, Justin
108 Pembroke Road
Poplar Grove, IL 61065


O'Malley, Robert
26902 W Hemlock Road
Channahon, IL 60410

O'Quinn, Eric L.
6517 Gray Hawk Drive
Matteson, IL 60443


Oates, Shalonda
6504 Fawn Court
Matteson, IL 60443


Odueyungbo, Olufunmilayo
6612 Pasture Side Trail
Matteson, IL 60443


Odyssey Protection System, Inc.
201 Earl Rd
Shorewood, IL 60431


Office Equipment Finance Services
P.O. Box 790448
St. Louis, MO 63179-0448


Office Pride Inc.
c/o Transword Systems Inc.
507 Prudential Road
Horsham, PA 19044


Ogunsanya, Adedayo
269 Castine Way
Beecher, IL 60401


Okolo, Okay & Nkiru
21205 Bridle Path Drive
Matteson, IL 60443


Nkemdili Okonkwo
2225 Queensbridge Drive
Lynwood, IL 60411


Oliver, William/ Deloris
6412 Blue Sky Lane
Matteson, IL 60443


Olsen, Ann
1168 Prides Run
Lake in the Hills, IL 60156

Olson, Edree M.
24400 Deer Creek Court
Plainfield, IL 60586


On-Site Temps, Inc.
1859 Wagner Road
Batavia, IL 60510


Onorati, Robert
1897 Merrimack Lane
Beecher, IL 60401


Oppidan USA
1440 W Taylor Street
Chicago, IL 60607


Orkin Pest Control
4669 Stenstron Rd.
Rockford, IL 61126-8619


Ornelas, Ruben
21308 Gray Hawk Drive
Matteson, IL 60443


Orozco, Armando
2155 Gray Hawk Drive
Aurora, IL 60503


Orozco, Joel
26839 W. Hemlock Road
Channahon, IL 60410


Ortiz, Alfredo & Dawn
2608 West 97th Street
Evergreen Park, IL 60805


Ortiz, Miguel
16410 Lewood Drive
Plainfield, IL 60586


Outdoor Accents, Inc.
828 1/2 Gage Street
Joliet, IL 60432

Owens, Scherie
21244 Keeler Ave.
Matteson, IL 60413


Pac-Van, Inc.
2693 Paysphere Circle
Chicago, IL 60674


Palos Bank and Trust
12600 South Harlem Avenue
Palos Heights, IL 60463


Kelli Panish
19554 Candlelight Circle
Montgomery, IL 60538


Paras, Nickolas
844 W. Washington Blvd.,#1
Oak Park, IL 60302


Parham, Marvin
6524 Pasture Side Trail
Matteson, IL 60443


Parikh, Bimal
24532 Bay Creek Lane
Plainfield, IL 60586


Parker, Linda
3370 Ronan Drive
Lake in the Hills, IL 60156


Parker, Michele L.
6511 Gray Hawk Drive
Matteson, IL 60443


Idris Parks
2325 Queensbridge Drive
Lynwood, IL 60411


Pascarella, Gina
1864 Monhegan Avenue
Beecher, IL 60401

Patel, Chirag
461 Hampstead Street
Cortland, IL 60112


Patino, Ruben
25765 S. Red Oak Road
Channahon, IL 60410


Patten, Clara D
6425 Bridle Path Drive
Matteson, IL 60443


Patterson, Jr., Gerald G.
24511 Bay Creek Lane
Plainfield, IL 60586


Patterson, Renata A.
6409 Gray Hawk Drive
Matteson, IL 60443


Paul L. Gerviskes, Esq.
109 E. Wilson Street
P.O. Box 393
Batavia, IL 60510


Jeffrey Paulsen
8617 Foxborough Way
Joliet, IL 60431


Paves, Gwen
67 Ruffled Feathers
Lemont, IL 60439


Payne Jr., Charles
21223 Gray Hawk Drive
Matteson, IL 60443


Peacock, Jr., Charlie H.
417 Brassie Lane
University Park, IL 60466


Pearson, Lonnie
21227 Gray Hawk Drive
Matteson, IL 60443

Peck, Douglas G.
8445 Merchant Court
Lakewood, IL 60014


Pecora, Thomas and Denise
9099 Falcon Greens Drive
Lakewood, IL 60014


Pena,  Jorge & Neyda
453 Fairway Court
University Park, IL 60466


Stash Peralta
8623 Foxborough Way
Joliet, IL 60431


Perez, Ivette
299 Castine Way
Beecher, IL 60401


Perez, Jaime & Rosa
486 Hampstead Street
Cortland, IL 60112


Peter & Elise Velez
1806 Candlelight Circle
Montgomery, IL 60538


Peters, Jay
6629 Old Plank Boulevard
Matteson, IL 60443


Peterson, Leonard
21130 Gray Hawk Drive
Matteson, IL 60443


Mary Peterson
1934 Candlelight Circle
Montgomery, IL 60538


Peggy Peterson
8609 Foxborough Way
Joliet, IL 60431

Kevin Pheney
1940 Candlelight Circle
Montgomery, IL 60538


Phillip D. Levey, Chapter 7 Trustee
c/o Shaw Gussis
321 North Clark Street
Suite 800
Chicago, IL 60654


