IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 11-09465 |
| MONTALBANO BUILDERS, INC., | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | Hearing Date: July 13, 2011 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

To:   ALL PARTIES REGISTERED TO RECEIVE NOTICE VIA ELECTRONIC MAIL CASE FILING SYSTEM

YOU ARE HEREBY NOTIFIED that on July 13, 2011 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Susan Pierson Sonderby in Courtroom 642 at the United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois, and then and there present a **MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO COMPEL DEBTOR TO ABANDON AND QUIT CLAIM AMBERLEIGH PARK TO CHANNAHON PARK DISTRICT**, a copy of which is attached hereby and hereto served upon you, at which time and place you may appear as you see fit.

/s/William B. Isaly
William B. Isaly, One of its attorneys

WILLIAM B. ISALY, ESQ. (ARDC #6231002)
JEANNE GOSHGARIN, ESQ. (ARDC #2848511)
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

## CERTIFICATE OF SERVICE

      I, **WILLIAM B. ISALY**, an attorney, certifies that on June 16, 2011, I caused copies of the attached **Notice of Motion and Motion to Relief from the Automatic Stay and to Compel Debtor to Abandon and Quit Claim Amberleigh Park to Channahon Park District** to be serviced via electronic notice on the parties appearing in the Court's CM/ECF system and upon the parties listed below as noted:

### REGISTRANTS SERVED VIA ECF NOTICE

- Brendan G. Best — bbest@schaferandweiner.com
- John J. Chitkowski — jjc@chitkowskilaw.com, Jennifer@chitjowskilaw.com
- Fred R. Harbecke — fredrharbecke@sbcglobal.com
- David L. Kane — dkane@mpslaw.com, dnichols@mpslaw.com
- Gina B. Krol — kingkrol@aol.com.;gkrol@ecf.epiqsystems.com; gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com
- Patrick S. Layng — USTPRegion11.ES.ECF@usdoj.gov
- Justin M. Newman — jnewman@fieldandgoldberg.com
- Gus A. Paloian — gpaloian@seyfarth.com
- Travis Rojakovick — trojakovick@lockelord.com
- Brian Raynor — braynor@lockelord.com.;docket@lockelord.com; bhays@lockelord.com;apetrovic@lockelord.com; kborgstadt@lockelord.com
- Cornelius F. Riordan — criordan@rmp-llc.com
- Patrick F. Ross — pfross@uhlaw.com;jruskusky@uhlaw.com; npark@uhlaw.com;keedeus@uhlaw.com;TEFiester@uhlw.com; rhtilghman@uhlaw.com
- Derek D. Samz — dereksamz@gmailcom
- James B. Sowka — jsowka@seyfarth.com
- Gregory K. Stern — gstern1@flash.net; steve_horvath@ilnb.uscourts.gov
- Rhonda Stuart — rstuart@lmtlaw.com
- William W. Thorsness — wthorsness@vedderprice.com;ecfdocket@vedderprice.com
- Mark Van Donselaar — mvandonselaar@grayslakelaw.com
- Kurt E. Vragel — kurt@kevtrucks.com

**VIA UNITED STATES FIRST CLASS MAIL, POSTAGE PREPAID**

Gina B. Krol, Chapter 7 Trustee
Cohen & Krol
105 West Madison Street, Suite 1100
Chicago, Illinois 60602

Montalbano Builders, Inc.
Anthony Montalbano, Reg. Agent
1801 South Meyers Road, Suite 500
Oakbrook Terrace, Illinois 60181

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn, Room 873
Chicago, Illinois 60604

Gregory K. Stern, P.C.
53 West Jackson Blvd., Suite 1442
Chicago, Illinois 60604

/s/William B. Isaly
William B. Isaly, One of its attorneys

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 11-09465 |
| MONTALBANO BUILDERS, INC., | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | Hearing Date; July 13, 2011 |
| | ) | Hearing Time: 10:30 a.m. |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO COMPEL DEBTOR TO ABANDON AND QUIT CLAIM AMBERLEIGH PARK TO CHANNAHON PARK DISTRICT

NOW COMES the Channahon Park District ("the Park District"), by its attorneys, Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer, P.C., and pursuant to 11 U.S.C. §362 for relief from the automatic stay and pursuant to 11 U.S.C. §554(b), moves this Court to compel the Debtor to abandon its interest, if any, in the parcel of property known as Lot 190 in Southern Crossings, Unit 1, in Grundy County, Channahon, Illinois, along with the common areas and public improvements to this lot to the Park District, and in support thereof states as follows:

