UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
MONTALBANO BUILDERS, INC.           §    Case No. 11-09465 TAB
                                    §
                                    §
         Debtor                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    JEFFREY P. ALLSTEADT
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/28/2017 in Courtroom 744,
    Everett McKinley Dirksen U.S. Courthouse
    219 S. Dearborn Street
    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/06/2017    By: Gina B. Krol
                 Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Case 11-09465   Doc 165   Filed 03/06/17   Entered 03/06/17 11:47:45   Desc Main
          Document      Page 2 of 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MONTALBANO BUILDERS, INC. § Case No. 11-09465 TAB
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 52,011.71 |
| and approved disbursements of | $ | 4,472.45 |
| leaving a balance on hand of[1] | $ | 47,539.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,850.59 | $ 0.00 | $ 5,850.59 |
| Trustee Expenses: GINA B. KROL | $ 120.65 | $ 0.00 | $ 120.65 |
| Attorney for Trustee Fees: Cohen & Krol | $ 12,631.00 | $ 0.00 | $ 12,631.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 162.42 | $ 0.00 | $ 162.42 |
| Accountant for Trustee Fees: ALAN LASKO | $ 990.32 | $ 0.00 | $ 990.32 |
| Other: International Sureties | $ 195.75 | $ 195.75 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 55.39 | $ 55.39 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 19,754.98 |
| Remaining Balance | | $ | 27,784.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 76,264.26  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Jock, Jennifer<br>18844 S Chestnut<br>Shorewood, IL 60404 | $ 1,408.08 | $ 0.00 | $ 879.52 |
| 000009 | Kelly Miller<br>19563 North Winds Drive<br>Lynwood, IL 60411 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000011A | John A. Brown III<br>3533 Fairway Court<br>Crete, Illinois 60417 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000012A | Brim, Shelly<br>16423 S. Hermitage<br>Markham, IL 60428 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000013A | Antonio & Theresa Smith<br>2200 S. Rubin Ct<br>Lynwood, IL 60411 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000014A | Hoeft, Thomas & Lori<br>608 Glen Ridge<br>Crystal Lake, IL 60014 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000016A | Kelly Miller<br>19563 North Winds Drive<br>Lynwood, IL 60411 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018A | Fulton, Stephan & Felicia<br>14337 Oak<br>Dolton, IL 60419 | $ 2,600.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000039 | Brooks, Jesse & Yvette<br>14424 Dorchester<br>Dolton, IL 60419 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000042 | McGurn, Michael<br>3112 Village Green Dr.<br>Aurora, IL 60504 | $ 5,615.38 | $ 0.00 | $ 3,507.41 |
| 000050 | Bennett, Sharron<br>1060 N Farnsworth Ave, #1308<br>Aurora, IL 60506 | $ 2,310.53 | $ 0.00 | $ 1,443.17 |
