IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MONTALBANO BUILDERS, INC.** | ) | No. 11 B 09465 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 6, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                BY:/s/ Gina B. Krol
                                                              Ch 7 Bankruptcy Trustee

**Service List:**

Jennifer Jock
18844 S. Chestnut
Shorewood, IL   60404

Kelly Miller
19563 North Winds Drive
Lynwood, IL   60411

John A. Brown, III
3533 Fairway Court
Crete, IL   60417

Shelly Brim
16423 S. Hermitage
Markham, IL   60428

Antonio & Theresa Smith
2200 S. Rubin Court
Lynwood, IL   60411

Thomas & Lori Hoeft
608 Glen Ridge
Crystal Lake, IL   60014

Stephan & Felicia Fulton
14337 Oak
Dolton, IL   60419

Jesse & Yvette Brooks
14424 Dorchester
Dolton, IL   60419

Michael McGurn
3112 Village Green Dr.
Aurora, IL   60504

Sharon Bennett
1060 N. Farnsworth Avenue
#1308
Aurora, IL   60506

Brenda L. Van Zuidam
26W066 Hazel Lane
Wheaton, IL   60187

Althea Chapman
2N625 Morton Road
West Chicago, IL   60185

Michele Montalbano
2361 Reflections Drive
Aurora, IL   60502

Raymond R. Roppolo
15409 Abbey Lane
Lockport, IL   60441

Clyde & Susan Winters
420 Brassie Lane
University Park, IL   60484

Rozetta Major
10553 South Rhodes
Chicago, IL   60628

Anthony Montalbano, Jr.
5603 Sherman Avenue
Downers Grove, IL   60516

James Sullivan
16654 Knottingwood Avenue
Oak Forest, IL   60452

Ingrid & Joan Velez
40W119 Sturbridge Way
Elgin, IL   60124

Jacqueline Kimball
15933 Ellis Avenue
South Holland, IL   60473

Juanita & Myron McCary
21329 Knight Bridge Ct
Matteson, IL   60443

Alca, Inc. d/b/a Alca Carpentry Contractors
161 Tower Drive, Unit F
Burr Ridge, IL   60527

Evans & Son Blacktop, Inc.
c/o Kurt E. Vragel, Jr., PC
1701 East Lake Avenue, Ste 170
Glenview, IL   60025

Avaya, Inc.
c/o RMS Bankruptcy Recovery Svcs
P.O. Box 5126
Timonium, Maryland 21094

RBC Bank USA/RBC Real Estate Finance, Inc.
c/o David L. Kane
Meltzer, Purtill & Stelle, LLC
300 South Wacker Drive, Ste 3500
Chicago, IL   60606

Barrington Bank & Trust Co.
c/o Jay Goldberg
ARDC/Field & Goldberg, LLC
10 S. LaSalle Street, Ste 2910
Chicago, IL   60603

First Bank
c/o Red Barbecke
29 S. LaSalle, Ste 945
Chicago, IL   60603

US Bankcorp Equipment Finance, Inc.
Attn:   Bankruptcy Dept
1310 Madrid Street
Marshall, MN   56258

MB Financial Bank, NA
c/o Courtney E. Barr
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Drive
Chicago, IL   60606

Victor Edwards
471 Fairway Lane
University Park, IL   60466

Source Electric, Inc.
Chitkowski Law Office
801 Warrenville Road, Ste 620
Lisle, IL   60532

Builder Services Group, Inc.
Brendan Best/ Schafer & Weiner, PLLC
40950 Woodward Avenue, Ste 100
Bloomfield Hills, MI   48304

American national Insulation
SCE Unlimited
Brendan Best/Schafer & Weiner
40950 Woodward Avenue, Ste 100
Bloomfield Hills, MI   48304

Great-West Life Ins. Co
Admin. By Connecticut Gen Life Ins
CIGNA Legal Public Affairs
900 Cottage Grove Road
Wile B6LPA
Hartford, CT   06152

NuLine Technologies, Inc.
1793 Bloomingdale Road
Glendale Heights, IL   60139

Sadannah Group
426 W. 5th Avenue
Naperville, IL   60563

Consolidated Garage Doors, Ltd.
/co Martin Tasch
Momkus McLuskey Roberts
1001 Warrenville Road, Ste 500
Lisle, IL   60532

Village of Lynwood, Illinois
c/o Hiskes, Dillner, O'Donnell et al
10759 W. 159th Street, Ste 201
Orland Park, IL   60467

Gloria Brown
21209 Bridle Path Drive
Matteson, IL   60443

Alpha Construction
1340171st Street
Hazel Crest, IL   60429

Crescent Electric Supply Co.
c/o Stone Pogrund & Korey, LLC
1 East Wacker Drive, #2610
Chicago, IL   60601