Julio C. & Susano Pichardo
3012 Reflection Drive
Plainfield, IL 60544


Pierson, Nichelle
21301 Gray Hawk Drive
Matteson, IL 60443


Richard E. Piggott
1626 Picardy Court
Long Grove, IL 60047


Pioneer Engineering & Environmental Serv
700 North Sacramento Boulevard
Suite 101
Chicago, IL 60612


Pirtano Construction Co., Inc.
1766 Armitage Court
Addison, IL 60101


Pitney Bowes Global Financial Services
2225 American Drive
Neenah, WI 54956-1005


Plainfield Park District
100 W. Ottawa
Plainfield, IL 60544


Platinum Electric Supply
1708 South Park Ave
Streamwood, IL 60107

Platkowski, Pawel
3120 N 78th Ave
Elmwood Park, IL 60707


James Plimmer
418 Clark Court
Poplar Grove, IL 61065


Porter, LaShawnda J.
6413 Old Plank Boulevard
Matteson, IL 60443


Possidoni, John A.
1928 55th Place
Downers Grove, IL 60515


Powell, Derek
1002 Eagle Point Drive
Matteson, IL 60443


Prachar, Jan
24410 Spruce Creek Court
Plainfield, IL 60586


Patricia Prechel
8412 Buckingham Road
Joliet, IL 60431


Precision Curb Cut
4501 Airwest SE
Grand Rapids, MI 49512-3951


Price, Lisa
9105 Falcon Greens Drive
Lakewood, IL 60014


Prince, Stephanie L.
6427 Blue Sky Lane
Matteson, IL 60443


PRO Consulting Services, Inc.
P.O. Box 66768
Houston, TX 77266-6768

Professional Drywall & Decorating LLC
4211 Wildwood Dr
Crystal Lake, IL 60014


Professional Land Services
Capitol Building
A
Forest Park, IL 60130


Progressive Financial Srvcs, Inc.
P.O. Box 24216
Tempe, AZ 85285


PROMOGUL INC.
116 Hubbard  Suite 1N Second Ave West
Chicago, IL 60680


Protaziuk,Lilia
24505 Sand Creek Court
Plainfield, IL 60586


Pryor, Derek A
463 Fairway Lane
University Park, IL 60466


Courtney Pusavc
1804 Candlelight Circle
Montgomery, IL 60538


Quality Sealcoating Inc.
150 North Chestnut
P.O. Box 232
Chebanse, IL 60922


Qwest Corporation
c/o Alliance One
6565 Kimball Drive, Suite 200
Gig Harbor, WA 98335


R.C. Black Co., Inc.
257 W. Stephenie Dr.
Cortland, IL 60112

R.S.G. Exteriors, Inc.
107 Thompson Drive
Wheaton, IL 60187


Rapier, Jacquelyen M.
21129 Gray Hawk Drive
Matteson, IL 60443


Dandridge Rayford
2261 Queensbridge Drive
Lynwood, IL 60411


RBC Bank, USA
Raleigh, NC 27604


Receivables Control Corporation
7373 Kirkwood Court
Suite 200
Minneapolis, MN 55369


Receivables Management Services
1000 Cir. 75 Parkway
Suite 4000
Atlanta, GA 30339


Red 5 Masonry Inc
10941 Wing Pointe Dr
Huntley, IL 60142


Redmond, Shannon T
21213 Bridle Path Drive
Matteson, IL 60443


Reed, Anthony
6433 Hummingbird Lane
Matteson, IL 60443


Reed, Evelyn F.
6420 Blue Sky Lane
Matteson, IL 60443


Reid, Steve & Alissa
11710 Creekview Court
Mokena, IL 60448

Reigna Services
363 Elm Street
Glen Ellyn, IL 60137


Renaissance Overhead Door
830 Commerce Parkway
Carpentersville, IL 60110


Rental Max L.L.C.
908 E Roosevelt Road
Wheaton, IL 60187


Republic Windows and Doors, LLC
930 West Evergreen Avenue
Chicago, IL 60622


Res-Comm Roofing Inc.
1133 West End Avenue
Chicago Heights, IL 60411


Residential Steel Fabricators, Inc.
1555 Gilpen Avenue
South Elgin, IL 60177


Residential Warranty Company, LLC
5300 Derry Street
Harrisburg, PA 17111-3598


Reyes, Carlo
16510 Pine Creek Lane
Plainfield, IL 60586


Reynolds, Christopher
6501 Blue Sky Lane
Matteson, IL 60443


Michelle Reynosos
8523 Foxborough Way
Joliet, IL 60431


Richard J. Jancasz, Esq.
Meltzer Purtill & Stele LLC
300 South Wacker Drive, #3500
Chicago, IL 60606

Anita Richardson
2284 Bilstone Drive
Lynwood, IL 60411


Riebandt & DeWald, P.C.
1237 S. Arlington Heights Road
Arlington Heights, IL 60005


Riemer Engineering & Land Development, I
6N360 Crane Rd.
St. Charles, IL 60175


Riley Robinson, Patricia
6408 Bridle Path Drive
Matteson, IL 60443


Riley, Jamie
21305 Gray Hawk Drive
Matteson, IL 60443


Riordan, Brian J.
16418 Lewood Drive
Plainfield, IL 60586


Rite-Way Tile & Carpet, Inc.
1325 Rodeo Drive
Bolingbrook, IL 60440


Rizzo, Robert A.
205 John Drive
Bartlett, IL 60103


RKN Concrete Construction
12002 S. Spaulding School Dr
Plainfield, IL 60585


Road & Sons
1107 E. Palmer Ct.
Crystal Lake, IL 60014


Robert Half International
c/o Teller, Levit & Silvertrust
11 East ADams Street
Chicago, IL 60603

Robert S. Becker, Jr., Esq.
213 West Main Street
Genoa, IL 60135


Roberts, Dewan
2130 South 13th Street
Broadview, IL 60155


Brenda Robinson
2201 Eastwood Drive
Lynwood, IL 60411


Robinson, Fredrick B.
6505 Hummingbird Lane
Matteson, IL 60443


Leonard Robinson
2225 Eastwood Drive
Lynwood, IL 60411


Robles, Jaime
6401 Hummingbird Court
Matteson, IL 60443


Rodriguez, Luis
26933 W. Hemlock Road
Channahon, IL 60410


Rodriquez, Jose
27109 W. Hemlock Road
Channahon, IL 60410


Rogers, Robbie
6423 Blue Sky Lane
Matteson, IL 60443


Rogina & Associates, Ltd
93 Caterpillar Drive
Joliet, IL 60436


Roppolo, Raymond R.
15409 Abbey Lane
Lockport, IL 60441

Rosa, Noemi
6704 Pasture Side Trail
Matteson, IL 60443


Ross, Steve & Jenetta
21308 Pasture Side Trail
Matteson, IL 60443


Royster, Bonita & Brett
311 Stonington Avenue
Beecher, IL 60401


Rozco Concrete Inc.
15049 W. Abbey Lane
Lockport, IL 60441


Rozlucki, Pawel
16521 Pine Creek Lane
Plainfield, IL 60586


Ruane Construction, Inc
8779 Laraway Rd
Frankfort, IL 60423


Rucker, Madelin
6508 Blue Sky Lane
Matteson, IL 60443


Stephen Russell
8511 Buckingham Road
Joliet, IL 60431


Ryan Incorporated Central
P.O. Box 206
Janesville, WI 53547


Ryan O.Lawler, Esq.
Vedder Price, P.C.
222 North LaSalle Street, #2600
Chicago, IL 60601


S & H Electric Co., Inc.
3125 N Wilke Rd Suite F
Arlington Heights, IL 60004

S & L Roofing, Inc.
729 E Costilla St
Colorado Springs, CO 80903-3768


Sadannah Group
426 W. 5th. Ave
Naperville, IL 60563


Safe Di Awards Co.
1278 Humbracht Circle
Bartlett, IL 60103


Safeway Electric
9619 Captain's Drive
Algonquin, IL 60102


Samuel, Tunde
6424 Pasture Side Trail
Matteson, IL 60443


Sanchez, Charles & Olivia
10764 Canterbury Street
Westchester, IL 60154


Sanchez, Claudio
24513 Sleepy Hollow Lane
Plainfield, IL 60586


Sanders, Brian
6414 Blue Sky Lane
Matteson, IL 60443


Santerelli, Anthony
3190 Ronan Drive
Lake in the Hills, IL 60156


Sapienza, Thomas
512 Rosebush Lane
Oswego, IL 60543


Sapon, Ronnel T.
6504 Gray Hawk Drive
Matteson, IL 60443

Savage, DeRon  A.
462 Fairway Lane
University Park, IL 60466


Scanlan, Patrick & Samantha
16420 Pine Creek Lane
Plainfield, IL 60586


Scarborough, Lester
447 Fairway Court
University Park, IL 60466


SCE Unlimited
195 Exchange Blvd
Glendale Heights, IL 60139


Schaal Contracting
P.O. Box 324
Island Lake, IL 60042


Schain, Burney, Ross & Citron, LTD.
222 N LaSalle Street, Suite 1910
Chicago, IL 60601-1102


Schermer Asphalt Paving
21730 Higley Lane
Frankfort, IL 60423


Schletz, Marvin and Loretta
21137 Gray Hawk Drive
Matteson, IL 60443


School District #50
1103 N. Jefferson
Harvard, Il 60033


School District 428
c/o David E. Zajicek, Esq.
Hinshaw & Cilbertson LLP
4343 Commerce Court, Suite 415
Lisle, IL 60532


Schrishuhn, Terri
25857 S. Yellow Pine Drive
Channahon, IL 60410

Schulz Law, P.C.
1144 E. State Street, #A260
Geneva, IL 60134


Scott N. Schrieber, Esq.
55 West Monroe Street, Suite 1200
Chicago, IL 60603


Seal Tight Exteriors, Inc.
3239 Loverock Avenue
Steger, IL 60475


Seaquist, David
16314 Sand Creek Lane
Plainfield, IL 60586


Seasons Landscaping Inc
18141 Briggs Street
Joliet, IL 60432


Seigle's Components DBA Stock Building S
1331 Davis Road
Elgin, IL 60123


Selent Inc
PO Box 670
West Chicago, IL 60186


Service Drywall and Decorating, Inc.
47 West Irving Park Road
Roselle, IL 60172


Service Sanitation
135 Blaine Street
Gary, IN 46406-9902


Shadden, Ronald
298 Monhegan Avenue
Beecher, IL 60401


Bernard Shade
2324 Queensbridge Drive
Lynwood, IL 60411

Shah, Anjana D.
16406 Lewood Drive
Plainfield, IL 60586


Shain Burney Banks & Kenny Ltd.
70 West Madison Street
Suite 4500
Chicago, IL 60602


Shaw, Bertdell
27117 W. Hemlock Road
Channahon, IL 60410


Sheaffer International LLC
800 Roosevelt Rd
Glen Ellyn, IL 60137


Shedd Aquarium
1200 South Lake Shore Drive
Chicago, IL 60605


Shobayo, Abiodun  A
6413 Bridle Path Drive
Matteson, IL 60443


Shtiltz, Ewa Sztylc & Rafal
24414 Spruce Creek Court
Plainfield, IL 60586


Steven & Krista Siefken
1910 Willoughby Lane
Joliet, IL 60431


Signature Bank
6400 N.Northwest Highway
Chicago, IL 60631


Silt Busters Inc
613 Independence Ave
Sycamore, IL 60178


Silva, Gerardo
24404 Cedar Creek Lane
Plainfield, IL 60586

SimplexGrinnell LP
91 N Mitchell Ct
Addison, IL 60101


Singh, Jagit
21126 Gray Hawk Drive
Matteson, IL 60443


Sitquije Construction Corporation
209 Kirkman Ave
Romeoville, IL 60446


Skager, Robin Ann
27125 W. Hemlock Road
Channahon, IL 60410


SKO Brenner American
P.O. Box 9320
Baldwin, NY 11510


James Sledge
8524 Foxborough Way
Joliet, IL 60431


Sligh, Nathaniel & Daphne
952 East 163rd Street
South Holland, IL 60473


Smart Wire
1007 Valencia Dr
Shorewood, IL 60431


Smiley, Angelita
1229 Birdie Drive
University Park, IL 60466


Smith, Antonio & Theresa
1016 Reymore Drove, Apt. 2F
Griffith, IN 46319


Smith, Brandalyn D.
21207 Gray Hawk Drive
Matteson, IL 60443

Smith, Camiko R.
21145 Gray Hawk Drive
Matteson, IL 60443

Smith, Elizabeth A.
472 Fairway Lane
University Park, IL 60466

Gerald Smith
2301 Queensbridge Drive
Lynwood, IL 60411

Smith, Jennifer R.
6405 Gray Hawk Drive
Matteson, IL 60443

Smith, Karen N
21205 Gray Hawk Drive
Matteson, IL 60443

Smith, Kindell
6705 Bridle Path Drive
Matteson, IL 60443

Linda Smith
2313 Queensbridge Drive
Lynwood, IL 60411

Smith, Tracey
21201 Bridle Path Drive
Matteson, IL 60443

Smith, Willie
309 Stonington Avenue
Beecher, IL 60401

Smith, Zachary
6500 Bridle Path Drive
Matteson, IL 60443

Smith-Watkins, Genise
21211 White Cloud Drive
Matteson, IL 60443

Smyth, Michael
977 Elm Court
Naperville, IL 60540


Snow, Eric
9091 Falcon Greens Drive
Lakewood, IL 60014


SOA
7211 Patterson Drive
Garden Grove, CA 92841


Ashli Sorenson
1930 Candlelight Circle
Montgomery, IL 60538


Soria, Jose L.
16514 Pine Creek Lane
Plainfield, IL 60586


Soulivong, Vilaylack
24501 Bay Creek Lane
Plainfield, IL 60586


Source Electric, Inc.
920-C Prairie Drive
Sycamore, IL 60178


Southern, Veronica M.
21131 Gray Hawk Drive
Matteson, IL 60443


Southwest Fireplace Supply
130 E. Laraway
Frankfort, IL 60423


Spaienza, Thomas
512 Rosebussh Lane
Oswego, IL 60543


Daniel Spellman
8502 Buckingham Road
Joliet, IL 60431

Spencer, Richard  L.
474 Fairway Lane
University Park, IL 60466


Andrew Spinozzi
1924 Candlelight Circle
Montgomery, IL 60538


Sprint
P.O. Box  660092
Dallas, TX 75266-0092


Squeaky Kleen, Inc.
122 W. Page Street
Sycamore, IL 60178-1438


Dana L. Stading
3410 Ronan Drive
Lake in the Hills, IL 60156


State of Illinois
Department of Labor
Fair Labor Standards, Wage Claim Section
160 North LaSalle Street, Suite C-1300
Chicago, IL 60601-3150


State of Illinois
Department of tLabor
Fair Labor Standards, Wage Claim Section
160 North LaSalle Street, Suite C-1300
Chicago, IL 60601-3150


Steffen, Leslie
3181 Ronan Drive
Lake in the Hills, IL 60156


Stein & Rotman
105 West Madison Street
Suite 600
Chicago, IL 60602


Greg Stepien
8509 Foxborough Way
Joliet, IL 60431

Steven K. Norgaard, P.C.
493 Duane Street
Glen Ellyn, IL 60137


Stevenson, Ronald
6708 Old Plank Boulevard
Matteson, IL 60443


Stewart, Melvina
6525 Blue Sky Lane
Matteson, IL 60443


Stewart, Raymond
21219 Gray Hawk Drive
Matteson, IL 60443


Stock Building Supply
1331 Davis Road
Elgin, IL 60123


Stone, Pamela  A.
3170 Ronan Drive
Lake in the Hills, IL 60156


Efstratios G. Stoumbelis
1904 Balmoral Street
Joliet, IL 60431


Strong, Alex
6503 Blue Sky Lane
Matteson, IL 60443


Suellen Kelley-Bergerson Ltd.
3838 W. 11th Street, #107
Chicago, IL 60655


Sullivan, James
16654 Knottingwood Ave.
Oak Forest, IL 60452


Sullivan-Sturdivant, Shirley A.
6424 Bridle Path Drive
Matteson, IL 60443

Summers Jr., Freddie
1027 Fieldside Drive
Matteson, IL 60443


Sunset Paving Inc
25816 S Sunset Drive
Monee, IL 60449


Surane, Christopher M.
26925 W. Hemlock Road
Channahon, IL 60410


Susan Meyer, Daniel J. Fuhrman &
25725 S. Red Oak Road
Channahon, IL 60410


Swanson & Brown, Ltd
12600 S. Harlem Avenue, Suite 202
Palos Heights, IL 60463


Kelly Swanson
8521 Foxborough Way
Joliet, IL 60431


Swertel, Edward L.
21209 Gray Hawk Drive
Matteson, IL 60443


Ben & Martha Switalski
1812 Candlelight Circle
Montgomery, IL 60538


Sypien, Marek
3360 Ronan Drive
Lake in the Hills, IL 60156


T. Manning Concrete, Inc.
11805 S Rt 47
Huntley, IL 60142


Taber, Daniel
26832 W Hemlock Road
Channahon, IL 60410

Tan, Arcadio J.
6501 Hummingbird Lane
Matteson, IL 60443


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154


Taylor, Maurice
6507 Gray Hawk Drive
Matteson, IL 60443


Teller Levit & Silvertrust, P.C.
11 East Adams Street
8th Floor
Chicago, IL 60603


Temko Installations Inc
950 N Rand Rd Suite 118
Wauconda, IL 60084


Tempco Heating & Air
3050 N. Kennicott Ave
Arlington Heights, IL 60004


Tennant, Marcus P. & Kristine
2714 Arches Drive
Plainfield, IL 60544


Terry P. Eland, Esq.
181 S. Blommingdale Road, #202
Bloomingdale, IL 60108


Kelly Terry
8510 Foxoborough Way
Joliet, IL 60431


TFW Surveying & Mapping, Inc.
888 E. Belvidere Road
413
Grayslake, IL 60030

The Chaet Kaplan Baim Firm
30 North LaSalle Street
Suite 1520
Chicago, IL 60602


The Foster & Buick Law Group
2040 Aberdeen Court
Sycamore, IL 60178


The Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896


The Lannert Group, Inc.
215 Fulton Street
Geneva, IL 60134


The Newberry Company, LLC
2907 S. Union St. Unit 1F
Chicago, IL 60616


Thomas A. Appel, Esq.
Appel & Kelly, Ltd.
8840 Calumet Avenue, #205
Munster, IN 46321


Thomas A. Brown, Esq.
Swanson and Brown, Ltd.
12600 South Harlem, Suite 202
Palos Heights, IL 60463


Thomas E. Springer, Trustee
400 South County Farm Road
Suite 330
Wheaton, IL 60187


Thomas Fleming Co.
426 North Avenue
Waukegan, IL 60085


Thomas J. Sisul, Esq.
5120 Main Street, #3
Downers Grove, IL 60515

Thomas Toolis, Esq.
9031 W. 151st Street
Suite 203
Orland Park, IL 60462


Thomas, Houston
6537 Pasture Side Trail
Matteson, IL 60443


Thomas, Lakrecia
6617 Pasture Side Trail
Matteson, IL 60443


Theresa T. Thomas
8518 Foxborough Way
Joliet, IL 60431


Thompson, Eltonjia
6613 Bridle Path Drive
Matteson, IL 60443


Thompson, Yolanda
6408 Blue Sky Lane
Matteson, IL 60443


Thorpe, Robin C.
6409 Hummingbird Court
Matteson, IL 60443


Three Way Drywall Inc
10211 West 191st Street
Mokena, IL 60448


Three Way Painting Inc
10211 West 191st Street
Mokena, IL 60448


Tiauna Williams
6418 Blue Sky Lane
Matteson, IL 60443


Mark Tillman, Sr.
2248 Queensbridge Drive
Lynwood, IL 60411

Timothy S. Buckley, Esq.
200 S. Michigan Ave., #1100
Chicago, IL 60604


Todd, Jared
8204 Kensington Lane
Hanover Park, IL 60133


Total Trim
11956 Eat 3500 N Road
Momence, IL 60954


Tovar, Guillermo
534 Hampstead Street
Cortland, IL 60112


Town of Buckeye
c/o Valley Collection Service
P.O. Box 520
Glendale, AZ 85311-0520


Town of Courtland
59 S. Somonauk Road
P.O. Box 519
Cortland, IL 60112-0519


Transworld Systems, Inc.
P.O. Box 12103
Trenton, NJ 08650


Transworld Systems, Inc.
1375 East Woodfield Road
#110
Schaumburg, IL 60173


Trench-It/Intren
18202 W. Union Road
Union, IL 60180


Trophy Chem-Dry
6654 W. Archer Avenue
Chicago, IL 60638

Truvillion, Bernessa
21312 Pasture Side Trail
Matteson, IL 60443


Sarah Tuck
1922 Candlelight Circle
Montgomery, IL 60538


Turnbo, Kimberly
6406 Blue Sky Lane
Matteson, IL 60443


Turnbo, Veronica
6402 Blue Sky Lane
Matteson, IL 60443


Turner, Justin
6701 Bridle Path Drive
Matteson, IL 60443


Tyler, Latisha R.
21300 Bridle Path Drive
Matteson, IL 60443


United City of Yorkville
800 Game Farm Road
Yorkville, IL 60560


United Healthcare
Dept CH 10151
Palatine, IL 60055-0151


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


United Sanitation Services, Inc.
6862 Belford Industrial Drive
Belvidere, IL 61008


United Shipping Solutions
117 E. Palatine Ste 205
Palatine, IL 60067

Urbanczyk, Laura A.
6406 Gray Hawk Drive
Matteson, IL 60443


US Dept. of Labor
Employee Benefits Security Adm
200 Constitution Ave., NW
Rm N5668
Washington, DC 20210


USA Plumbing
4713 East Virginia
Mesa, AZ 85215


USA Tops & Cabinets
1851 Aucutt Rd
Montgomery, IL 60538


Vachanastienkul, Michael
16409 Pine Creek Lane
Plainfield, IL 60586


Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842


Van Der Laan Bros Concrete Contr.
8105 W 189th St
Mokena, IL 60448


Van R. Jonker, Esq.
16585 S. Oak Park
Tinley Park, IL 60477


Van Zuidam, Brenda
26W066 Hazel Lane
Wheaton, IL 60187


Vanderzanden, Jim
17609 S Alta Court
Lockport, IL 60441


Vann, Leevirt
16422 Lewood Drive
Plainfield, IL 60586

Vann, R.D.
6601 Pasture Side Trail
Matteson, IL 60443


Vans Iron Works, Inc.
9738 Warrick Court
Munster, IN 46321


Vantage Blue, Inc.
1100 Lombard Road
Lombard, IL 60148


Velez, Ingrid & Joan
506 Hampstead Street
Cortland, IL 60112


Verizon North Inc
112 E. Elm St
Sycamore, IL 60178


Village of Beecher
724 Penfield Street
Beecher, IL 60401-1114


Village of Bourbonnais
700 Main Street NW
Bourbonnais, IL 60914


Village of Channahon
24555 S Navajo Drive
Channahon, IL 60410-3334


Village of Lake in the Hills
600 Harvest Gate
Lake In The Hills, IL 60156


Village of Lake in the Hills
1115 Crystal Lake Road
Lake in the Hills, IL 60156


Village of Lakewood
P.O. BOX 1502
Crystal Lake, IL 60039-1502

Village of Lakewood
2500 Lake Avenue
Village of Lakewood, IL 60014


Village of Lynwood
21460 Lincoln Highway
Lynwood, IL 60411


Village of Lynwood Water Department
21460 Lincoln Highway
Lynwood, IL 60411


Village of Matteson
4900 Village Commons
Matteson, IL 60443-2666


Village of Montgomery
1300 South Broadway Road
Montgomery, IL 60538


Village of Montgomery
200 N. River Street
Montgomery, IL 60538


Village of Plainfield
24401 W. Lockport Street
Plainfield, IL 60544-1886


Village of Plainfield
P.O. BOX 1206
Bedford Park, IL 60499-1206


Village of Poplar Grove
100 S State St
Poplar Grove, Il 61065


Village of Poplar Grove
P.O. Box 1
Poplar Grove, Il 61065


Village of Romeoville
1050 W. Romeo Road
Romeoville, IL 60446

Village of University Park
698 Burnham Drive
University Park, IL 60466


Villarde, Godofredo
1743 Monhegan Avenue
Beecher, IL 60401


James Visinaiz
8627 Foxborough Way
Joliet, IL 60431


Von De Bur, David
470 Hampstead Street
Cortland, IL 60112


Vonage
c/o Penn Credit Corporation
P.O. Box 988
Harrisburg, PA 17108-0988


W.C. French, Esq.
P.O. Box 572884
Houston, TX 77257


Nanette Wade
2300 Queensbridge Drive
Lynwood, IL 60411


Wakefield, Robert
6405 Hummingbird Court
Matteson, IL 60443


Wales, Danielle
4351 W. 76th Street
Chicago, IL 60652


Walton III, Willie
6508 Bridle Path Drive
Matteson, IL 60443


Walton, Kendall
16511 Pine Creek Lane
Plainfield, IL 60586

Walton, Tanja M.
6616 Pasture Side Trail
Matteson, IL 60443


Ware, Audrey S.
6417 Blue Sky Lane
Matteson, IL 60443


Warren, Christopher
6422 Blue Sky Lane
Matteson, IL 60443


Warren, Robert & Marnie
26855 W. Hemlock Road
Channahon, IL 60410


Waste Management Commercial
c/o Receivables Managmenet Services
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286


WaterMart Incorporated
9400 Enterprise Drive
Mokena, IL 60448


Watson, Frederick
6521 Blue Sky Lane
Matteson, IL 60443


Watson, Lakisha
6604 Pasture Side Trail
Matteson, IL 60443


Watson, Linda
6533 Pasture Side Trail
Matteson, IL 60443


Watts, Cotney
6529 Pasture Side Trail
Matteson, IL 60443


Christopher Webb
1957 Candlelight Circle
Montgomery, IL 60538

Webb, Derrick L.
434 Brassie Court
University Park, IL 60466

Wedeman, David
500 Hahn Drive
Cortland, IL 60112

Weekley, Veeta A.
6620 Bridle Path Drive
Matteson, IL 60443

Weekly, Willie  D.
428 Brassie Lane
University Park, IL 60466

Wegreke, Gina
6524 Bridle Path Drive
Matteson, IL 60443

Wenzel, Michael R.
707 E Clarendon Avenue
Arlington Heights, IL 60004

Wesley, Roy
6425 Hummingbird Lane
Matteson, IL 60443

West Group Payment Center
PO Box 6292
Carol Stream, IL 60197-6292

Wheatley, Renee D.
6519 Gray Hawk Drive
Matteson, IL 60443

Whirlpool Corporation
2000 M-63, MD 7560
Benton Harbor, MI 49022-2692

Whirlpool Corporation-Great Lakes
6605 25th Ave
Kenosha, WI 53143

White, Cleveland Jr.
432 Brassie Court
University Park, IL 60466


Daniel White
2249 Queensbridge Drive
Lynwood, IL 60411


White, Michael
26933 W. Sycamore Road
Channahon, IL 60410


Thomas Wilcox
8513 Foxborough Way
Joliet, IL 60431


Wildman Harrold & Allen
225 West Wacker Drive
Suite 2800
Chicago, IL 60606


Wilkins, Rosetta
21305 Bridle Path Drive
Matteson, IL 60443


Will County Treasurer
302 N Chicago Street
Joliet, IL 60432


William and Sarah Gaffney
26831 W. Hemlock Road
Channahon, IL 60410


William Blair & Company
222 West Adams Street
Chicago, IL 60606


William E. Jegen, Esq.
536 Crescent Blvd., Suite 200
Glen Ellyn, IL 60137


William F. Murray, Jr.
AIG Construction Risk Management
300 South Riverside Plaza, 21st Fl.
Chicago, IL 60606

William H. Hrabak, Jr., Esq.
Goldstine Skrodski Russian Nemec
& Hoff, Ltd.
835 McClintock Dr., 2nd Floor
Burr Ridge, IL 60527


Williams Scotsman, Inc
PO Box 91975
Chicago, IL 60693-1975


Williams, Carolyn
3414 W. 167th Street
Markham, IL 60428


Williams, Erron  G.
469 Fairway Lane
University Park, IL 60466


Williams, Kimberly N.
6415 Blue Sky Lane
Matteson, IL 60443


Latunja Williams
2248 Bilstone Drive
Lynwood, IL 60411


Williams, Tanisha
6420 Bridle Path Drive
Matteson, IL 60443


Williams, Tawana
6504 Blue Sky Lane
Matteson, IL 60443


Wilson Heating & Air Conditioning Co
925 Lambrecht Rd
Frankfort, IL 60423


Wilson, Annie
6517 Pasture Side Trail
Matteson, IL 60443


Wilson, Anthony
6701 Pasture Side Trail
Matteson, IL 60443

Wilson, Kevin  L.
438 Brassie Lane
University Park, IL 60466


Wilson, Shavonn M.
6503 Gray Hawk Drive
Matteson, IL 60443


Windsor Ridge Condominium HOA
1999 W. 75th Street #203
Woodridge, IL 60517-2603


Winters, Clyde
420 Brassie Lane
University Park, IL 60466


Wisemantle, Daniel M
27101 W. Hemlock Road
Channahon, IL 60410


Ayleene Woodard
2261 Eastwood Drive
Lynwood, IL 60411


Woodland, O'Brien & Associates
1329 County Road  D  East
St. Paul, MN 55109


Woods, Michelle
436 Brassie Court
University Park, IL 60466


Word Processing Industries
4545 N Ravenswood
Chicago, IL 60640


Worthington, Moore & Jacobs
850 South State Street
Suite 5
Dover, DE 19901


Wright, Errol
15707 Sawyer
Markham, IL 60428

Artemus Yates
8518 Wellington Drive
Joliet, IL 60431


Young, Larry
454 Fairway Lane
University Park, IL 60466


Yousuf, Fadil
6404 Bridle Path Drive
Matteson, IL 60443


Z Financial
29 South LaSalle Street
Suite 1205
Chicago, IL 60603


Jeffrey Zaremba
8505 Foxborough Way
Joliet, IL 60431


Zelinka, Tom
21133 Gray Hawk Drive
Matteson, IL 60443


Zembruski, Jaclyn A.
6415 Gray Hawk Drive
Matteson, IL 60443


Zemeheret Bereket
Office of the Attorney General
Environmental Bureau North
69 W. Washington Street, Suite 1800
Chicago, IL 60602


Krista Zollers
1937 Candlelight Circle
Montgomery, IL 60538

# United States Bankruptcy Court
## Northern District of Illinois

In re    Montalbano Builders, Inc.                                          Case No. _____
                                                   Debtor(s)        Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Montalbano Builders, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| March  4, 2011 | /s/ Gregory K. Stern |
| Date | Gregory K. Stern 6183380 |
| | **Signature of Attorney or Litigant** |
| | Counsel for   Montalbano Builders, Inc. |
| | Gregory K. Stern, P.C. |
| | 53 West Jackson Boulevard |
| | Suite 1442 |
| | Chicago, IL 60604 |
| | (312) 427-1558 Fax:(312) 427-1289 |