1. On March 8, 2011, the Debtor filed its Petition for Bankruptcy under Chapter 7 of the United States Bankruptcy Code.

2. Title to the land in question, particularly Lot 190 in Southern Crossings, Unit 1, a planned unit development, being a subdivision of part of the North West 1/4 of Section 24, Township 34 North, Range 8, East of the Third Principal Meridian, in Grundy County, Illinois, also known as Amberleigh Park ("Amberleigh Park") is currently owned with title by Montalbano Builders, Inc., an Illinois corporation. Pursuant to 11 U.S.C. §541, said Amberleigh Park became property of the bankruptcy estate. (*See* May 6, 2011 Chicago Title Insurance Company Commitment, attached as Exhibit A).

3. An Annexation Agreement, dated January 6, 2003 between the Village of Channahon and Zale Equities III, LLC, provides that the developer is to convey a certain parcel consisting of 1.38 acres to Channahon Park District (the Amberleigh Park parcel in question) "at such time as a final plat is approved for that portion of the Subject Property [then proposed subdivision] in which the park is located." (*See* 01/06/03 Annexation Agreement, p. AA7, para. 10, attached as Exhibit B).

4. The final Plat of Subdivision for Southern Crossings Unit 1, recorded as document 425565 on October 15, 2003, showed that the property in question, Lot 190, has "hereby dedicated to Channahon Park District" (*see* copy of final plat, sheet 3 of 4, where indicated, copy attached as Exhibit C).

5. Pursuant to the Channahon Park District Ordinance #255, dated February 23, 2011, the Park District is authorized to acquire the Amberleigh Park property in Channahon, Illinois. (*See* 02/23/11 Channahon Park District Ordinance #255, attached as Exhibit D).

6. In addition, on several dates from December 1, 2009 through February 14, 2011, the Park District's attorney, Jeanne Goshgarian, in compliance with the final Plat and Annexation documents, wrote to Mr. Montalbano before he filed this bankruptcy, with a formal request for turn over all the underlying land and public improvements of Amberleigh Park to the Channahon Park District, pursuant to the Annexation Agreement, Final Plat, and aforementioned Ordinance. A copy of this letter and proposed conveyance documents, which were never executed are attached as Exhibit E.

7. In addition, on April 18, 2011, the Park District's attorney sent the Trustee, Gina B. Krol, a letter explaining this proposed conveyance, a copy of which is attached as Exhibit F.

8. The Park District requests that the land and public improvements of Amberleigh Park be conveyed and abandoned by the debtor so as to allow the Park District to take appropriate measures to maintain the improvements and have possession of the land, as contemplated already by the Annexation Agreement, Final Plat, and Ordinance to convey the property, as mentioned above.

9. The land and public improvements of Amberleigh Park have absolutely no value to the Debtor or the estate at this point in time, and, therefore, are of inconsequential value and burdensome to the estate. Additionally, this is currently an active park, and a potential source of liability to the Debtor and bankruptcy estate.

10. Therefore, the Park District requests that this Court enter an order compelling the Debtor to abandon its interests in the land and public improvements known as Lot 190 in the Southern Crossings, Unit 1, a planned unit development known as Amberleigh Park to execute the Deeds attached to Exhibit E. The Park District has given the Debtor and all parties in interest 14 days notice of this motion.

WHEREFORE, Debtor prays for entry of the attached order for relief from the Automatic Stay under 11 U.S.C. Section 362 and pursuant to Section 554(b) compel the Debtor to abandon its interest in Lot 190 in Southern Crossings, Unit 1, a planned unit development, being a subdivision of part of the Northwest ¼ of Section 24, Township 34 North, Range 8, East of the Third Principal Meridian in Grundy County, Illinois, also known as Amberleigh Park and to convey it by Quit Claim Deed to the Channahon Park District, and for other relief as this Court deems just.

Dated: June 16, 2011

        Respectfully submitted,

        CHANNAHON PARK DISTRICT

        By: /s/William B. Isaly
           William B. Isaly, One of
           Its Attorneys

William B. Isaly, Esq.(ARDC # ARDC #6231002)
Jeanne Goshgarian, Esq.(ARDC #2848511)
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

\\agdom1\files\Users\KNeumann\My Documents\Isaly\Park Districts\Channahon\motionforreliefamberleighpark.doc