| 000054 | Brenda L Van Zuidam<br>26W066 Hazel Lane<br>Wheaton, IL 60187 | $ 3,291.99 | $ 0.00 | $ 2,056.20 |
| 000057 | Althea Chapman<br>2N625 Morton Rd.<br>West Chicago, IL 60185 | $ 7,563.47 | $ 0.00 | $ 4,724.20 |
| 000060 | Michele Montalbano<br>2361 Reflections Dr.<br>Aurora, IL 60502 | $ 4,032.18 | $ 0.00 | $ 2,518.53 |
| 000075 | Roppolo, Raymond R.<br>15409 Abbey Lane<br>Lockport, IL 60441 | $ 5,593.68 | $ 0.00 | $ 3,493.86 |
| 000076A | Clyde & Susan Winters<br>420 Brassie Ln,<br>Univ. Park, IL 60484 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000085A | Major, Rozetta<br>10553 South Rhodes<br>Chicago, IL 60628 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000086 | Anthony Montalbano, Jr.<br>5603 Sherman Ave.<br>Downers Grove, IL 60516 | $ 9,290.44 | $ 0.00 | $ 5,802.88 |
| 000017B | Sullivan, James<br>16654 Knottingwood Ave.<br>Oak Forest, IL 60452 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000049B | Velez, Ingrid & Joan<br>40W119 Sturbridge Way<br>Elgin, IL 60124 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| 000058B | Kimball, Jacqueline<br>15933 Ellis Ave.<br>South Holland, IL 60473 | $ 2,600.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000083B | Juanita & Myron McCary<br>21329 Knight Bridge Ct<br>Matteson, IL 60443 | $ 2,600.00 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,514.39 | $ 0.00 | $ 1,514.39 |
| AUTO | INTERNAL REVENUE SERVICE | $ 146.55 | $ 0.00 | $ 146.55 |
| AUTO | INTERNAL REVENUE SERVICE | $ 354.16 | $ 0.00 | $ 354.16 |
| AUTO | IL DEPT OF EMPLOYMENT SECURITIES | $ 1,343.41 | $ 0.00 | $ 1,343.41 |

|  | Total to be paid to priority creditors |  |  | $ 27,784.28 |
|---|---|---|---|---|
|  | Remaining Balance |  |  | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,434,784.93   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ALCA, INC. d/b/a Alca Carpentry Contractors<br>161 Tower Drive, Unit F<br>Burr Ridge, Illinois | $ 20,396.00 | $ 0.00 | $ 0.00 |
| 000002 | Evans & Son Blacktop, Inc.<br>c/o Kurt E Vragel Jr., P.C.<br>1701 East Lake Ave. Ste 170<br>Glenview, IL 60025 | $ 12,139.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Avaya, Inc<br>c/o RMS bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | $ 3,649.36 | $ 0.00 | $ 0.00 |
| 000005 | G&L Construction, Inc.<br>G. Ryan Liska<br>1000 Jorie Boulevard, Ste 206<br>Oak Brook, IL 60523 | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 000006A | RBC Bank (USA)/RBC Real Estate Finance, Inc.<br>c/o David L Kane<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 3500<br>Chicago, IL 60606 | $ 4,842,000.00 | $ 0.00 | $ 0.00 |
| 000006B | RBC Bank (USA)/RBC Real Estate Finance, Inc.<br>c/o David L Kane<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 3500<br>Chicago, IL 60606 | $ 24,577,005.00 | $ 0.00 | $ 0.00 |
| 000007 | Barrington Bank & Trust Co.<br>C/O Jay R. Goldberg ARDC<br>Field and Goldberg, LLC<br>10 South LaSalle St., Ste 2910<br>Chicago, IL 60603 | $ 2,800,834.77 | $ 0.00 | $ 0.00 |
| 000008 | First Bank<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | $ 3,716,049.53 | $ 0.00 | $ 0.00 |
| 000010 | US Bancorp Equipment Finance, Inc.<br>Attn: Bkcy Dept<br>1310 Madrid St.<br>Marshall, MN 56258 | $ 225,342.72 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011B | John A. Brown III<br>3533 Fairway Court<br>Crete, Illinois 60417 | $ 7,400.00 | $ 0.00 | $ 0.00 |
| 000012B | Brim, Shelly<br>16423 S. Hermitage<br>Markham, IL 60428 | $ 5,953.00 | $ 0.00 | $ 0.00 |
| 000013B | Antonio & Theresa Smith<br>2200 S. Rubin Ct<br>Lynwood, IL 60411 | $ 8,747.00 | $ 0.00 | $ 0.00 |
| 000015 | Thomas & Lori A. Hoeft<br>608 Glenn Ridge<br>Crystal Lake, IL 60014 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000016B | Kelly Miller<br>19563 North Winds Drive<br>Lynwood, IL 60411 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000017A | Sullivan, James<br>16654 Knottingwood Ave.<br>Oak Forest, IL 60452 | $ 9,349.00 | $ 0.00 | $ 0.00 |
| 000018B | Fulton, Stephan & Felicia<br>14337 Oak<br>Dolton, IL 60419 | $ 7,400.00 | $ 0.00 | $ 0.00 |
| 000019 | MB Financial Bank, N.A.<br>c/o Courtney E. Barr<br>Locke Lord Bissell & Liddell, LLP<br>111 S. Wacker Drive,<br>Chicago, IL 60606 | $ 18,914,706.42 | $ 0.00 | $ 0.00 |
| 000020 | Edwards, Victor<br>471 Fairway Lane<br>University Park, IL 60466 | $ 8,389.50 | $ 0.00 | $ 0.00 |
| 000021A | Source Electric, Inc.<br>Chitkowski Law Office<br>John J. Chitkowski<br>801 Warrenville Road, Ste 620<br>Lisle, IL 60532 | $ 49,200.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021B | Source Electric, Inc. Chitkowski Law Office John J. Chitkowski 801 Warrenville Road, Ste 620 Lisle, IL 60532 | $ 3,996.30 | $ 0.00 | $ 0.00 |
| 000022 | Builder Services Group, Inc. Brendan Best of Schafer & Weiner, PLLC 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | $ 31,380.93 | $ 0.00 | $ 0.00 |
| 000023 | Masco Builder Cabinet Group Brendan Best of Schafer & Weiner, PLLC 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | $ 117,441.24 | $ 0.00 | $ 0.00 |
| 000024 | American National Insulation SCE Unlimited Brendan Best of Schafer & Weiner, PLLC 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | $ 83,526.50 | $ 0.00 | $ 0.00 |
| 000025 | Great-West Life & Annuity Insurance Co Administered by Connecticut Gen Life Ins CIGNA Legal Public Affairs 900 Cottage Grove Rd, Wilde B6LPA Hartford, CT 06152 | $ 62,510.14 | $ 0.00 | $ 0.00 |
| 000026 | NuLine Technologies, Inc 1793 Bloomingdale Road Glendale Heights, IL 60139 | $ 44,846.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Sadannah Group<br>426 W. 5th. Ave<br>Naperville, IL 60563 | $ 12,586.28 | $ 0.00 | $ 0.00 |
| 000028 | Consolidated Garage Doors, Ltd. assumed name of M.<br>c/o Martin Tasch<br>Momkus McCluskey Roberts<br>1001 Warrenville Road, Ste 500<br>Lisle, IL  60532 | $ 16,232.00 | $ 0.00 | $ 0.00 |
| 000029 | Village of Lynwood, Illinois<br>C/O Hiskes, Dillner, O'Donnell,<br>Marovich & Lapp, Ltd.<br>10759 W. 159th Street, Ste 201<br>Orland Park, IL 60467 | $ 7,700.00 | $ 0.00 | $ 0.00 |
| 000030 | Brown, Gloria E.<br>21209 Bridle Path Drive<br>Matteson, IL 60443 | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000031 | Alpha Construction<br>1340 171st Street<br>Hazel Crest, IL 60429 | $ 43,114.76 | $ 0.00 | $ 0.00 |
| 000032 | Crescent Electric Supply Company<br>c/o Stone Pogrund & Korey LLC<br>1 East Wacker Dr., #2610<br>Chicago, IL 60601 | $ 23,026.95 | $ 0.00 | $ 0.00 |
| 000033 | Thermaseal Lakeside Insulation<br>917 Tower Rd.<br>Mundelein, IL 60060 | $ 5,987.00 | $ 0.00 | $ 0.00 |
| 000034 | Lamar Advertising Company<br>Credit Department<br>P O BOX 66338<br>Baton Rough, LA 70896 | $ 4,450.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | DeKalb Community Unit School District 428 c/o Brian R. Zeeck Hinshaw & Culbertson LLP 4343 Commerce Ct., Suite 415 Lisle, IL 60532 | $ 44,049.86 | $ 0.00 | $ 0.00 |
| 000036 | National Kurb Kut of Illinois, Inc 9160 S. Route 53 Naperville, IL 60565 | $ 2,578.00 | $ 0.00 | $ 0.00 |
| 000037 | Robert Esenberg 8507 Foxborough Way Joliet, IL 60431 | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 000038 | Town of Courtland 59 S. Somonauk Road P.O. Box 519 Cortland, IL 60112-0519 | $ 6,792.92 | $ 0.00 | $ 0.00 |
| 000040 | TFW Surveying & Mapping, Inc. 888 E. Belvidere Road 413 Grayslake, IL 60030 | $ 6,867.00 | $ 0.00 | $ 0.00 |
| 000041 | Consumer Source Holding Inc dba New Home Guide 3585 Engineering Dr., Suite 100 Norcross, GA 30092 | $ 40,988.00 | $ 0.00 | $ 0.00 |
| 000043 | Great American Landscape, Inc., The P.O. Box 235 Dyer, IN 46311 | $ 132,755.03 | $ 0.00 | $ 0.00 |
| 000044A | DeKalb County Collector 110 E Sycamore Street Sycamore, IL 60178 | $ 206,208.81 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000045 | Citicorp Vendor Finance, Inc<br>c/o weltman, Weinberg & Reis<br>175 S. Third Street Ste 900<br>Columbus, OH 43215 | $ 145,191.26 | $ 0.00 | $ 0.00 |
| 000046 | CIT Technology Financing Services, Inc<br>c/o Weltman, Weinberg & Reis<br>175 S. Third Street, Ste 900<br>Columbus, OH 43215 | $ 18,356.94 | $ 0.00 | $ 0.00 |
| 000047A | Blommaert Bros. Masonry Inc<br>1705 Glenwood-Dyer Rd<br>Chicago Heights, IL 60411 | $ 26,791.20 | $ 0.00 | $ 0.00 |
| 000048 | Kelly Miller<br>19563 North Winds Drive<br>Lynwood, IL 60411 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000049A | Velez, Ingrid & Joan<br>40W119 Sturbridge Way<br>Elgin, IL 60124 | $ 7,400.00 | $ 0.00 | $ 0.00 |
| 000051 | Richard E. Piggott<br>Cornerstone Land Development Group, LLC<br>1626 Picardy Court<br>Long Grove, IL 60047 | $ 3,540.00 | $ 0.00 | $ 0.00 |
| 000052 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000053 | Haas Excavating, Inc<br>Ron Haas<br>38W295 Pars Path<br>Elgin, IL 60124 | $ 43,151.50 | $ 0.00 | $ 0.00 |
| 000055A | Ed Fogarty Concrete Construction, Inc.<br>10261 Mandel - Unit A<br>Plainfield, IL 60585 | $ 95,491.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000056 | State of Illinois<br>Zemeheret Bereket-Ab Asst. Gen.<br>Office of the Attorney General<br>69 W. Washington St., Ste 1800<br>Chicago, IL 60602 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000058A | Kimball, Jacqueline<br>15933 Ellis Ave.<br>South Holland, IL 60473 | $ 8,400.00 | $ 0.00 | $ 0.00 |
| 000059 | First Insurance Funding, Corp.<br>450 Skokie Blvd Ste., 1000<br>Northbrook, IL 60602 | $ 26,950.15 | $ 0.00 | $ 0.00 |
| 000061 | Novak Paving, Inc.<br>62 Stonehill Rd Unit A<br>Oswego, IL 60543 | $ 6,184.50 | $ 0.00 | $ 0.00 |
| 000062 | Another Plumbing Company, LLC<br>Alan L Garrow, Nealis & Garrow, P.C.<br>510 S. Batavia Avenue<br>Batavia, IL 60510 | $ 2,854.97 | $ 0.00 | $ 0.00 |
| 000063 | Another Plumbing Company, LLC<br>Alan L Garrow, Nealis & Garrow, P.C.<br>510 S. Batavia Avenue<br>Batavia, IL 60510 | $ 4,301.15 | $ 0.00 | $ 0.00 |
| 000064 | Another Plumbing Company, LLC<br>Alan L Garrow, Nealis & Garrow, P.C.<br>510 S. Batavia Avenue<br>Batavia, IL 60510 | $ 1,543.02 | $ 0.00 | $ 0.00 |
| 000065 | Another Plumbing Company, LLC<br>Alan L Garrow, Nealis & Garrow, P.C.<br>510 S. Batavia Avenue<br>Batavia, IL 60510 | $ 3,726.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000066 | Another Plumbing Company, LLC<br>Alan L Garrow, Nealis & Garrow, P.C.<br>510 S. Batavia Avenue<br>Batavia, IL 60510 | $ 2,510.00 | $ 0.00 | $ 0.00 |
| 000067 | Another Plumbing Company, LLC<br>Alan L Garrow, Nealis & Garrow, P.C.<br>510 S. Batavia Avenue<br>Batavia, IL 60510 | $ 4,338.00 | $ 0.00 | $ 0.00 |
| 000068 | Bank of America, N.A.<br>Gus A Paloian<br>Seyfarth Shaw LLP<br>131 South Dearborn St. Ste 2400<br>Chicago, IL 60603 | $ 2,448,601.31 | $ 0.00 | $ 0.00 |
| 000069 | Fidelity and Deposit Company of Maryland<br>C/O Cornelius F Riordan<br>Riordan, McKee & Piper, LLC<br>20 N. Wacker Drive, #910<br>Chicago, IL 60606 | $ 523,617.88 | $ 0.00 | $ 0.00 |
| 000070 | Drinker Biddle & Reath LLP<br>191 North Wacker Drive, Suite 3700<br>Chicago, Illinois 60606 | $ 151,764.59 | $ 0.00 | $ 0.00 |
| 000071 | SimplexGrinnell LP<br>C/O John J. O'Leary of O'Leary Law Firm, LLC<br>20 N. Clark Street, Suite 3200<br>Chicago, IL 60602 | $ 12,824.00 | $ 0.00 | $ 0.00 |
| 000072 | Complete Fence, Inc.<br>320 W. Lincoln Hwy.<br>Cortland, IL 60112 | $ 24,789.15 | $ 0.00 | $ 0.00 |
| 000073 | Carmina Huitron<br>515 E Forest Ave<br>West Chicago, IL 60185 | $ 7,690.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000074 | Noel Brantley<br>6410 Blue Sky Lane<br>Matteson, IL 60443 | $ 7,426.68 | $ 0.00 | $ 0.00 |
| 000077A | Stock Building Supply<br>Mark Van Donselaar<br>Churohill, Quinn, Richtman & Hamilton, L<br>2 S. Whitney Street<br>Grayslake, IL 60030 | $ 331,691.01 | $ 0.00 | $ 0.00 |
| 000078 | Action Plumbing Co., Inc.<br>216 West Higgins Road<br>Park Ridge, IL 60068 | $ 163,057.00 | $ 0.00 | $ 0.00 |
| 000079 | Dykema Gossett PLLC<br>400 Renaissance Center<br>Detroite, MI 48243 | $ 32,644.43 | $ 0.00 | $ 0.00 |
| 000080 | Carpenter Contractors of America<br>d/b/a R & D Thiel<br>2340 Newburg Road<br>Belvidere, IL 61008 | $ 176,401.11 | $ 0.00 | $ 0.00 |
| 000081 | Lynch, Mary<br>C/O Mario C. Palermo, Esq.<br>Woodruff & Johnson<br>4234 Merican Parkway, Suite 134<br>Aurora, IL 60504 | $ 750,000.00 | $ 0.00 | $ 0.00 |
| 000082 | Harris N.A., as Assignee<br>Ungaretti & Harris LLP (P. Ross)<br>70 W. Madison Street, Suite 3500<br>Chicago, Illinois 60602 | $ 5,561,637.34 | $ 0.00 | $ 0.00 |
| 000083A | Juanita & Myron McCary<br>21329 Knight Bridge Ct<br>Matteson, IL 60443 | $ 7,400.00 | $ 0.00 | $ 0.00 |
| 000084 | Residential Steel Fabricators, Inc.<br>c/o Attorney Scott D. Becker<br>213 W. Main St<br>Genoa, IL 60135 | $ 36,255.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000087 | Keybank National Association<br>Michael A. Axel<br>127 Public Square, 2nd Floor<br>Cleveland, OH 44114-1306 | $ 11,770,154.23 | $ 0.00 | $ 0.00 |
| 000047 | Blommaert Bros. Masonry Inc<br>1705 Glenwood-Dyer Rd<br>Chicago Heights, IL 60411 | $ 248,642.00 | $ 0.00 | $ 0.00 |
| 000055 | Ed Fogarty Concrete Construction, Inc.<br>10261 Mandel - Unit A<br>Plainfield, IL 60585 | $ 53,083.75 | $ 0.00 | $ 0.00 |
| 000009A | Kelly Miller<br>19563 North Winds Drive<br>Lynwood, IL 60411 | $ 7,310.00 | $ 0.00 | $ 0.00 |
| 000019A | MB Financial Bank, N.A.<br>c/o Courtney E. Barr<br>Locke Lord Bissell & Liddell, LLP<br>111 S. Wacker Drive,<br>Chicago, IL 60606 | $ 10,946,206.42 | $ 0.00 | $ 0.00 |
| 000044A | DeKalb County Collector<br>110 E Sycamore Street<br>Sycamore, IL 60178 | $ 200,845.36 | $ 0.00 | $ 0.00 |
| 000076A | Clyde & Susan Winters<br>420 Brassie Ln,<br>Univ. Park, IL 60484 | $ 8,845.65 | $ 0.00 | $ 0.00 |
| 000077 | Stock Building Supply<br>Mark Van Donselaar<br>Churohill, Quinn, Richtman & Hamilton, L<br>2 S. Whitney Street<br>Grayslake, IL 60030 | $ 328,750.05 | $ 0.00 | $ 0.00 |
| 000080A | Carpenter Contractors of America<br>d/b/a R & D Thiel<br>2340 Newburg Road<br>Belvidere, IL 61008 | $ 13,585.71 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000085 | Major, Rozetta<br>10553 South Rhodes<br>Chicago, IL 60628 | $ 6,550.00 | $ 0.00 | $ 0.00 |
| 000014B | Hoeft, Thomas & Lori<br>608 Glen Ridge<br>Crystal Lake, IL 60014 | $ 10,900.00 | $ 0.00 | $ 0.00 |
| 000039A | Brooks, Jesse & Yvette<br>14424 Dorchester<br>Dolton, IL 60419 | $ 9,900.00 | $ 0.00 | $ 0.00 |
| 000001B | ALCA, INC. d/b/a Alca Carpentry Contractors<br>161 Tower Drive, Unit F<br>Burr Ridge, Illinois | $ 81,881.30 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 943,642.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000088 | J & D Door Sales<br>200 E 2nd St<br>P O Box 245<br>Big Rock, Il 60511 | $ 10,290.75 | $ 0.00 | $ 0.00 |
| 000089 | Gentile, H. Tony<br>713 65th St<br>Downers Grove, IL 60516 | $ 5,510.88 | $ 0.00 | $ 0.00 |
| 000090 | Sapienza, Thomas<br>512 Rosebush Lane<br>Oswego, IL 60543 | $ 2,332.33 | $ 0.00 | $ 0.00 |
| 000091 | John G Shedd Aquarium<br>1200 South Lake Shore Drive<br>Chicago, IL 60605 | $ 30,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000092 | AT&T SERVICES, INC JAMES GRUDUS, ESQ ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | $ 13,173.81 | $ 0.00 | $ 0.00 |
| 000093 | Chicago Title Insurance Company 2111 S 67th St., Ste 210 Omaha, NE 68106 | $ 882,334.30 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.