Thermaseal lakeside Insulation
917 Tower Road
Mundelein, IL   60060

Lamar Advertising Co.
Credit Dept
P.O. Box 66338
Baton Rouge, LA   70896

DeKalb Community Unit School Dist. 428
c/o Brian Zeekc
Hinshaw & Culbertson, LLC
4343 Commerce Court, Ste 415
Lisle, IL   60532

Nat'l Kurb Kut of Illinois, Inc.
9160 S. Route 53
Naperville, IL   60565

Robert Esenberg
8507 Foxborough Way
Joliet, IL   60431

Town of Courtland
59 S. Somonauk Road
P.O. Box 519
Cortland, IL   60112

TFW Surveying & Mapping, Inc.
888 E. Belvidere Road
413
Grayslake, IL   60030

Consumer Course Holding, Inc.
dba New Home Guide
3585 Engineering Drive, Ste 100
Norcross, GA   30092

Great American Landscapte, Inc.
P.O. Box 235
Dyer, IN   46311

DeKalb County Collector
110 E. Sycamore Street
Sycamore, IL   60178

Citicorp Vendor Finance, Inc.
c/o Weltman, Weinberg & Reis
175 S. Third Street, Ste 900
Columbus, OH   43215

CIT Technology Fin Svc, Inc.
c/o Weltman, Weinberg & Reis
175 S. Third Street, Ste 900
Columbus, OH   43215

Bommaert Bros. Masonry, Inc.
1705 Glenwood-Dyer Road
Chicago Heights, IL   60411

Ricahrd Piggott
Cornerstone Land Dev. Group, LLC
1626 Picardy Court
Long Grove, IL   60047

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664

Haas Excavating, Inc.
Ron Hass
38W295 Pars Path
Elgin, IL   60124

Ed Fogarty Concrete Const. Inc.
10261Mandel- Unit A
Plainfield, IL   60585

State of Illinois  
Zemeheret Bereket-Ab Asst. Gen  
Office of the Attorney General  
69 W. Washington Street, Ste 1800  
Chicago, IL   60602  

First Ins Funding Corp  
450 Skokie Blvd, Ste 1000  
Northbrook, IL   60602  

Novak Paving, Inc.  
62 Stonehill Road, Unit A  
Oswego, IL   60543  

Another Plumbing Co, LLC  
Alan Garrow  
Nealis & Garros, PC  
510 S. Batavia Ave  
Batavia, IL   60510  

Bank of America, NA  
Gus Paloian  
Seyfarth Shaw, LLP  
131 South Dearborn, Ste 2400  
Chicago, IL   60603  

Fidelity & Deposit Co of Maryland  
c/o Cornelius Riordan  
Riordan McKee & Piper, LLC  
20 N. Wacker Drive, #910  
Chicago, IL   60606  

Drinker Biddle & Reath, LLC  
191 North Wacker Drive, Ste 3700  
Chicago, IL   60606  

SimplexGrinnell, LP  
c/o John O'Leary/O'Leary Law Firm, LLC  
20 N. Clark Street, Ste 3200  
Chicago, IL   60602  

Complete Fence, Inc.  
320 W. Lincoln Hwy  
Cortland, IL   60112  

Carmina Huitron  
515 E. Forest Avenue  
West Chicago, IL   60185  

Noel Brantley  
6410 Blue Sky Lane  
Matteson, IL   60443  

Stock Building Supply  
Mark Van Donselaar  
Churohill, Quinn et al.  
2 S. Whitney Street  
Grayslake, IL   60030  

Action Plumbing Co., Inc.  
216 West Higgins Road  
Park Ridge, IL   60068  

Dykema Gossett, PLLC  
400 Renaissance Center  
Detroit, MI   48243  

Carpenter Contractors of America  
Dba R&D Thiel  
2340 Newburg Road  
Belvidere, IL   61008  

Mary Lynch  
c/o Mario Palermo, Esq.  
Woodruff & Johnson  
4234 Merican Parkway, Ste 134  
Aurora, IL   60504  

Harris, NA  
Ungaretti & Harris, LLP  
70 W. Madison Street, Ste 3500  
Chicago, IL   60602  

Residential Steel  
Fabricators, Inc.  
c/o Attorney Scott Becker  
213 W. Main Street  
Genoa, IL   60135

Keybank Nat'l Assoc.
Michael Axel
127 Public Square, 2nd Floor
Cleveland, OH 44114

J&D Door Sales
200 E. 2nd St
P.O. Box 245
Big Rock, IL   60511

Tony Gentile
713 65th Street
Downers Grove, IL   60516

Thomas Sapienza
512 Rosebush lane
Oswego, IL   60543

John G. Shedd Aquarium
1200 S. Lake Shore Drive
Chicago, IL   60605

AT&T Services, Inc.
James Grudes, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ   07921

Chicago Title Ins Co
2111 S. 67th Street, Ste 210
Omaha, NE   68106

Gregory Stern
Gstern1@flash.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov